IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GAS CITY, LTD., *et al.*,[1] | ) | Case No. 10-47879 (ERW) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF URS CORPORATION AS ENVIRONMENTAL CONSULTANTS *NUNC PRO TUNC* TO NOVEMBER 15, 2010

This matter came on to be heard on the Application of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for an Order Authorizing Employment and Retention of URS Corporation ("URS") as Environmental Consultants for the Debtors, *Nunc Pro Tunc* to November 15, 2010 (the "Application);[2] the Court having reviewed the Application; the Court having heard the statements of counsel in support of the relief requested therein at a hearing thereon (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) URS does not hold or represent any interest adverse to the Debtors estates, and (d) URS is a "disinterested person" as contemplated under sections 327 and 328 of the Bankruptcy Code; the Court finding that notice of the Application and the Hearing given by the Debtors was sufficient under the circumstances; and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Application, and at the hearing on the Application establish just cause for the relief herein granted, and after due deliberation and cause appearing therefor, it is:

---

[1] The Debtors in these chapter 11 cases are: Gas City, Ltd. and The William J. McEnery Revocable Trust Dated 4/22/1993.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

**ORDERED** that the Application is **GRANTED** in all respects and the Debtors are hereby authorized, pursuant to sections 327 and 328 of the Bankruptcy Code, to engage, effective *nunc pro tunc* to November 15, 2010, upon the terms and for the purposes set forth in the Application and the Engagement Letter, the firm of URS Corporation as Environmental Consultants to the Debtors in the above-captioned Chapter 11 Cases; and it is further

**ORDERED** that all objections to the Application or the relief requested therein that have not been made, withdrawn, waived, or settled, and all reservations of rights included therein, hereby are overruled on the merits; and it is further

**ORDERED** that notice of the Application and the Hearing was proper, timely, adequate and sufficient under the particular circumstances; and it is further

**ORDERED** that compensation of URS for Environmental Consulting services rendered and reimbursement of expenses incurred in connection with these Chapter 11 Cases shall be pursuant to applications to be submitted to and approved by this Court from time to time during the pendency of these Chapter 11 Cases, or pursuant to other orders of this Court or the Local Rules; and it is further

**ORDERED** that the Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order; and it is further

**ORDERED** that notwithstanding the possible applicability of Rules 6004, 7062 and 9014 of the Bankruptcy Rules, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED** that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a); and it is further

**ORDERED** that the Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

Enter:

_____
HON. EUGENE R. WEDOFF
UNITED STATES BANKRUPTCY JUDGE

Dated: November 19, 2010
Chicago, Illinois

Prepared by:

**PROSKAUER ROSE LLP**
Mark K. Thomas (ARDC# 6181453)
Paul V. Possinger (ARDC# 6216704)
Grayson T. Walter (ARDC# 6291008)
Three First National Plaza
70 West Madison, Suite 3800
Chicago, Illinois 60602
Telephone: (312) 962-3550
Facsimile: (312) 962-3551

- and -

**PROSKAUER ROSE LLP**
Richard J. Corbi (*pro hac vice* pending)
1585 Broadway
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

*Proposed Counsel for Gas City, Ltd.,
Debtor and Debtor in Possession*

- and -

**PERKINS COIE LLP**
Daniel A. Zazove (ARDC# 3104117)
Kathleen A. Stetsko (ARDC# 6297704)
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Telephone: (312) 324-8400
Facsimile: (312) 324-9400

*Proposed Counsel for The William J. McEnery
Revocable Trust Dated 4/22/1993,
Debtor and Debtor in Possession*