IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| GAS CITY, LTD.[1] ) | Case No. 10-47879 (ERW) |
| ) | |
| Debtor. ) | |
| ) | |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION
OF MESIROW FINANCIAL CONSULTING, LLC AS FINANCIAL ADVISORS
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
*NUNC PRO TUNC* TO NOVEMBER 4, 2010**

Upon the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") appointed in the Chapter 11 case of the above-captioned debtor and debtor-in-possession herein (the "Debtor"), for entry of an order, pursuant to sections 328, 1103(a) and 1103(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules for the United States Bankruptcy Court for the Northern District of Illinois (the "Local Bankruptcy Rules"), authorizing the retention and employment of Mesirow Financial Consulting, LLC ("MFC") as financial advisors to the Committee *nunc pro tunc* to November 4, 2010, and upon the Affidavit of Monty Kehl (the "Kehl Affidavit"); and the Court being satisfied, based upon the representations made in the Application and the Kehl Affidavit, that such financial advisors represent no interest adverse to the Debtor's estate or its creditors with respect to the matters upon which they are to be engaged, that they are disinterested persons as that term is defined under section 101(14) of the Bankruptcy Code,

---

[1] The Chapter 11 case of Gas City, Ltd. is being jointly administered along with the Chapter 11 case of The William J. McEnery Revocable Trust Dated 4/22/1993 (case no. 10-47895).

and that their employment is necessary and in the best interests of the Debtor's estate and its creditors; and it appearing that proper and adequate notice has been given and that no other or further notice is necessary; and after due deliberation thereon, and good and sufficient cause appearing therefore, it is hereby

ORDERED that the Application is granted and approved in all respects; and it is further

ORDERED that, pursuant to sections 328, 1103(a) and 1103(b) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and the Local Bankruptcy Rules, the Committee is hereby authorized to employ Mesirow Financial Consulting, LLC as its financial advisors *nunc pro tunc* to November 4, 2010, to perform the services set forth in the Application; and it is further

ORDERED that Mesirow Financial Consulting, LLC shall be compensated in accordance with the procedures set forth in sections 328, 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules and Local Bankruptcy Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court.

Dated: Nov. 19, 2010

*[signature]*

UNITED STATES BANKRUPTCY JUDGE

2