IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| In Re: Gas City Ltd. | ) | Case No. 10-47879 |
| | ) | Chapter 11 |
| | ) | Judge Eugene R. Wedoff presiding |

## ORDER

THIS CAUSE coming to be heard on the Motion of the Creditor, Evergreen Oak Electric Supply & Sales Co. for entry of an order allowing and permitting payment of its claim for $1,873.15 as an administrative expense, all parties having received proper Notice and the Court being fully advised in the premises thereof;

IT IS HEREBY ORDERED that the claim of Evergreen Oak Electric Supply & Sales Co. for $1,873.15 is allowed as an administrative expense pursuant to 11 USC 503(b)(9) ~~and payment of same hereby authorized~~

Dated: _____7 DEC 2010_____

ENTER:
_____
Judge

James P. Ziegler
Stone, Pogrund & Korey
Attorney for Evergreen Oak Electric Supply & Sales Co.
1 E Wacker Drive Suite 2610
Chicago, Il. 60601
312-782-3636
Atty. Code 3109666

JPZ H:\wpdocs\Evergreen Oak\Gas City\order bk.wpd
November 15, 2010 / 4:08 pm