IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| GAS CITY, LTD., *et al.*, ) | Case No. 10-47879 |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

**ORDER GRANTING MOTION OF PERFORMANCE FOOD GROUP, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. §§ 503(b)(1)(A) AND (b)(9)**

Upon consideration of the Motion of Performance Food Group, LLC ("Performance Food Group") for Allowance and Payment of Administrative Expense Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 503(b)(9) (the "Motion"), and after notice and an opportunity for a hearing pursuant to 11 U.S.C. § 102(1), for the reasons set forth in the Motion, it is hereby

ORDERED THAT, the Motion is granted, to the extent provided herein; and it is further

ORDERED THAT, pursuant to 11 U.S.C. § 503(b)(9), Performance Food Group has an allowed administrative expense in the amount of $56,317.52 (the "Administrative Expense").

Dated: January 11, 2011

HONORABLE EUGENE R. WEDOFF
UNITED STATES BANKRUPTCY JUDGE