# **EXHIBIT A**

## GAS CITY 503(b)(9) SUMMARY

| Account No. | Invoice No. | Invoice Date | Amount |
|---|---|---|---|
| 669840047 | 820140295 | 10/7/2010 | $62.41 |
| 669840047 | 131862443 | 10/11/2010 | $2,533.11 |
| 669840047 | 820140666 | 10/14/2010 | $60.59 |
| 669840047 | 820140823 | 10/16/2010 | $29.67 |
| 669840047 | 820140824 | 10/16/2010 | $41.46 |
| 669840047 | 131941992 | 10/18/2010 | $2,709.17 |
| 669840047 | 766096254 | 10/19/2010 | $59.98 |
| 669840047 | 820141051 | 10/21/2010 | $30.88 |
| 669840047 | 132019610 | 10/25/2010 | $2,753.45 |
| 669840039 | 131875899 | 10/12/2010 | $294.53 |
| 669840039 | 131876079 | 10/12/2010 | $949.64 |
| 669840039 | 131876167 | 10/12/2010 | $129.69 |
| 669840039 | 131958591 | 10/19/2010 | $962.83 |
| 669840039 | 131958633 | 10/19/2010 | $94.39 |
| 669840039 | 131958648 | 10/19/2010 | $119.43 |
| 669840039 | 820140973 | 10/20/2010 | $40.83 |
| 669840039 | 820141101 | 10/22/2010 | $82.46 |
| 669840001 | 131836381 | 10/7/2010 | $3,572.02 |
| 669840001 | 131836431 | 10/7/2010 | $198.96 |
| 669840001 | 767056601 | 10/8/2010 | $157.89 |
| 669840001 | 767056602 | 10/8/2010 | $24.51 |
| 669840001 | 131870599 | 10/11/2010 | $3,134.04 |
| 669840001 | 131870789 | 10/11/2010 | $34.83 |
| 669840001 | 131870797 | 10/11/2010 | $229.07 |
| 669840001 | 131883587 | 10/12/2010 | $175.91 |
| 669840001 | 131916104 | 10/14/2010 | $3,851.60 |
| 669840001 | 131916677 | 10/14/2010 | $290.95 |
| 669840001 | 131949739 | 10/18/2010 | $1,762.03 |
| 669840001 | 131949940 | 10/18/2010 | $449.56 |
| 669840001 | 768057256 | 10/20/2010 | $64.14 |
| 669840001 | 131995879 | 10/21/2010 | $3,867.53 |
| 669840001 | 131995997 | 10/21/2010 | $415.95 |
| 669840001 | 132029719 | 10/25/2010 | $229.90 |
| 669840001 | 132029737 | 10/25/2010 | $3,223.15 |
| 100040452 | 131815200 | 10/6/2010 | $917.32 |
| 100040452 | 131894898 | 10/13/2010 | $321.51 |
| 100040452 | 131976110 | 10/20/2010 | $959.86 |
| 100040788 | 131876650 | 10/12/2010 | $1,281.80 |
| 100040788 | 131956691 | 10/19/2010 | $1,223.70 |
| 100040788 | 848033182 | 10/22/2010 | $127.08 |
| 100038495 | 131845938 | 10/8/2010 | $70.84 |
| 100038495 | 131876570 | 10/12/2010 | $265.49 |

8683933.1

| | | | |
|---|---|---|---|
| **100038495** | 131923898 | 10/15/2010 | $172.66 |
| **100038495** | 131958288 | 10/19/2010 | $219.63 |
| **100023596** | 131894564 | 10/13/2010 | $649.39 |
| **100023596** | 821095277 | 10/23/2010 | $30.87 |
| **100023595** | 131853136 | 10/8/2010 | $489.67 |
| **100023595** | 131853514 | 10/8/2010 | $51.35 |
| **100023595** | 131949731 | 10/18/2010 | $324.09 |
| **100023595** | 132011648 | 10/22/2010 | $652.08 |
| **100023419** | 131845555 | 10/8/2010 | $68.42 |
| **100023419** | 131845618 | 10/8/2010 | $1,577.19 |
| **100023419** | 131877288 | 10/12/2010 | $1,521.80 |
| **100023419** | 131877417 | 10/12/2010 | $103.65 |
| **100023419** | 131923930 | 10/15/2010 | $1,804.22 |
| **100023419** | 131923996 | 10/15/2010 | $145.91 |
| **100023419** | 131957982 | 10/19/2010 | $180.32 |
| **100023419** | 131958417 | 10/19/2010 | $1,369.71 |
| **100023419** | 132007766 | 10/22/2010 | $1,403.59 |
| **100023419** | 132007871 | 10/22/2010 | $151.12 |
| | | **Total:** | **$48,719.83** |

8683933.1