IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GAS CITY, LTD., *et al.*,[1] | ) | Case No. 10-47879 (ERW) |
| | ) | |
| Debtors. | ) | Jointly Administered |

ORDER GRANTING
DEBTORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER
(A) APPROVING BID PROTECTIONS FOR STALKING HORSE BIDDERS;
AND (B) GRANTING RELATED RELIEF

Upon the Motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively the "Debtors") for entry of an order (this "Order"): (a) Approving Bid Protections for Stalking Horse Bidders; and (b) granting related relief; notice of the Motion being proper and sufficient and all interested parties having been afforded an opportunity to be heard with respect to the Motion; and upon review and consideration of (i) the Motion, (ii) objections thereto, if any, (iii) arguments of counsel and evidence proffered or adduced at the hearing on the Motion, (the "Hearing"); and (iv) the docket and proceedings in these Chapter 11 Cases; it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and other parties in interest:

THE COURT HEREBY FINDS THAT:[3]

---

[1] The Debtors in these chapter 11 cases are: Gas City, Ltd. and The William J. McEnery Revocable Trust Dated 4/22/1993.

[2] Each capitalized term used but not defined herein shall have the meaning ascribed thereto in the Motion.

[3] Regardless of the heading under which they appear, any (1) findings of fact that constitute conclusions of law shall be conclusions of law and (2) conclusions of law that constitute findings of fact shall be findings of fact. All findings of fact and conclusions of law announced by the Court at the Hearing in relation to the Motion are incorporated herein to the extent not inconsistent herewith.

A. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of these Chapter 11 Cases and the Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409.

B. The statutory predicates for the relief sought in the Motion are sections 105 and 363 of the Bankruptcy Code.

C. Notice of the Motion and Hearing is sufficient in light of the circumstances and the nature of the relief requested in the Motion.

D. The Bid Protections requested in the Stalking Horse Bids are reasonable and necessary, are in the best interests of the Debtors' estates, creditors and other parties in interest and are supported by the Debtors' reasonable business judgment.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is approved in its entirety.

2. All objections to the relief requested in the Motion that have not been withdrawn, waived or settled as announced to the Court at the Hearing or by stipulation filed with the Court, are overruled except as otherwise set forth herein.

3. The Bid Protections requested in the Stalking Horse Bids, including without limitation, the Break-Up Fees and the Overbid Requirements, are hereby approved in their entirety.

4. The Bid Procedures are hereby amended to provide that all initial Qualified Bids must exceed the Stalking Horse Bids on each of the Stations (excluding any Working Capital Amount) subject to the TAO Bid by at least 5%, and on each of the Stations (excluding any Working Capital Amount) subject to the ACT Bid by at least 5.28%, each on a Station-by-Station basis. All subsequent overbids must exceed the prior bid by at least 1% of such prior bid.

5. To the extent of any conflict between the Bid Protections granted to the Stalking Horse Bidders in this Order and the Bidding Procedures approved by the Bidding Procedures Order, the terms of this Order shall govern.

6. Notwithstanding the possible applicability of Bankruptcy Rules 6004, 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable.

7. This Court shall retain jurisdiction to resolve any dispute relating to the interpretation of the terms and conditions of the Stalking Horse Bids, the Bid Protections and this Order. To the extent any provisions of this Order shall be inconsistent with the Motion, the terms of this Order shall control.

*[remainder of page intentionally left blank]*

Enter:

HON. EUGENE R. WEDOFF
UNITED STATES BANKRUPTCY JUDGE

Dated: March 21, 2011
Chicago, Illinois

Prepared by:

**PROSKAUER ROSE LLP**
Mark K. Thomas (ARDC# 6181453)
Paul V. Possinger (ARDC# 6216704)
Grayson T. Walter (ARDC# 6291008)
Three First National Plaza
70 West Madison, Suite 3800
Chicago, Illinois 60602
Telephone: (312) 962-3550
Facsimile: (312) 962-3551

*Counsel for Gas City, Ltd.,*
*Debtor and Debtor in Possession*

-- and --

**PERKINS COIE LLP**
Daniel A. Zazove (ARDC# 3104117)
Kathleen A. Stetsko (ARDC# 6297704)
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Telephone: (312) 324-8400
Facsimile: (312) 324-9400

*Counsel for The William J. McEnery Revocable Trust*
*Dated 4/22/1993, Debtor and Debtor in Possession*