UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                      )
                                            )
                                            )
                                            )   Case No. 10 B 47879
     GAS CITY, LTD., et al.                 )
                                            )   Jointly Administered
                                            )
                                            )   Chapter 11
                                            )
         Debtors.                           )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO LEVENFELD PEARLSTEIN, LLC, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $65,966.25 | TOTAL COSTS REQUESTED: | $644.75 |
| TOTAL FEES REDUCED: | $7,852.50 | TOTAL COSTS REDUCED: | $644.75 |
| TOTAL FEES ALLOWED: | $58,133.75 | TOTAL COSTS ALLOWED: | $00.00 |

**TOTAL FEES AND COSTS ALLOWED: $58,133.75**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(4)   **Insufficient Description**
    The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

Dated: March 29, 2011

_____
Eugene R. Wedoff
United States Bankruptcy Judge

1

# Transactions Fee Petition Summary

matter id begins with '38310-85688' and date is between 11/3/2010 and 2/28/11

|  |  | Units | Ext. Amount |
|---|---|---|---|
| Matter ID: 38310-85688.001 |  |  |  |
| Component Type: Soft Costs | ④  -$226.75 | 774.00 | 226.75 |
| Component Type: Hard Costs | ④  -$12 | 1.00 | 12.00 |
| Component Type: Fees |  | 41.30 | 13,388.50 |
|  |  | 816.30 | 13,627.25 |

# Transactions Fee Petition Summary

matter id begins with '38310-85688' and date is between 11/3/2010 and 2/28/11

|  | Units | Ext. Amount |
|---|---:|---:|
| Matter ID: 38310-85688.002 | | |
| Component Type: Soft Costs ④ | 1,403.00 | -$350.25  350.25 |
| Component Type: Fees | | |
|  | 12.10 | 5,047.00 |
|  | 1,415.10 | 5,397.25 |

# Transactions Fee Petition Summary

matter id begins with '38310-85688' and date is between 11/3/2010 and 2/28/11

|  | Units | Ext. Amount |
|---|---|---|
| Matter ID: 38310-85688.003 | | |
| Component Type: Soft Costs  ④  −$47.75 | 191.00 | 47.75 |
| Component Type: Hard Costs  ④  −$200 | 4.00 | 200.00 |
| Component Type: Fees | 52.00 | 14,210.50 |
|  | 247.00 | 14,458.25 |

# Fee Petition Billed Report

matter id begins with '38310-85688' and date is between 11/3/2010 and 2/28/11 and fees

[GAS CITY - OFFICIAL COMMITTEE] CASE ADMINISTRATION

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|---|---|---|---|---|---|---|
| 2/17/2011 | JPF | Review newly filed pleadings. | T | 0.50 | 450.00 | 225.00 |
| 2/24/2011 | JPF | Review recently filed pleadings. | T | 0.20 | 450.00 | 90.00 |
| 2/1/2011 | JPF | Attention to key critical dates, including extensive email exchange re same. | T (4) | 0.90 | 450.00 | 405.00 −$202.5 |
| 2/7/2011 | JPF | Review critical dates memo. | T | 0.20 | 450.00 | 90.00 |
| 2/28/2011 | JPF | Exchange emails re March 1st hearing. | T (4) | 0.40 | 450.00 | 180.00 −$180 |
| | | Component Type: Fees | | 41.30 | | 13,388.50 |
| | | Matter ID: 38310-85688.001 | | 41.30 | | 13,388.50 |

# Fee Petition Billed Report

matter id begins with '38310-85688' and date is between 11/3/2010 and 2/28/11 and fees

**RETENTION/FEE APPLICATIONS**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|---|---|---|---|---|---|---|
| 1/13/2011 | EBV | Attention to second monthly fee statement. | T | 0.50 | 340.00 | 170.00 |
| 1/14/2011 | EBV | Attention to second monthly fee application. | T | 0.50 | 340.00 | 170.00 |
| 1/18/2011 | SML1 | Draft second monthly fee statement and notice of filing. | T | 1.00 | 210.00 | 210.00 |
| 1/19/2011 | JPF | Review and revise fee statement. | T | 0.60 | 450.00 | 270.00 |
| 1/19/2011 | SML1 | Review and revise second monthly fee statement (.8); prepare same for filing (.2). | T | 1.00 | 210.00 | 210.00 |
| 1/20/2011 | SML1 | Review, revise, file and serve second monthly fee statements for Pachulski, LP and Mesirow. | T | 0.75 | 210.00 | 157.50 |
| 1/18/2011 | EBV | Attention to second monthly fee statements of Committee's professionals. | T | 0.50 | 340.00 | 170.00 |
| 1/19/2011 | EBV | Attention to second monthly fee statements for Pachulski, Mesirow and LP and communications with S. Cho and M. Kehl regarding same. | T | 1.30 | 340.00 | 442.00 |
| 1/20/2011 | EBV | Attention to finalizing and filing second monthly fee statements of all Committee professionals. | T | 0.50 | 340.00 | 170.00 |
| 1/21/2011 | EBV | Communications with S. Cho regarding second monthly fee statements. | T | 0.20 | 340.00 | 68.00 |
| 2/4/2011 | EBV | Attention to LP's third monthly fee statement. | T | 0.70 | 340.00 | 238.00 |
| 2/10/2011 | SML1 | Prepare notice of filing and shell for third monthly fee statement. | T | 0.50 | 210.00 | 105.00 |
| 2/16/2011 | JPF | Review and edit monthly fee statement. | T | 0.30 | 450.00 | 135.00 |
| 2/17/2011 | SML1 | Prepare monthly fee statements for filing. | T | 1.25 | 210.00 | 262.50 |
| 2/16/2011 | EBV | Attention to LP and Mesirow's third monthly fee statements. | T | 1.10 | 340.00 | 374.00 |
| 2/17/2011 | EBV | Attention to third monthly fee statements for Pachulski, Mesirow and LP. | T | 1.60 | 340.00 | 544.00 |
| 2/18/2011 | SML1 | Review, revise and file monthly fee applications for LP, Pachulski and Mesirow. | T | 1.50 | 210.00 | 315.00 |
| 2/18/2011 | EBV | Finalize third monthly fee statements. | T | 0.30 | 340.00 | 102.00 |
| 2/24/2011 | SML1 | Draft template for first interim fee application. | T | 1.00 | 210.00 | 210.00 |
| 2/17/2011 | JPF | ⟨Exchange emails re fees statements⟩ review drafts of same (.6). ④ | T | 0.60 | 450.00 | 270.00 −$135 |

# Fee Petition Billed Report

matter id begins with '38310-85688' and date is between 11/3/2010 and 2/28/11 and fees

**[GAS CITY - OFFICIAL COMMITTEE] COMMITTEE COMMUNICATIONS**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|---|---|---|---|---|---|---|

**Matter ID: 38310-85688.005**

**Component Type: Fees**

| Date | Prof | Narrative | Task Code | Units | Price | Extended |
|---|---|---|---|---|---|---|
| 11/10/2010 | JPF | Committee call (.7); review documents provided by Mesirow (.4). | T | 1.10 | 450.00 | 495.00 |
| 11/17/2010 | JPF | Weekly committee update call (.5). | T | 0.50 | 450.00 | 225.00 |
| 11/23/2010 | WSS | Conference call with unsecured creditors committee members re status of cash collateral hearing, possible sale terms, bar dates. | T | 0.50 | 410.00 | 205.00 |
| 12/3/2010 | JPF | Review materials for call (.4); participate in weekly update call (.5). | T | 0.90 | 450.00 | 405.00 |
| 12/10/2010 | EBV | Assist in preparation for upcoming creditors' meeting. | T | 0.30 | 325.00 | 97.50 |
| 12/15/2010 | JPF | Weekly call. | T | 0.30 | 450.00 | 135.00 |
| 12/17/2010 | JPF | Breakfast meeting to prepare for meeting (1.5); meeting with station lenders and Bank of America (3.5). ① | T | 5.00 | 450.00 | 2,250.00 −$2,250 |
| 11/12/2010 | JPF | Return telephone call to Joe Baldi (.4). ④ | T | 0.40 | 450.00 | 180.00 −$180 |
| 11/16/2010 | JPF | Review Mesirow update (.1). | T | 0.20 | 450.00 | 90.00 |
| 11/18/2010 | JPF | Return call of creditor (Howard Adelman) (.1) ④ | T | 0.10 | 450.00 | 45.00 −$45 |
| 1/4/2011 | EBV | Prepare for Committee conference call and review term sheet in advance of same (.4); participate in same (.5). | T | 0.90 | 340.00 | 306.00 |
| 1/10/2011 | JPF | Review proposal and other information sent in advance of Committee call (.5); participate in call (.6). | T | 1.10 | 450.00 | 495.00 |
| 12/13/2010 | JPF | Participate in Committee conference call. | T | 0.30 | 450.00 | 135.00 |
| 1/25/2011 | JPF | Review cash collateral stipulation; motion and related objections in preparation for hearing | T | 0.60 | 450.00 | 270.00 |
| 1/26/2011 | JPF | Weekly update call. | T | 0.50 | 450.00 | 225.00 |
| 1/26/2011 | EBV | Committee call. | T | 0.50 | 340.00 | 170.00 |
| 1/24/2011 | JPF | Review Committee update and revised global term sheet (.5); review Mesirow update report (.6) | T | 1.10 | 450.00 | 495.00 |

# Fee Petition Billed Report

matter id begins with '38310-85688' and date is between 11/3/2010 and 2/28/11 and fees

**[GAS CITY - OFFICIAL COMMITTEE] - HEARINGS**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|---|---|---|---|---|---|---|
| Matter ID: 38310-85688.006 | | | | | | |
| **Component Type: Fees** | | | | | | |
| 11/16/2010 | EBV | Review and revise amended notice of appearance for lead and local co-counsel for Committee. | T | 0.80 | 325.00 | 260.00 |
| 11/17/2010 | EBV | Continue to assist in preparation for upcoming hearing on November 19th. | T | 1.10 | 325.00 | 357.50 |
| 11/18/2010 | EBV | Continue to assist in preparation for November 19th hearing. | T | 0.60 | 325.00 | 195.00 |
| 11/19/2010 | JPF | Prepare for hearing, including call with Pachulski and Mesirow (1.2); hearing (.5); exchange emails with S. Cho re hearing status (.2) | T ④ | 1.90 | 450.00 | 855.00 −$765 |
| 11/29/2010 | JPF | Review pleadings in preparation for Wednesday hearing; review emails re same. | T | 1.20 | 450.00 | 540.00 |
| 11/30/2010 | JPF | Prepare for hearing re: lease rejection motion (.4); application to employ Herron (.4); motion for order authorizing bonding agreements; etc. (including review of various emails and pleadings) (.4). | T | 1.20 | 450.00 | 540.00 |
| 11/30/2010 | SML1 | Assist J. Friedland with preparation for upcoming hearing on six separate motions (.3); arrange for R. Feinstein's telephonic appearance at December 1st hearing (.2). | T | 0.50 | 195.00 | 97.50 |
| 12/1/2010 | JPF | Prepare for and attend court hearing (.7); send email update to team re same (.1). | T ④ | 0.80 | 450.00 −$315 | 360.00 |
| 11/8/2010 | JPF | Prepare for November 9, 2010 hearing (.3). | T | 0.30 | 450.00 | 135.00 |
| 11/9/2010 | JPF | Attend hearing (.5).  ④ | T | 0.50 | 450.00 | 225.00 −$225 |
| 11/8/2010 | SML1 | Assist J. Friedland with preparation for upcoming hearing (.8); docket all upcoming hearing dates (.2). | T | 1.00 | 195.00 | 195.00 |
| 11/9/2010 | SML1 | Confer with Judge Wedoff's deputy regarding procedure for appearing at hearing telephonically (.2). | T | 0.20 | 195.00 | 39.00 |
| 11/16/2010 | SML1 | Download motions set for hearing on November 19 (.9); assist J. Friedland with preparation for upcoming hearings (2.2). | T | 3.10 | 195.00 | 604.50 |
| 11/17/2010 | JPF | Conference with Shirley Cho about November 19, 2010 hearing (.5); call with Jeff Pomerantz and Rob Feinstein re hearing (.5) | T | 1.00 | 450.00 | 450.00 |
| 11/5/2010 | JPF | Exchange emails with Pachukskil re various for November 9, 2010 hearing (.3). | T | 0.30 | 450.00 | 135.00 |

# Fee Petition Billed Report

matter id begins with '38310-85688' and date is between 11/3/2010 and 2/28/11 and fees

**[GAS CITY - OFFICIAL COMMITTEE] - HEARINGS**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|---|---|---|---|---|---|---|
| **Matter ID: 38310-85688.006** | | | | | | |
| **Component Type: Fees** | | | | | | |
| 11/16/2010 | EBV | Review and revise amended notice of appearance for lead and local co-counsel for Committee. | T | 0.80 | 325.00 | 260.00 |
| 11/17/2010 | EBV | Continue to assist in preparation for upcoming hearing on November 19th. | T | 1.10 | 325.00 | 357.50 |
| 11/18/2010 | EBV | Continue to assist in preparation for November 19th hearing. | T | 0.60 | 325.00 | 195.00 |
| 11/19/2010 | JPF | Prepare for hearing, including call with Pachulski and Mesirow (1.2); hearing (.5); exchange emails with S. Cho re hearing status (.2) | T | 1.90 | 450.00 | 855.00 −$765 |
| 11/29/2010 | JPF | Review pleadings in preparation for Wednesday hearing; review emails re same. | T | 1.20 | 450.00 | 540.00 |
| 11/30/2010 | JPF | Prepare for hearing re: lease rejection motion (.4); application to employ Herron (.4); motion for order authorizing bonding agreements; etc. (including review of various emails and pleadings) (.4). | T | 1.20 | 450.00 | 540.00 |
| 11/30/2010 | SML1 | Assist J. Friedland with preparation for upcoming hearing on six separate motions (.3); arrange for R. Feinstein's telephonic appearance at December 1st hearing (.2). | T | 0.50 | 195.00 | 97.50 |
| 12/1/2010 | JPF | Prepare for and attend court hearing (.7); send email update to team re same (.1). | T | 0.80 | 450.00 | 360.00 |
| 11/8/2010 | JPF | Prepare for November 9, 2010 hearing (.3). | T | 0.30 | 450.00 | 135.00 |
| 11/9/2010 | JPF | Attend hearing (.5). | T | 0.50 | 450.00 | 225.00 |
| 11/8/2010 | SML1 | Assist J. Friedland with preparation for upcoming hearing (.8); docket all upcoming hearing dates (.2). | T | 1.00 | 195.00 | 195.00 |
| 11/9/2010 | SML1 | Confer with Judge Wedoff's deputy regarding procedure for appearing at hearing telephonically (.2). | T | 0.20 | 195.00 | 39.00 |
| 11/16/2010 | SML1 | Download motions set for hearing on November 19 (.9); assist J. Friedland with preparation for upcoming hearings (2.2). | T | 3.10 | 195.00 | 604.50 |
| 11/17/2010 | JPF | Conference with Shirley Cho about November 19, 2010 hearing (.5); call with Jeff Pomerantz and Rob Feinstein re hearing (.5) | T | 1.00 | 450.00 | 450.00 |
| 11/5/2010 | JPF | Exchange emails with Pachukskii re various for November 9, 2010 hearing (.3). | T | 0.30 | 450.00 | 135.00 |

# Fee Petition Billed Report

matter id begins with '38310-85688' and date is between 11/3/2010 and 2/28/11 and fees

**[GAS CITY - OFFICIAL COMMITTEE] - HEARINGS**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|---|---|---|---|---|---|---|
| 12/7/2010 | EBV | Prepare for and attend hearing on 503(b)(9) motions. | T | 0.80 | 325.00 | 260.00 |
| 12/7/2010 | EBV | Prepare for and attend hearing on 503(b)(9) motions | T | 0.40 | 325.00 | 130.00 |
| 12/12/2010 | SML1 | Review and organize recently filed objections to debtors sale motion and motion for cash collateral (.5). | T | 0.50 | 195.00 | 97.50 |
| 12/13/2010 | JPF | Prepare for hearing. ④ | T | 1.20 | 450.00 | 540.00  -$540 |
| 12/13/2010 | SML1 | Review and assist in analysis of recently filed objections to motion for cash collateral and motion for sale (.4); assist J. Friedland with preparation for upcoming hearing for same (1.3). | T | 1.70 | 195.00 | 331.50 |
| 12/12/2010 | JPF | Review pleadings in advance of Tuesday hearing. | T | 1.40 | 450.00 | 630.00 |
| 12/14/2010 | JPF | Attend hearing; attend meeting. ④ | T | 2.00 | 450.00 | 900.00  -$900 |
| 12/13/2010 | EBV | Prepare for and attend 341 meeting of creditors. | T | 2.30 | 325.00 | 747.50 |
| 11/8/2010 | JPF | Meeting with J. Pomerantz in preparation of hearing (1.0). | T | 1.00 | 450.00 | 450.00 |
| 12/20/2010 | EBV | Prepare for upcoming status hearing on 12/21. | T | 0.30 | 325.00 | 97.50 |
| 12/21/2010 | EBV | Attend status hearing. | T | 0.90 | 325.00 | 292.50 |
| 1/4/2011 | JPF | Attention to January 5, 2011 hearing preparation. | T | 0.40 | 450.00 | 180.00 |
| 1/4/2011 | EBV | Check status of hearings set for 1/5/11 (.2); voicemail and telephone conference with K. Stetsko regarding status of same (.4) | T | 0.60 | 340.00 | 204.00 |
| 1/5/2011 | EBV | Attend hearing on lift-stay motions. | T | 1.30 | 340.00 | 442.00 |
| 1/13/2011 | EBV | Prepare for (.9) and attend meeting at Perkins regarding term sheet and bidding procedures (3.5); and attend hearing on same (1.0). | T | 5.40 | 340.00 | 1,836.00 |
| 1/11/2011 | EBV | Prepare for (1.2) and attend hearings on lift-stay motion (1.1) and sales procedures motion (.8) | T | 3.10 | 340.00 | 1,054.00 |
| 1/10/2011 | EBV | Attention to issues related to upcoming 1/11/11 hearings on lift-stay motion and sales procedures motion. | T | 0.70 | 340.00 | 238.00 |
| 1/24/2011 | SML1 | Assist J. Friedland and L. Vandesteeg with preparation for upcoming hearing on cash collateral | T | 1.00 | 210.00 | 210.00 |

# Fee Petition Billed Report

matter id begins with '38310-85688' and date is between 11/3/2010 and 2/28/11 and fees

[GAS CITY - OFFICIAL COMMITTEE] - HEARINGS

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|---|---|---|---|---|---|---|
| | | motion and motion to lift stay. | | | | |
| 1/24/2011 | EBV | Prepare for upcoming 1/25 hearings on amended cash collateral motion and lift-stay motions. | T | 1.00 | 340.00 | 340.00 |
| 1/25/2011 | EBV | Prepare for hearings on lift-stay motions and amended cash collateral motion (.6); attend and appear at same (2.6). | T | 3.20 | 340.00 | 1,088.00 |
| 1/31/2011 | EBV | Prepare for upcoming hearing on Rule 2004 motions. | T | 1.10 | 340.00 | 374.00 |
| 2/3/2011 | SML1 | Assist L. Vandesteeg with preparation for upcoming hearings. | T | 0.40 | 210.00 | 84.00 |
| 2/1/2011 | EBV | Prepare for (.5) and participate in hearing on Rule 2004 motions (1.0).. | T | 1.50 | 340.00 | 510.00 |
| 2/3/2011 | EBV | Attention to strategy regarding upcoming hearing on Rule 2004 motions. | T | 0.90 | 340.00 | 306.00 |
| 2/9/2011 | EBV | Attend hearing to continue Rule 2004 motions. | T | 1.70 | 340.00 | 578.00 |
| 2/15/2011 | EBV | Attend hearing on Rule 2004 and on debtor's motions to extend various deadlines. | T | 1.30 | 340.00 | 442.00 |
| 2/22/2011 | EBV | Continued hearing on Rule 2004 motions. | T | 1.20 | 340.00 | 408.00 |
| 2/22/2011 | EBV | Attention to upcoming hearing on motion to allow admin expenses. | T | 0.40 | 340.00 | 136.00 |
| 2/28/2011 | EBV | Attention to strategy regarding upcoming hearings on lift-stay motions and R. 2004 motions. | T | 0.50 | 340.00 | 170.00 |
| 2/9/2011 | JPF | Review pleadings related to sale process and re continuances of hearings. | T | 0.50 | 450.00 | 225.00 |
| 2/8/2011 | JPF | Attention to Feb 9 hearing, including email communications re same. ④ | T | 0.40 | 450.00 | 180.00 $180 |
| 2/15/2011 | JPF | Exchange emails about February 16 hearing. ④ | T | 0.30 | 450.00 | 135.00 −$135 |
| 2/3/2011 | JPF | Exchange emails re upcoming hearing. ④ | T | 0.30 | 450.00 | 135.00 −$135 |
| | | | Component Type: Fees | 54.20 | | 18,740.00 |
| | | | Matter ID: 38310-85688.006 | 54.20 | | 18,740.00 |

# Fee Petition Billed Report

matter id begins with '38310-85688' and date is between 11/3/2010 and 2/28/11 and fees

**[GAS CITY - OFFICIAL COMMITTEE] DEBTOR COMMUNICATIONS**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|---|---|---|---|---|---|---|

**Matter ID: 38310-85688.007**

**Component Type: Fees**

| 11/19/2010 | JPF | Meeting at Perkins Goie with potential investment bankers (2.0) pre meeting with M. Kehl re same (1.0). | T ④ | 3.00 | 450.00 | 1,350.00 — $900 |

|  |  | Component Type: Fees | | 3.00 | | 1,350.00 |
|  |  | Matter ID: 38310-85688.007 | | 3.00 | | 1,350.00 |