UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Case No. 10 B 47879 |
| GAS CITY, LTD., *et al.* | ) | |
| | ) | Jointly Administered |
| | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO PERKINS COIE LLP, DEBTOR'S ATTORNEY, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $401,899.00 | TOTAL COSTS REQUESTED: | $8,595.24 |
| TOTAL FEES REDUCED: | $20,715.68 | TOTAL COSTS REDUCED: | $2,093.50 |
| TOTAL FEES ALLOWED: | $381,183.32 | TOTAL COSTS ALLOWED: | $6,501.74 |

**TOTAL FEES AND COSTS ALLOWED: $387,685.06**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(4)      Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(6)      Meal Expenses**

The Court denies the allowance of reimbursement of this meal expense. *In re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) ("[I]t is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client.").

Dated:  March 29, 2011

Eugene R. Wedoff
United States Bankruptcy Judge

**0004.0003 - routine administration**

| Date | Attorney/Assistant | Hours | Description of Services |
|------|-------------------|-------|------------------------|
| 10/27/10 | K. Stetsko | 0.80 | Correspondence with mortgage lenders regarding first day hearings (.5); call with receiver's counsel regarding first day hearings; |
| 10/28/10 | J. Mertes | 1.80 | Prepare a list of creditors contact information; |
| 11/01/10 | D. Zazove | 0.20 | Email correspondence with J. Cunnea regarding expenses reimbursable by the Trust; |
| 11/02/10 | D. Zazove | 0.70 | Review notice from the U S Trustee's office regarding the scheduled dates for the initial interview and the 341 meeting(.1);telephone call(.5) and email correspondence(.1) with D. Marshall regarding the 341 meeting and the U S Trustee's initial interview, attendance & preparation; |
| 11/02/10 | K. Stetsko | 1.10 | Attention to attempts to reach Trust assets by citation liens; |
| 11/03/10 | D. Zazove | 0.90 | Attend the organizational meeting held at the office of the United States Trustee for the purpose of forming an unsecured creditors' committee; |
| 11/03/10 | D. Zazove | 0.30 | Email correspondence with F. Lammiman, attorney for Old Second National Bank, M. Thomas, P. Possinger,regarding discovery request service on Gas City and the trust; |
| 11/03/10 | D. Zazove | 0.50 | Telephone call from S. Wolfe of the office of the United States trustee inquiring about trust eligibility for relief under chapter 11(.2); Update memorandum prepared by J. Thomas for this purpose and transmit same to him(.3); |
| 11/03/10 | J. Thomas | 0.30 | Respond to inquiry regarding McEnery trust eligibility; |
| 11/09/10 | K. Stetsko | 1.90 | Call with D. Marshall regarding case status (.8) attend meeting with US Trustee's (.8) attention to bankruptcy schedules (.3); |
| 11/11/10 | D. Zazove | 0.70 | Email correspondence (.5) and two telephone calls with F. Caruso (.3) regarding trust ownership of enitities and assets and disposition of same; |
| 11/15/10 | K. Stetsko | 2.80 | Attention to Certificate of Service (1.3); draft motion to reject lease of AZ land (1.5); |
| 11/15/10 | J. Mertes | 1.50 | Prepare 6 FedEx(s) service to parties with each a copy of Certificate of Service, Notice of Motion and exhibits regarding application of debtor William J. McEnery Revocable Trust for order authorizing employment and retention Perkins Coie LLP as attorneys for the trust as of the petition date and each a copy of Certificate of Service, Notice of Motion and exhibits regarding application of debtor William J. McEnery Revocable Trust for order authorizing employment and retention of development specialists, inc. as financial advisor for the debtor nunc pro tunc to the petition date (1.5); |
| 11/16/10 | K. Stetsko | 0.80 | Finalize and file motion to reject AZ lease; |
| 11/16/10 | J. Mertes | 0.40 | File Certificate of Service for application of debtor William J. McEnery Revocable Trust for order authorizing employment and retention Perkins Coie LLP as attorneys for the trust as of the petition date and Certificate of Service for application of debtor William J. McEnery Revocable Trust for order authorizing employment and retention of development specialists, inc. as financial advisor for the debtor nunc pro tunc to the petition date; |
| 11/16/10 | J. Mertes | 0.60 | Multiple attorney addresses search and add to the service list pre-filing Certificate of Service's; |
| 11/17/10 | K. Stetsko | 0.40 | Conference with G. Shoup regarding Schedules; |
| 11/18/10 | D. Zazove | 0.50 | Review agenda of matters to be heard on November 19, at 8:00 a.m; |
| 11/18/10 | K. Stetsko | 2.00 | Prepare binder for hearing on first day motions (1.7); prepare draft orders for hearing (.3); |
| 11/19/10 | J. Mertes | 0.70 | Update pleading binders for first days hearings; |
| 11/22/10 | K. Stetsko | 1.00 | Emails to J. Struble regarding rejected lease in AZ (.1); draft orders to reject leases (.9); |
| 11/23/10 | K. Stetsko | 1.50 | Draft motion to reject lease in Illinois (.8); draft motion to reject lease in Indiana (.7); |
| 11/23/10 | J. Mertes | 1.00 | Update pleading binders; |

73825

December 2010

Invoice 4314866

**0004.0005 - Sale of Gas stations**

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| 10/27/10 | K. Stetsko ④ | 0.30 | Calls with prospective station purchasers;  —$94.50 |
| 10/28/10 | D. Zazove | 0.70 | Participate in conference call with P.Possinger, F.Caruso, M. Thomas and J. Zapone to discuss the conduct of a sale of the assets of Gas City and the trust's stations. |
| 10/29/10 | D. Zazove | 0.80 | Review draft NDA for prospective purchasers(.5); email correspondence with J. Zapone and F. Caruso regarding Debtor's consent to modifications to accommodate individual purchasers(.3); |
| 11/01/10 | D. Zazove | 2.00 | Attend meeting with M. Small and his client, D. Clark from First Midwest Bank to discuss all aspects of a 363 going concern sale and station lender allocation of sale proceeds; |
| 11/01/10 | D. Zazove | 0.20 | Review draft form of NDA prepared by A. Kindorf of CMD; |
| 11/01/10 | K. Stetsko | 1.80 | Conference with Gas City professionals regarding sale procedures and lender relationships; |
| 11/02/10 | D. Zazove | 0.10 | Review GE Capital demand for payment on Arizona station loan; |
| 11/02/10 | D. Zazove | 0.50 | Extended conversation with H.Tepner of Equivest regarding a potential offer from W. Ross to purchase the entire station business and the stations; |
| 11/02/10 | D. Zazove | 0.20 | Email correspondence with Gas City and Trust's professionals regarding the appraisal and method for valuing the stations; |
| 11/02/10 | K. Stetsko ④ | 1.30 | Draft email summary regarding foreclosure process in Illinois (1.3);  —$409.50 |
| 11/03/10 | D. Zazove | 1.70 | Attend office conference with representatives of NRC, J. Zapone, F. Caruso by conference call and P.Possinger to discuss aspects of a sale of Gas City and the stations and the marketing and sale of the assets and the terms of compensation and expense reimbursement for same; |
| 11/03/10 | D. Zazove | 0.20 | Email correspondence with Gas City counsel regarding the benefits and costs of retaining NRC to conduct the sale; |
| 11/03/10 | K. Stetsko | 1.00 | Meeting with NRC regarding investment banking for sale; |
| 11/04/10 | D. Zazove | 0.20 | Email correspondence with D. Marshall regarding station #421 in Michigan City Indiana which is owned by WJM and not the trust(.1); review master lease and schedule of leases to confirm same(.1); |
| 11/05/10 | D. Zazove | 1.20 | Review comparison of NRC vs internal (CMD) sale of the Gas station business(.5); participate in portion of a conference call with F. Caruso, J. Zapone, P. Possinger and M. Thomas regarding same(.7); |
| 11/05/10 | D. Zazove | 0.20 | Review NRC's revised engagement proposal as sales consultant for the stations; |
| 11/05/10 | D. Zazove | 0.10 | Review the first seven NDAs form prospective purchasers who are now in the data room; |
| 11/07/10 | D. Zazove | 0.30 | Email correspondence with A. Kindorf regarding data room, access and confidentiality(.1); email correspondence with P. Possinger regarding sale structure and procedure(.2); |
| 11/08/10 | D. Zazove | 5.50 | to Proskauer to meet with M. Thomas, P. Possinger, J. Zapone and F. Caruso to discuss all aspects of the current sale process in contemplation of a further meeting with Bank of America(1.0); to Sidley and Austin to attend meeting with all of the above and in addition L. Simmons, T. Hidder, J. Henderson and B. Gozina to further discuss the sale procedures and bid terms(3.8); further conference with the parties in attendance at the Proskauer meeting to discuss the strategy for getting the station lenders on board to the sale process; |
| 11/08/10 | D. Zazove | 0.20 | Email correspondence with counsel for station lenders regarding a meeting of all to discuss sale terms; |
| 11/09/10 | D. Zazove | 0.20 | Email correspondence regarding a meeting of all station lenders and the agenda for same; |
| 11/10/10 | D. Zazove | 0.50 | Email correspondence with station lenders regarding discovery and information requests; |
| 11/10/10 | D. Zazove | 0.90 | Review Bank of America draft order for sale and sale terms; |
| 11/10/10 | D. Zazove | 2.00 | Attend meeting of station lenders at Jenner & Block to discuss all aspects and proposed terms and conditions of sale; |

| Date | Attorney/Assistant | Hours | Description of Services |
|------|-------------------|-------|------------------------|
| 11/10/10 | D. Zazove | 0.70 | Review preliminary analysis of station and C store inventory for sale; |
| 11/10/10 | D. Zazove | 0.50 | Review updated waterfall schedule of sources and uses; |
| 11/10/10 | D. Zazove | 0.20 | Email corerespondece with T. Askounis, attorney for First American which financed station equipment leases for WJM Leasing; |
| 11/10/10 | K. Stetsko | 2.60 | Attend meeting of lenders regarding sale procedures (2.0); prepare litigation status chart for meeting (.6); |
| 11/11/10 | D. Zazove | 0.50 | Review threatening letter from letter from attorney John Escher III regarding the Gas City station in Arizona(.2); email correspondence with D. Marshall, F. Caruso and P. Possinger evaluating this station and the appropriate response(.3); |
| 11/11/10 | D. Zazove | 0.90 | Work on various version of global station lender resolution term sheets for the sale of the gas stations; |
| 11/11/10 | D. Zazove | 0.20 | Email correspondence with T. Askounis regarding leased equipment and sale of same(.1); email correspondence with M. Thomas regarding prospective purchaser buying up station loans.(.1); |
| 11/12/10 | D. Zazove | 2.60 | Email correspondence with Gas City's counsel and CRO and F. Caruso regarding station lender access to the sale virtual data room and the impact of same upon the sale(.4); review draft NDA for station lenders(.5), telephone call with M. Small regarding sale issues(.2); review initial, revised and final sale term sheets as proposed to Lenders including B of A (.1.5); |
| 11/12/10 | D. Zazove | 1.10 | Lengthy conference call with F. Caruso, J. Zapone, P. Possinger and M. Thomas to hammer out proposed terms and conditions of a gas station sale; |
| 11/12/10 | D. Zazove | 0.40 | Review email correspondence with M. Thomas(.1),F. Caruso(.1), D. Marshall (.1)and Arizona station lessor(.1) regarding the rejection of the station leasehold interest; |
| 11/13/10 | D. Zazove | 0.50 | Email correspondence, P.Possinger, M. Thomas,F. Caruso, J. Zapone regarding sale process and allocation; |
| 11/15/10 | D. Zazove | 0.80 | Review updated sale scenario schedule(.7);email correspondence regarding same(.1); |
| 11/15/10 | D. Zazove | 1.70 | Review internally proposed schedule of estimated station waterfall, estimated deductible costs and expenses and estimated amounts to fund unsecured creditor distribution(1.2); telephone call with P.Possinger, M. Thomas regarding retention of appraiser, sales agent and meeting of station lenders, terms and conditions of sale and credit bidding issues(.5); |
| 11/16/10 | D. Zazove | 1.00 | Participate in conference call with Committee professionals to discuss sale terms and procedures; |
| 11/16/10 | D. Zazove | 0.40 | Review G.E. Capital's limited objection to the sale of assets; |
| 11/16/10 | D. Zazove | 1.00 | Conference call with both debtors professionals to discuss the sale terms and retention of appropriate professionals to assist same; |
| 11/16/10 | D. Zazove | 1.10 | Review updated schedule of projected values(.3); review contact list of interested parties who have accessed the data room(.2); telephone call with F. Caruso regarding sale of leased equipment as part of station sale, allocation of itmes to station value.(.6); |
| 11/17/10 | D. Zazove | 1.00 | Participate in conference call with Bank of America, Gas City and Trust professionals to discuss aspects of the station sale and the term sheet(.9); telephone call with M. Thomas after the conference call to discuss same(.1); |
| 11/18/10 | D. Zazove | 1.70 | Telephone calls with F. Caruso re sale process(.5); conference call with all debtor professionals to discuss sale methodology and sale professionals (1.2); |
| 11/18/10 | D. Zazove | 0.70 | Review materials regarding station appraisal proposals for meeting with lenders tomorrow after court; |
| 11/19/10 | D. Zazove | 1.50 | Review LUST issues and remediation reports on Brazil Indiana station; |
| 11/19/10 | D. Zazove | 2.00 | Attend meeting of all station lenders for presentations by four investment bankers; |

Ⓐ  – $58.50

## 0004.0007 - Disposition of Non Gas Station assets

| Date | Attorney/Assistant | Hours | Description of Services |
|------|-------------------|-------|------------------------|
| 10/28/10 | D. Zazove | 0.20 | Email correspondence with M. Small attorney for First Midwest Bank requesting a meeting with clients on Monday morning and financial information about the Bank's collateral and the other assets of the trust. |
| 11/01/10 | K. Stetsko | 2.30 | Conference with First Midwest representatives about Trust assets; |
| 11/05/10 | K. Stetsko | 0.20 | Attention to Suburban Bank DIL proposal; |
| 11/08/10 | D. Zazove | 0.40 | Email correspondence regarding payment of obligations for non-station assets of the trust(.2); telephone call with F. Caruso re same(.2). |
| 11/12/10 | D. Zazove | 0.30 | Review loan documentation and email correspondence from D. Marshall regarding mortgage to George Washington Bank assigned to First Merit which is owned by the trust; |
| 11/12/10 | K. Stetsko | 0.10 | Correspondence with S. Hartmann regarding possible DIL; |
| 11/15/10 | D. Zazove | 1.20 | Review G.E.'s lawsuit on station loan guaranty(.5), telephone call with D. Marshall re same(.3); telephone call with F. Caruso to go over his conversation with G.E. regarding settlement(.4); |
| 11/16/10 | D. Zazove | 0.10 | Review email correspondence regarding utility disconnect notices at Gracie's restaurant in Arizona; |
| 11/18/10 | D. Zazove | 1.00 | Review proposed purchase and sale agreement for Desert Rose Inn in Benson, AZ; |
| 11/18/10 | K. Stetsko | 0.20 | Attention to First Midwest non-station collateral; |
| 11/19/10 | D. Zazove | 0.30 | Telephone call with M. Small regarding deed-in-lieu transaction; |
| 11/19/10 | D. Zazove | 1.00 | Telephone calls with D. Marshall & D. Christopher regarding financed leases for non-debtor entities owned by the trust(.7); telephone call with F. Caruso re same(.3); |
| 11/19/10 | D. Zazove | 2.00 | Email correspondence with N. Brown regarding FirstMerit's claim of citation lien on all non-station trust assets; |
| 11/20/10 | D. Zazove | 2.00 | Preliminary review of General Electric Capital Lease Documents for WJM leasing including Aviation, Casinos and tank trucks and trailers; |
| 11/20/10 | D. Zazove | 0.30 | Email correspondence with D. Christopher and review of attachments regarding WJM tank trucks and tractors. |
| 11/20/10 | D. Zazove | 0.20 | Review email correspondence regarding a remediation claim against A.D. Conner; |
| 11/21/10 | D. Zazove | 0.10 | Email correspondence regarding a environmental suit against A.D. Conner by Union Pacific; |
| 11/22/10 | D. Zazove | 0.20 | Telephone call with N. Brown regarding trust assets subject to the FirstMerit citation lien; |
| 11/22/10 | K. Stetsko | 0.80 | Attention to deeds in lieu on non-gas station assets (.5); correspondence with FirstMidwest regarding same (.3); |
| 11/23/10 | D. Zazove | 2.50 | Review financials for non-Gas station entities owned by the Trust(.5); telephone calls with F. Caruso and D. Christopher re same(.3); attend meeting with counsel for G.E. Capital with clients to discuss financed leases for these entities(1.7); |
| 11/23/10 | D. Zazove | 1.00 | Review mortgage foreclosure case initiated by First Midwest Bank and motion for appointment of a receiver; |
| 11/23/10 | K. Stetsko | 1.90 | Meeting with GE Capital regarding disposition of non gas station assets (1.5); attention to deeds in lieu on vacant properties(.4); |
| 11/24/10 | D. Zazove | 0.80 | Conference call with F. Caruso, T Long, D. Christopher, D. Marshall to discuss the status disposition of non-station assets; |
| 11/24/10 | D. Zazove | 0.50 | Telephone call with F. Caruso regarding turning back assets(.2); review documentation for same re WJM Aviation(.3); |
| 11/24/10 | D. Zazove | 0.20 | Review circuit court order regarding Green Garden(.1); telephone call with D. Marshall re same(.1); |
| 11/24/10 | D. Zazove | 0.30 | Review GE form of confidentiality agreement for execution; |
| 11/29/10 | D. Zazove | 0.40 | Telephone call with M. Small(.2); email correspondence with Debtor(.2) regarding First Merit receivership for payment of operating expenses by the lender; |
| 11/29/10 | D. Zazove | 0.10 | Email correspondence with F. Caruso regarding the status of the sale |

④  → $117

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DALLAS • DENVER • LOS ANGELES • MADISON • PALO ALTO • PHOENIX • PORTLAND • SAN DIEGO • SAN FRANCISCO • SEATTLE • SHANGHAI
WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT NUMBER:   73825

January 19, 2011

Invoice  4326390

William  J McEnery
Attn:  William McEnery
160 S. LaGrange Road
Frankfort, IL  60423

INVOICE

FOR SERVICES THROUGH 12/31/10, IN CONNECTION WITH THE FOLLOWING:

| | |
|---|---:|
| Fees at 80% | $62,288.00 |
| Disbursements at 100% | $1,985.65 |
| **Total (Fees 80%, Disbursements 100%)** | **$64,273.65** |
| Deferred Fee Amount (20% Fees) | **$15,572.00** |
| Fees at 100% | $77,860.00 |
| Disbursements at 100% | $1,985.65 |
| **Total Fees and Disbursements (100%)** | **$79,845.65** |

**0004.0002 - pre-filing litigation**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 12/01/10 | D. Zazove | 0.80 | Review Rule 26 disclosures served by U S Ventures; |
| 12/01/10 | K. Stetsko | 0.70 | Draft Rule 26(a)(1) disclosures for US Ventures case; |
| 12/02/10 | J. Routson | 2.80 | Attend hearing in First Midwest and Valero Marketing; |
| 12/02/10 | K. Stetsko | 0.50 | Call with D. Marshall regarding US Ventures litigation (.2); call with M. Burt regarding citation (.3); |
| 12/08/10 | K. Stetsko ④ | 1.70 | Research regarding Indiana receiver sales (.6); correspondence regarding same (.4); draft and file notice of bankruptcy in DuPage county condemnation action (.7) |
| 12/08/10 | J. Buxbaum | 0.30 | Conference with K. Stetsko to prepare for Joliet hearing on summary judgment; |
| 12/09/10 | K. Stetsko | 0.40 | Correspondence with D. Marshall regarding status of pre-filing litigation; |
| 12/09/10 | J. Buxbaum | 3.50 | Attend hearing on Summary Judgment; |
| 12/17/10 | J. Routson | 2.40 | Prepare for and attend hearing regarding citation to discover assets; |
| 12/22/10 | K. Stetsko ④ | 1.40 | Call with counsel regarding IDOT eminent domain action (.6); review IDO action (.5); draft correspondence regarding same (.3); |
| 12/26/10 | T. Henderson ④ | 2.20 | Review motion for summary judgment; analysis of issues for response to motion for summary judgment; multiple email correspondence regarding same; |
| 12/27/10 | D. Zazove ④ | 0.30 | Email correspondence re factual dispute regarding Navajo guaranty suit. |
| 12/27/10 | K. Stetsko | 0.10 | Respond to McEnery citation document request; |
| 12/27/10 | T. Henderson | 0.50 | Review issues related to response to motion for summary judgment; |
| 12/27/10 | W. Maxwell | 5.40 | Research law and begin outlining response to summary judgment motion; |
| 12/28/10 | W. Maxwell | 2.30 | Continue research defenses to motion for summary judgment; email |

*Handwritten annotations:* — $126 ; — $94.5 ; — $297 ; — $175.50

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

73825                                                                    January 19, 2011                        Invoice 4326390

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| | | | with T. Henderson regarding same; |
| 12/29/10 | K. Stetsko | 0.50 | Attention to Suburban citation to discover assets; |
| 12/29/10 | W. Maxwell | 0.90 | Continue drafting response motion for summary judgment; — $117 |
| 12/30/10 | D. Zazove | ④ 0.20 | Email correspondence regarding defense of Navajo suit. |
| 12/30/10 | D. Zazove | 0.70 | Review harsh demand from Suburban Bank for compliance with citation to discover assets(.2); conference wirth K. Stetsko regarding response including the elements of a motion to continue the citation examination because documents were provided, WJM could not possibly respond to the document request, because Suburban is one of the few station lenders which could be paid in full from the sale of its collateral.(.5) |
| 12/30/10 | K. Stetsko | 0.60 | Attention to Suburban citation to discover assets; |
| 12/30/10 | W. Maxwell | 5.80 | Draft and continue research on motion for summary judgment; |
| 12/31/10 | T. Henderson | 2.20 | Revise and edit response to motion for summary judgment; |
| 12/31/10 | W. Maxwell | 1.50 | Continue drafting and working on motion for summary judgment; email with T. Henderson regarding same; |

| | |
|---|---|
| **Total For Services** | $12,297.00 |
| **Total This Matter** | **$12,297.00** |

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|--------------------|--------------|--------------|-------|
| D. Zazove | 2.00 | 585.00 | 1,170.00 |
| T. Henderson | 4.90 | 405.00 | 1,984.50 |
| J. Routson | 5.20 | 345.00 | 1,794.00 |
| K. Stetsko | 5.90 | 315.00 | 1,858.50 |
| J. Buxbaum | 3.80 | 315.00 | 1,197.00 |
| W. Maxwell | 15.90 | 270.00 | 4,293.00 |
| Total | 37.70 | 326.18 | $12,297.00 |

January 19, 20

73825

Invoice 4326390

**0004.0003 - routine administration**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 12/01/10 | K. Stetsko | 2.60 | Draft schedules to SOFA; |
| 12/01/10 | J. Mertes | 0.70 | Update and organize pleading binders. |
| 12/02/10 | D. Zazove | 1.50 | Revise draft schedules to SOFA; |
| 12/02/10 | K. Stetsko | 2.50 | Edit schedules and statement of financial affairs; |
| 12/02/10 | J. Mertes | 0.60 | Update and organize pleading binders. |
| 12/03/10 | D. Zazove | 1.00 | Review portion of the SOFA(.5) and telephone call with F. Caruso and G Shoup(.5) re same; |
| 12/03/10 | D. Zazove | 0.60 | Further revisions to Schedules and SOFA; |
| 12/03/10 | D. Zazove | 1.70 | Detailed review of final draft of all schedules and SOFA; |
| 12/03/10 | K. Stetsko | 3.90 | Finalize and file schedules and statement of financial affairs; |
| 12/03/10 | J. Mertes | 1.50 | Gather all complaints that Gas City is a party to and email all to C. Spector per K. Stetsko (1.00); update pleading binders (.5). |
| 12/06/10 | K. Stetsko | 0.10 | ④ Emails regarding rejected AZ lease (.1). - $31.50 |
| 12/06/10 | J. Mertes | 0.60 | Update and organize pleading binders. |
| 12/07/10 | J. Mertes | 0.50 | Update and organize pleading binders. |
| 12/08/10 | D. Zazove | 0.20 | Telephone calls with D. Marshall to discuss the agenda for the 341 meeting of creditors and preparation for same. |
| 12/08/10 | K. Stetsko | 0.80 | Attention to sale procedures and collateral disposition (.5); review cash collateral motions (.3); |
| 12/08/10 | J. Mertes | 0.50 | Update and organize pleading binders. |
| 12/09/10 | D. Zazove | 0.20 | Email correspondence (.1) and telephone call from F. Caruso regarding the payment of small license ad franchise fees due in the ordinary course of business from the trust account. |
| 12/09/10 | J. Mertes | 1.00 | Update and organize pleading binders. |
| 12/10/10 | J. Mertes | 0.50 | Update and organize pleading binders. |
| 12/13/10 | D. Zazove | 3.80 | Attend office conference with W.J. McEnery, D. Marshall and trust and Gas City professionals to prepare for 341 meeting and attend same. |
| 12/13/10 | K. Stetsko | 4.30 | Attend 341 meeting of creditors (1.7); prepare for 341 meeting of creditors (2.1); review objections to bidding procedures, cash collateral (.4); call attorney for Banco Popular regarding case status (.1); |
| 12/13/10 | J. Mertes | 0.10 | Email to all counsel on service list regarding time re-scheduling of hearing. |
| 12/14/10 | K. Stetsko | 0.40 | Attention to FRBP 2015.3 reporting; |
| 12/14/10 | J. Mertes | 1.00 | Update, organize pleading binders and organize correspondence file. |
| 12/15/10 | K. Stetsko | 0.20 | Call with Standard Bank counsel regarding Proof of Claim; |
| 12/15/10 | J. Mertes | 0.20 | Update pleading binders. |
| 12/17/10 | J. Mertes | 0.40 | Update and organize pleading binders. |
| 12/21/10 | D. Zazove | 0.80 | Revise draft form B26(.5); telephone call with F. Caruso re same(.3) |
| 12/30/10 | D. Zazove | 0.20 | Telephone call with J. Carroll regarding the filing of Standard Bank's proof of claim. |
| 12/31/10 | D. Zazove | 0.20 | Email correspondence with Gas City and Trust professionals regarding the panicked call from J. Stein because he waited until today to attempt to file his client's POC and the processor is closed today for the legal holiday. |

|  |  |
|---|---|
| **Total For Services** | $11,465.00 |
| **Total This Matter** | **$11,465.00** |

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| D. Zazove | 10.20 | 585.00 | 5,967.00 |
| K. Stetsko | 14.80 | 315.00 | 4,662.00 |

**0004.0004 - Gas City, Ltd.**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 12/01/10 | D. Zazove | 0.20 | Review letter to Indiana Dept. of Revenue regarding motor fuel bonds; |
| 12/06/10 | D. Zazove | 1.20 | Close review revised draft of final cash-collateral order. |
| 12/07/10 | D. Zazove | 0.80 | Close review of amended cash-collateral motion. |
| 12/07/10 | D. Zazove | 0.90 | Draft and transmit comments on several drafts of proposed cash-collateral order to Gas City professionals. |
| 12/08/10 | D. Zazove | 1.50 | Review revised budget and projection and adequate protection calculation prepared by CMD(.5); Lengthy call with Gas City and Trust professionals to discuss the application of adequate protection principals as enunciated in Addison Properties Case to the facts and circumstances of Gas City and to obtain some agreement that expenses may have to be reduced as necessary to maintain adequate protection for Bank of America's collateral(1.0) |
| 12/08/10 | D. Zazove | 0.40 | Email correspondence with Gas City professionals and Committee professionals regarding the status of agreement on the form and content of the cash-collateral order. |
| 12/08/10 | D. Zazove | ④ 1.20 | Multiple email correspondence regarding cash-collateral motion, order and budget(.7); review revised budget and analysis(.5). — $409.50 |
| 12/08/10 | D. Zazove | 0.50 | Telephone call with M. Thomas to discuss the particulars for the hearing on use of cash-collateral on 12/14 and the requirement of the Debtor to demonstrate adequate protection. |
| 12/09/10 | D. Zazove | 0.40 | Shared email correspondence with B of A over terms of cash collateral motion and order. |
| 12/09/10 | D. Zazove | 0.80 | Review final version of amended motion to use cash-collateral, final order for same. |
| 12/09/10 | D. Zazove | 0.50 | Conference call with Gas City and Trust professionals to prepare for a contested cash-collateral hearing. |
| 12/09/10 | D. Zazove | 0.20 | Review updated Zapone affidavit in support of cash collateral motion. |
| 12/09/10 | D. Zazove | 0.50 | Telephone call with F. Caruso to discuss issues that could come up at the cash-collateral hearing on 12/14. |
| 12/10/10 | D. Zazove | 0.40 | Review final version of cash-collateral motion and order. |
| 12/10/10 | D. Zazove | ④ 0.30 | Email correspondence regarding cash-collateral order terms. — $175.50 |
| 12/10/10 | D. Zazove | 1.40 | Conference call with committee counsel to discuss the terms of the adequate protection order.(.8); review updated versions of cash-collateral order(.6) |
| 12/11/10 | D. Zazove | 0.90 | Review "limited" objections to the use of cash-collateral asserted by the official committee of unsecured creditors(.3) and by Bank of America(.6). |
| 12/13/10 | D. Zazove | 0.60 | Review updated and revised final cash-collateral order which addresses the remaining unresolved objections. |
| 12/14/10 | D. Zazove | 0.20 | Telephone call with D. Marshall regarding terms of the cash-collateral order. |

| | | |
|---|---|---|
| Total For Services | $7,546.50 |
| **Total This Matter** | **$7,546.50** |

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|---|---|---|---|
| D. Zazove | 12.90 | 585.00 | 7,546.50 |
| Total | 12.90 | 585.00 | $7,546.50 |

**0004.0005 - Sale of Gas stations**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 12/01/10 | D. Zazove | 0.90 | Email correspondence regarding the sale of station #421 owned by W. McEnery individually and obstacles to same presented by the mortgage lender(.4); telephone call with D. Marshall to discuss the circumstances of operation and possession(.3); review termination notice from receiver(.2); |
| 12/01/10 | D. Zazove | 0.30 | Telephone call with F. Caruso to discuss agenda for the meeting of station lenders on Friday and documents to be discussed; |
| 12/01/10 | K. Stetsko | 0.80 | Conferences with station lender's after court hearing; |
| 12/02/10 | D. Zazove | 0.20 | Review agenda items for meeting tomorrow with station lenders; |
| 12/02/10 | D. Zazove | 0.40 | Email correspondence regarding the sale of #421; |
| 12/02/10 | D. Zazove | 0.80 | Review materials for distribution to station lenders at meeting tomorrow; |
| 12/02/10 | D. Zazove | 0.20 | Telephone call with M. Small regarding the agenda for the meeting tomorrow, retention of investment banker to sell stations; |
| 12/02/10 | D. Zazove | 0.30 | Email correspondence with Gas City and trust professionals regarding preservation of Michigan City Station (#421); |
| 12/03/10 | D. Zazove | 3.10 | Attend all hands meeting of station lenders to present the sale model and model allocation of proceeds; |
| 12/03/10 | D. Zazove | 0.50 | Conference call with G.C and Trust professionals to discuss station #421 and the information for the station lenders at today's meeting; |
| 12/03/10 | K. Stetsko | 3.10 | Attend station lender meeting regarding sale procedures and models; |
| 12/04/10 | D. Zazove | 1.50 | Review updated, revised and amended sale motion, interim order and sale terms; |
| 12/05/10 | D. Zazove | 1.20 | Review F. Caruso's revised sale projected allocation of gross and net sale proceeds(1.0); email correspondence with M. Thomas regarding station #421 in Michigan City, IN(.2); |
| 12/06/10 | D. Zazove | 0.50 | Telephone call and email correspondence with B. Graham(.2); P. Possinger (.1) and M. Thomas(.2) regarding possession and sale of #421 Michigan City. |
| 12/06/10 | D. Zazove | 1.40 | Review two more updated versions of sale allocation models(.9); email correspondence regarding revised provision of amended sale motion(.5); |
| 12/06/10 | D. Zazove | 0.60 | Review B of A's extensive comments to the proposed sale procedures order. |
| 12/06/10 | D. Zazove | 0.30 | Email correspondence with station lenders and debtor regarding objections and comments to sale procedures. |
| 12/07/10 | D. Zazove | 0.70 | Email correspondence with Lenders' counsel and Gas City professionals regarding terms of station sale. |
| 12/07/10 | D. Zazove | 0.60 | Review condemnation suit on DuPage station financed by Cole Taylor Bank |
| 12/09/10 | D. Zazove | 1.00 | Review amended motion to sell, assets, interim sale order, bid procedures and order approving same, |
| 12/09/10 | D. Zazove | 0.20 | Email correspondence with B. Graham, M Thomas re station 421 and the consent of the lenders and receiver to a license and sale of the station in the Gas City auction. |
| 12/10/10 | D. Zazove | 0.50 | Review updated version of sale motion and attachments: order and terms |
| 12/10/10 | D. Zazove | 0.60 | Email correspondence regarding provisions and content of sale order. |
| 12/10/10 | D. Zazove | 0.70 | Review station lender's "limited"( but not really) objection to the sale of its stations at a 363 sale. |
| 12/10/10 | D. Zazove | 0.30 | Telephone call with M. Thomas regarding sale procedures and draft order for same. |
| 12/11/10 | D. Zazove | 1.40 | Review individual objections of station lenders: Private Bank, Cole Taylor, Centier Bank, First Midwest ,Citizens Financial Services, and the Northern Trust to the proposed going concern sale of station assets. |
| 12/12/10 | D. Zazove | 0.50 | Review 2003 article " The Valuation of Secured Claims in Bankruptcy: a Framework" in preparation for contested hearing on Tuesday on |

Handwritten annotations: ④ -$234; ④ -$252; ④ -$234; ④ -$292.50; ④ -$351

**0004.0007 - Disposition of Non Gas Station assets**

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| 12/01/10 | D. Zazove | 0.70 | Revise draft license agreement for operation of non-station asset; |
| 12/01/10 | K. Stetsko | 0.50 | Attention to First Midwest colatteral; |
| 12/02/10 | D. Zazove | 1.20 | Email correspondence(.6) and telephone call(.3) with M. Small and telephone call with D. Marshall(2) regarding the license agreement with First Midwest; review draft order appointing receiver(.1); |
| 12/03/10 | D. Zazove | ④ 0.40 | Email correspondence regarding the proposed terms of an agreement with First Midwest;  —$234 |
| 12/05/10 | K. Stetsko | 0.20 | Attention to proposed deeds in lieu on creameries; |
| 12/06/10 | D. Zazove | 0.10 | Email correspondence regarding response to receiver's request for information on Green Garden property |
| 12/06/10 | D. Zazove | ④ 0.10 | Email correspondence regarding sale of Mary Street SFR  —$58.5 |
| 12/06/10 | N. Fahrer | 0.60 | Revise Deed-In-Lieu Agreement; forward to F. Lammiman for review and comment; |
| 12/06/10 | K. Stetsko | 0.50 | Correspondence with M. Terrien regarding Cole Taylor deed-in-lieu (.1); correspondence with S. Hartmann regarding Suburban deed-in-lieu (.1); correspondence with B. Caughey regarding Integra deed-in-lieu (.1); attention to vacant properties and deed-in-lieu process (.2). |
| 12/07/10 | K. Stetsko | 0.50 | Call with S. Hartmann regarding non-station assets; |
| 12/08/10 | D. Zazove | 0.60 | Review stay relief motion filed by First Community Bank to continue the foreclosure case on the Bell Road Creamery |
| 12/08/10 | D. Zazove | 0.30 | Telephone call with D. Marshall regarding the list stay motion on the creameries and the status of take-out financing and the condemnation case on the DuPage station, and the status of Green Garden license agreement. |
| 12/08/10 | D. Zazove | 0.20 | Email correspondence with J. Cunea(.1) and telephone call with D, Marshall regarding the Green Garden receiver request for historical financial information(.1) |
| 12/08/10 | K. Stetsko | 0.70 | Attention to lift stay motion of First Community Bank (.5);  call to S. Hartman regarding DIL on creameries (.2); |
| 12/13/10 | D. Zazove | 0.40 | Telephone call with A. Terras (.2) and telephone call with F. Caruso re status of G.E. Capital lease payments for trust leases. |
| 12/14/10 | D. Zazove | 2.40 | Attend meeting at Arnstein with Standard Bank and its professionals to discuss the disposition of non-station assets on a consensual basis. |
| 12/14/10 | K. Stetsko | 2.40 | Attend meeting with Standard Bank regarding disposition of non-station assets by deed in lieu, or lease, and status of current litigation; |
| 12/14/10 | K. Stetsko | 0.50 | Call with committee attorney regarding motion to lift stay on creameries; |
| 12/20/10 | D. Zazove | 0.30 | Telephone call (.2) and email correspondence(.1) with D. Marshall regarding environmental regulatory proceedings on non-station trust assets including a hearing tomorrow. |
| 12/21/10 | N. Fahrer | 0.20 | Correspond with S. Hartmann regarding Deed in Lieu Agreement; telephone conference with S. Hartmann regarding same;  —$157.50 |
| 12/21/10 | K. Stetsko | ④ 0.50 | Call regarding possible creamery purchase (.5); |
| 12/21/10 | K. Stetsko | 3.10 | Travel to and attend Will County Health Department hearing regarding vacant Trust property; |
| 12/23/10 | K. Stetsko | ④ 0.10 | Email correspondence regarding disposition of Creameries;  —$31.50 |
| 12/27/10 | D. Zazove | 1.10 | Extensive email correspondence and telephone calls with M. Small and J. Cunea regarding First Midwest Bank's demand to inspect Green Garden Golf Couse. |
| 12/28/10 | K. Stetsko | 0.40 | Attention to First Midwest litigation (.1); email S. Hartman regarding creameries (.2); attention to Suburban Deed in lieu (.1). |
| 12/29/10 | D. Zazove | ④ 0.30 | Email correspondence regarding the citation lien of Firstmerit and its claim on  the loss carryback tax refund.  $175.50 |
| 12/29/10 | D. Zazove | 0.40 | Review inqury regarding the avialabity of the creameries for sale(.1); Telephone call with D. Marshall regarding status of offer from Billy McEnery(.1); Review Standard's proposal for deed in lieu on two |

73825

January 19, 2011                                                    Invoice 4326390

| Date | Attorney/Assistant | Hours | Description of Services |
|------|-------------------|-------|------------------------|
| | | | valuable parcels of vacant real estate(.1); telephone call with D. Marshall regarding the appraised value of the two properties and the pay-off balance on each(.1). |
| 12/29/10 | D. Zazove | ④ 0.30 | Email correspondence regarding possible offer on the creameries — $175.50 |
| 12/29/10 | K. Stetsko | 0.50 | Attention to Suburban bank Deed in Lieu (.5); |
| 12/30/10 | D. Zazove | 0.40 | Email correspondence with M. Small regarding Green Garden; (.1); review draft agreement re same(.2); email with B. Graham re same(.1) |
| 12/30/10 | D. Zazove | 1.00 | Review 2009 appraisals for U.S. 45 and Steiger Road ($875,000) (.5), and 194th St. and  Harlem Ave ($2,195,000)(.5) |
| 12/30/10 | K. Stetsko | ④ 0.10 | Correspondence regarding possible sale of creameries; — $31.50 |

|  |  |
|--|--|
| Total For Services | $9,457.00 |
| **Total This Matter** | **$9,457.00** |

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|-------------------|-------------|-------------|-------|
| D. Zazove | 10.20 | 585.00 | 5,967.00 |
| N. Fahrer | 0.80 | 425.00 | 340.00 |
| K. Stetsko | 10.00 | 315.00 | 3,150.00 |
| Total | 21.00 | 450.33 | $9,457.00 |

73825                                                                      January 19, 2011                        Invoice 4326390

**0004.0010 - Retention and payment of professionals**

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| 12/08/10 | K. Stetsko | ④ 0.20 | Calls regarding November fee statements;   — $63 |
| 12/10/10 | K. Stetsko | 0.70 | Attention to fee application; |
| 12/12/10 | D. Zazove | 1.20 | Edit first monthly interim statement of fees and costs for the period October 27 through November 31, 2010. |
| 12/20/10 | J. Mertes | 0.50 | ECF file with the Bankruptcy Court the first monthly fee statements for October 26, 2010 - November 30, 2010 for Perkins Coie and for Development Specialist, Inc. (.4); |
| 12/21/10 | D. Zazove | 0.80 | Review of monthly fee and cost statements filed by Gas City Debtor and Creditors' Committee professionals. |

|  |  |
|--|--|
| Total For Services | $1,508.50 |
| **Total This Matter** | **$1,508.50** |

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|--------------------|-------------|--------------|-------|
| D. Zazove | 2.00 | 585.00 | 1,170.00 |
| K. Stetsko | 0.90 | 315.00 | 283.50 |
| J. Mertes | 0.50 | 110.00 | 55.00 |
| Total | 3.40 | 443.68 | $1,508.50 |

**TOTAL SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Amount |
|--------------------|-------------|--------------|--------|
| J. Buxbaum | 3.80 | 315.00 | 1,197.00 |
| N. Fahrer | 2.60 | 425.00 | 1,105.00 |
| T. Henderson | 4.90 | 405.00 | 1,984.50 |
| W. Maxwell | 15.90 | 270.00 | 4,293.00 |
| J. Mertes | 8.10 | 110.00 | 891.00 |
| J. Routson | 5.20 | 345.00 | 1,794.00 |
| K. Stetsko | 49.10 | 315.00 | 15,466.50 |
| D. Zazove | 87.40 | 585.00 | 51,129.00 |
| Total | 177.00 | 439.89 | $77,860.00 |

February 15, 2011                                                                                    Invoice 4344259

73825

**0004.0002 - pre-filing litigation**

| Date | Attorney/Assistant | Hours | Description of Services |
|------|-------------------|-------|-------------------------|
| 12/02/10 | K. Stetsko | 3.30 | Create schedule of foreclosures including timing and estimated cost to foreclose; |
| 01/02/11 | D. Zazove | 0.50 | Revise draft response to Navajo summary judgment motion. |
| 01/03/11 | K. Stetsko | 2.20 | Draft motion to continue citation to discover assets; |
| 01/03/11 | T. Henderson | 2.80 | Revise and edit first amended answer (1.2); finalize response to motion for summary judgment (1.6); |
| 01/03/11 | W. Maxwell | 5.30 | Continue research and drafting of motion for summary judgment; |
| 01/04/11 | D. Zazove | 0.50 | Revise draft motion to continue Suburban Bank's citation examination of W. McEnery |
| 01/04/11 | K. Stetsko | 1.80 | Finalize and file motion to continue citation hearing; |
| 01/05/11 | K. Stetsko | 0.30 | Call with Will Co. Clerk regarding motion on citation (.1);call with opposing counsel regarding hearing schedule on foreclosure matters (.2); |
| 01/06/11 | D. Zazove | 0.60 | Review Suburban Bank's renewed motion for summary judgment on guaranty in the pending, pre-petition station foreclosure suit. |
| 01/06/11 | D. Zazove | 0.40 | Review Suburban's response to motion to continue citation examination of WJM |
| 01/06/11 | K. Stetsko | 0.60 | Call with B. Raynor regarding pre-bankruptcy receiver (.1); call Cook County Clerk regarding status of stayed foreclosure case (.1); attention to Suburban's IN foreclosure (.4); |
| 01/07/11 | D. Zazove | 0.20 | Review citation orders. |
| 01/07/11 | D. Zazove | 0.60 | Telephone calls with N. Brown(.2), D. Marshall(.4) re citation liens and execution attachment. |
| 01/07/11 | K. Stetsko | 4.60 | Prepare for citation hearing (.8); travel to and attend hearing on citation to discover assets (3.6);correspondence regarding same (.2); |
| 01/10/11 | J. Routson | 0.10 | Conference with K. Stetsko regarding upcoming hearings; |
| 01/10/11 | K. Stetsko | 0.50 | Research regarding ownership of joint tax returns (.3); attention to ongoing case status (.2); |
| 01/10/11 | T. Henderson | 1.80 | Review plaintiffs reply brief; pull documents for summary judgment hearing; prepare for hearing; |
| 01/10/11 | W. Maxwell | 1.30 | Draft proposed order (1.1); email T. Henderson regarding same (.2); |
| 01/11/11 | J. Routson | 3.50 | Travel to and attend hearing on Private Bank and Cole Taylor matters; |
| 01/11/11 | K. Stetsko | 0.30 | Call with N. Agudo regarding DuPage foreclosure action; |
| 01/11/11 | T. Henderson | 2.90 | Attend and argue response to motion for summary judgment; email correspondence regarding same; |
| 01/12/11 | D. Zazove | 0.50 | Telephone call with D. Marshall regarding the impact of continuing litigation against Bill McEnery on the sale process. |
| 01/12/11 | K. Stetsko | 1.20 | Attention to GE suit related to Trust holdings (.2); attention to Suburban motion for summary judgment on Trust loan (.6); call with D. Dawson on First Merit citation (.2); call with D. Marshall regarding Suburban citation (.2); |
| 01/13/11 | J. Routson | 3.10 | Travel to and attend hearing on Valero motion for summary judgment; |
| 01/13/11 | K. Stetsko | 0.30 | Call with S. Hartman regarding citation; |
| 01/14/11 | K. Stetsko | 2.70 | Attention to status report of all pre-filing litigation (2.2); call with D. Marshall regarding same (.3); call with D. Dawson regarding FirstMerit citation (.2); |
| 01/19/11 | K. Stetsko | 0.20 | Review and respond to suburban summary judgment motion; |
| 01/20/11 | K. Stetsko | 0.10 | Call with Suburban counsel regarding Summary Judgment motion; |
| 01/21/11 | J. Routson | 1.80 | Attend Suburban Bank hearing; |
| 01/21/11 | K. Stetsko | 0.40 | Attention to citation production of documents; |
| 01/26/11 | K. Stetsko | 0.70 | Attention to citation to discover assets; |
| 01/26/11 | J. Mertes | 1.00 | Redact production documents regarding Will County Case No. 10L605 for K. Stetsko. |
| 01/27/11 | K. Stetsko | 2.10 | Produce documents for citation examination (1.0); draft answer to GE complaint (1.1); |
| 01/27/11 | J. Mertes | 1.50 | Continue to redact production documents regarding Will County Case No. 10L605 for K. Stetsko. |
| 01/28/11 | K. Stetsko | 0.90 | Attention to citation examination (.7); correspondence with S. Hartman |

④ ~ -$63

④ ~ -$609

73825                              February 15, 2011                              Invoice 4344259

**0004.0005 - Sale of Gas stations**

| Date | Attorney/Assistant | Hours | Description of Services |
|------|-------------------|-------|------------------------|
| 01/03/11 | D. Zazove | 0.70 | Email correspondence with Gas City and trust professionals regarding the conduct of the sale and stalking horse bids(.3) conference call to discuss same(.4) | — $242 |
| 01/04/11 | D. Zazove | 1.20 | Review draft sale resolutions(.5) and schedule of potential purchasers who are in data room(.4); review schedule of environmental issues at stations(.3) |
| 01/04/11 | D. Zazove | 0.40 | Email correspondence with station lenders regarding BofA settlement. |
| 01/05/11 | D. Zazove | 0.20 | Email correspondence with B of A and station lenders to schedule the next all hands meeting. |
| 01/05/11 | D. Zazove | 0.30 | Telephone call with M. Thomas regarding sale logistics and dates. |
| 01/06/11 | D. Zazove | 0.70 | Review sale and support agreement for station #421. |
| 01/06/11 | D. Zazove | 0.50 | Telephone call with F. Caruso regarding the status of the negotiations with the station lenders and B of A over the allocation of proceeds. |
| 01/06/11 | D. Zazove | 0.50 | Telephone call with D. Marshall regarding station #421 and payment of the operating license fee(.2); review email correspondence and executed copy of the license and confirmation of payment(.3). |
| 01/06/11 | K. Stetsko | 0.30 | Correspondence with lenders' counsels regarding sale; |
| 01/07/11 | D. Zazove | 0.10 | Review draft of stalking horse bid solicitation letter. |
| 01/07/11 | D. Zazove | 0.80 | Email correspondence regarding terms of allocation of proceeds settlement among station lenders and BofA;(.7); telephone call with F. Caruso re same(.1). |
| 01/07/11 | K. Stetsko | 0.30 | Correspondence with station lenders regarding proposed sale; |
| 01/08/11 | D. Zazove | 0.70 | Extensive email correspondence with Gas City professionals regarding the agreement among the Creditors' Committee, Bank of America and the 16 station lenders regarding the sale, credit bidding and station exclusion. |
| 01/09/11 | D. Zazove | 0.30 | Additional email correspondence with Gas City and Trust professionals regarding station sale terms. |
| 01/10/11 | D. Zazove | 0.80 | Email correspondence regarding allocation issues among station lenders and B of A.(.7); telephone call with P. Possinger regarding status of resolution(.1). |
| 01/10/11 | K. Stetsko | 4.50 | Attend meeting of station lenders (3.7) correspondence with station lenders regarding meeting and sale (.8); | — $1,295 |
| 01/11/11 | D. Zazove | 3.70 | Attend meeting with all station lenders and Bof A to discuss sale terms and conditions. |
| 01/11/11 | D. Zazove | 0.30 | Email correspondence with Gas City and Committee counsel over the proposed allocation of the sale proceeds. |
| 01/11/11 | D. Zazove | 1.20 | Review 21 separate items of email correspondence incorporating revisions and proposals to the allocation of station sale proceeds including revised orders approving the station sale terms. |
| 01/11/11 | D. Zazove | 0.10 | Telephone call from T. Wolford re status of sale and lender consent. |
| 01/11/11 | K. Stetsko | 4.10 | Attend meeting of station lenders (3.7) draft email to station lenders regarding same (.4); | — $1,295 |
| 01/12/11 | D. Zazove | 0.60 | Email correspondence with Gas City professionals regarding the tentative allocation settlement and urging station lenders to get on board. |
| 01/12/11 | D. Zazove | 4.30 | Attend continued meeting with all station lenders and Bank of America to narrow sale issues and achieve a consensus. |
| 01/12/11 | K. Stetsko | 5.10 | Prepare for and attend meeting of station lenders (4.3); email correspondence with station lenders (.3) review gas city comments on term sheet (.5); | — $857.50 |
| 01/13/11 | D. Zazove | 4.20 | Attend further meeting of Debtors, 16 Station Lenders, Bank of America, Unsecured Creditors' Committee and all of their respective professionals to finally achieve closure on sale terms and conditions and agreed upon sale order.(4.0); telephone call with client to so advise of same(.2) |
| 01/13/11 | D. Zazove | 0.50 | Review 8 email from station lenders counsel requesting additional information not-withstanding the all afternoon meeting and hearing |

February 15, 2011                                                                                          Invoice 4344259

73825

| Date | Attorney/Assistant | Hours | Description of Services |
|------|-------------------|-------|------------------------|
| | | | yesterday(.3; review DSI analysis of the settlement burden as finally achieved verses the model proposed by the debtor over a month ago(.2) |
| 01/13/11 | D. Zazove | 0.20 | Field purchase inquiry from Caisson Capital Enterprises. |
| 01/13/11 | D. Zazove | 0.80 | Extensive email correspondence regarding the status of the Bank of America-Creditors' Committee Station lender dispute  —$1,400 |
| 01/13/11 | K. Stetsko | ④ 4.00 | Attend meeting of station lenders; |
| 01/14/11 | D. Zazove | 0.50 | Telephone call with debtor's representative to go over sale order. |
| 01/15/11 | D. Zazove | 0.50 | Review Bank of America's redraft of the station lenders' settlement term sheet. |
| 01/17/11 | D. Zazove | 1.80 | Review revised draft stalking horse term sheet(.9); email correspondence with Gas City and Trust professionals regarding terms of same(.3); lotting and bidding (.6) |
| 01/17/11 | D. Zazove | 1.50 | Revise first draft of purchase and sale agreement. |
| 01/18/11 | A. Cole | 0.40 | Correspondence with D. Marre regarding due diligence for station sales; |
| 01/18/11 | D. Marre | 2.80 | Revisions to form of asset purchase agreement; |
| 01/18/11 | D. Zazove | 0.20 | Email from BofA regarding the response of Standard Bank to the proposed allocation settlement(.1); email correspondence with P. Possinger regarding same(.1) |
| 01/18/11 | D. Zazove | 1.50 | Conference with D. Marre and A. Cole to discuss the nature of the sale and the real estate closing aspects of same. |
| 01/18/11 | K. Stetsko | 0.90 | Attention to stalking horse term sheet (.3); attention to sale process (.6); |
| 01/19/11 | D. Zazove | 1.80 | Email correspondence(.5) with Gas City and trust professionals regarding the terms of sale and the stalking horse bid proposal; Conference call with P. Possinger, M. Thomas, CMD and DSI professionals to discuss sale issues and terms (1.2); telephone call with B; Graham regarding sale of 421(.1). |
| 01/19/11 | D. Zazove | 0.30 | Review Gas City comments to BofA/Station Lenders' settlement term sheet. |
| 01/19/11 | D. Zazove | ④ 0.20 | Email correspondence regarding sale of additional real property for headquarters and computer room as part of station sale.  —$121.00 |
| 01/19/11 | N. Fahrer | 0.80 | Participate in conference call regarding sale; office conference with S. Lee regarding title and survey documents posted to data-site; attention to same;  —$122.67 ④ |
| 01/19/11 | K. Stetsko | 1.60 | Conference with Gas City attorney and financial consultants regarding sale process (1.2); attention to sale porcess (.4). |
| 01/19/11 | S. Lee | 2.10 | Meeting with D. Zazove for overview of project; conference call with D. Zazove, D. Marre, and N. Fahrer; review data site and conduct quick overview of sites; |
| 01/20/11 | D. Zazove | 0.40 | Review updated station lender settlement term sheet allocating proceeds from the sale of the stations. |
| 01/20/11 | K. Stetsko | 0.60 | Attention to sale of stations; |
| 01/21/11 | D. Zazove | 0.10 | Email correspondence with A. Kindorf regarding status of stalking horse bid solicitations. |
| 01/21/11 | N. Fahrer | 1.20 | Attention to data-site and title and survey documents (.5); telephone conference with N. Delacruz regarding same (.2); office conference with K. Stetsko regarding subdivision of creamery and car wash property; attention to same (.5); |
| 01/22/11 | D. Zazove | 1.30 | Review stalking horse package of cover letter, term sheet, APA and bid list sent to 20 prospective station purchasers. |
| 01/22/11 | D. Zazove | 1.10 | Telephone calls from D. Marshall(.2) and from J. Carroll(.2) regarding the status of Standard Bank's 2nd mortgage on Michigan City station; review 2nd mortgage documents sent by J. Carroll(.7) |
| 01/22/11 | N. Fahrer | 0.30 | Attention to title and survey documents posted to data-site (.2); correspond with N. Delacruz regarding same (.1). |
| 01/24/11 | D. Zazove | 1.00 | Conference call with prospective purchaser, D. Marshall and F. Caruso to discuss possible sale proposal or plan. |

February 15, 2011

Invoice 4344259

73825

## 0004.0007 - Disposition of Non Gas Station assets

| Date | Attorney/Assistant | Hours | Description of Services |
|------|-------------------|-------|------------------------|
| 01/03/11 | D. Zazove | 0.40 | Telephone call with B. Graham, attorney for M. Eber as receiver of Green Garden regarding the status of the receiver's take-over of operations. |
| 01/03/11 | D. Zazove | 0.40 | Review listing agreements for non-gas station properties subject to Suburban Bank's lien. — $175 |
| 01/03/11 | K. Stetsko | 0.50 | Correspondence regarding Suburban Bank deed-in-lieu; — $121 |
| 01/04/11 | D. Zazove | 0.20 | Email correspondence regarding deed in lieu or sale of Suburban non-gas station assets. |
| 01/04/11 | K. Stetsko | 0.60 | Email correspondence regarding Suburban vacant land (.2) call with Lender's counsel regarding First Community motion to lift stay (.2); correspondence regarding Creamery properties (.1) correspondence with UCC counsel regarding motion to lift stay (.1); $105 |
| 01/05/11 | D. Zazove | 1.00 | Telephone call and email correspondence with D. Marshall (.3) and M. Small (.1) regarding the option agreement on Green Garden; review draft operating license (.6) |
| 01/05/11 | K. Stetsko | 0.50 | Call with F. Lammiman regarding Deeds in Lieu on non-station collateral (.3); attention to deed in liue process (.2); |
| 01/06/11 | D. Zazove | 0.10 | Review orders entered granting First Community Bank's lift stay motion on non-station assets, vacant and creamery. |
| 01/06/11 | D. Zazove | 0.50 | Work on Green Garden license agreement. |
| 01/06/11 | K. Stetsko | 1.20 | Calls with M. Terrien regarding Cole Taylor and Private Bank assets (.6) correspondence regarding subdivision of creamery land (.2) correspondence regarding Homestar assets (.2) correspondence regarding creameries (.2); — $210 |
| 01/12/11 | D. Zazove | 0.50 | Review financing proposal on two creameries (.3); telephone calls (2X) with D. Marshall re same (.2) |
| 01/12/11 | D. Zazove | 0.20 | Telephone call from prospective buyer is St. Louis interested in acquiring the creameries. |
| 01/14/11 | D. Zazove | 0.30 | Telephone call from S. Bobo regarding computer equipment sold to a Gas City entity and which is unpaid at present. |
| 01/14/11 | K. Stetsko | 1.70 | Attention to Old Second motion to lift stay (.9); correspondence with Gas City counsel regarding same (.8); |
| 01/15/11 | D. Zazove | 0.20 | Email correspondence regarding Lender's perfection and documentation issues on non-station real property. — $121 |
| 01/17/11 | D. Zazove | 1.60 | Review of Homestar Bank's motion for stay relief to foreclose on non-station trust real property. |
| 01/17/11 | K. Stetsko | 0.60 | Response to Homestar motion to lift stay (.2); response to Old Second motion to lift stay (.4); |
| 01/18/11 | D. Zazove | 1.50 | Review proposed revisions to the purchase and sale contract and stalking horse term sheet (1.0); telephone call with F. Caruso re sale issues at the station level (.5) |
| 01/18/11 | K. Stetsko | 0.70 | Call with Cole Taylor counsel regarding Deed-in-Lieu (.3) email correspondence regarding Old Second lift stay motion (.2) call with D. Marshall regarding disposition of assets (.1) correspondence regarding green gardens (.1); — $105 |
| 01/20/11 | K. Stetsko | 0.20 | Correspondence regarding Cole Taylor deed-in-lieu; $70 |
| 01/21/11 | D. Zazove | 0.50 | Review brokerage agreement for sale of the Dessert Rose Inn in Arizona. |
| 01/21/11 | K. Stetsko | 0.60 | Attention to Old Second collateral (.4); attention to subdivision of creamery (.2); |
| 01/22/11 | D. Zazove | 0.70 | Review revised operating agreement with Green Garden. |
| 01/24/11 | D. Zazove | 0.50 | Review further revisions to Green Garden operating agreement; |
| 01/24/11 | D. Zazove | 0.70 | Work on Green Garden license agreement for First Midwest. |
| 01/24/11 | N. Fahrer | 0.40 | Review Forbearance Agreement (.3); correspond with D. Marshall regarding same (.1); |
| 01/24/11 | K. Stetsko | 0.40 | Attention to lift stay motions on Old Second and Homestar properties (.1); telephone conference with F. Lammiman regarding same (.3); |
| 01/25/11 | D. Zazove | 0.80 | Subsequent call from mystery buyer regarding acquisition of |

73825

February 15, 2011

Invoice 4344259

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| | | | creameries(.2); review confidentiality agreement and due diligence information request(.6) |
| 01/25/11 | N. Fahrer | 1.10 | Revise Forbearance Agreement (.8); telephone conference with B. Graham regarding same (.3); |
| 01/25/11 | K. Stetsko | 0.70 | Conference with J. Rosenblum regarding Cole Taylor assets (.4); call with D. Marshall regarding creameries (.3); |
| 01/26/11 | D. Zazove | 0.60 | Telephone call with P. Bauch regarding term sheet structure for an offer to purchase the creameries from the trust. |
| 01/26/11 | N. Fahrer | 0.20 | Telephone conference with B. Graham regarding Green Garden Forbearance Agreement; |
| 01/26/11 | K. Stetsko | 1.10 | Attention to Old Second Collateral (.8); Call with F. Lammiman regarding Old Second collateral (.3); |
| 01/27/11 | D. Zazove | 1.00 | Review G.E. proposal for continuing availability of vehicals sold to WJM leasing pending the station sale(.8); telephoen call with F. Caruso re same(.2) |
| 01/27/11 | D. Zazove | 2.10 | Telephone call with D. Marshall(.3);M. Eber(.4); M. Small(.3) regarding the management issue at Green Garden(.3); review proposed interim management roster(.2); telephone calls with D. Marshall(.3), B. McEnery,(.1) B. Graham(.2) regarding same. |
| 01/28/11 | D. Zazove | 0.90 | Telephone calls with M. Small regarding Green Garden management issues(.4) review several more drafts of proposed exhibits to forbearance agreement(.3); telephone call with B. McEnery and D. Marshall re demands by receiver and proposed budget(.2) |
| 01/28/11 | D. Zazove | 1.00 | Review updated and revised Debt Restructuring Agreement among Gas City, WJM Leasing and Heidenreich Trucking and others |
| 01/28/11 | D. Zazove | 2.20 | Telephone calls (3X) with D. Christopher(.5), J.Kaplan(.2) counsel for G.E. and email correspondence regarding the status of Heidenreich trucking and G.E. Leasing agreement; review proposed settlement documents relating to same(1.5) |
| 01/28/11 | D. Zazove | 0.70 | Review offer from WAM Creameries LLC to purchase 7 creameries free and clear for an aggregate purchase price of $2,975,000. |
| 01/29/11 | K. Stetsko | 1.00 | Attention to motion to sell Arizona hotel; |
| 01/30/11 | K. Stetsko | 0.10 | Attention to Old Second order; |
| 01/31/11 | D. Zazove | ④ 0.20 | Email correspondence regarding the logistics of the sale of the Desert –$121 Rose Inn. |
| 01/31/11 | D. Zazove | 0.90 | Telephone call with D. Christopher(.2), review revised agreement(.4); ④ email correspondence(.3) regarding the G.E. Capital agreement with –$181.5 Heidenreich Trucking. |

Total For Services        $16,165.50

**Total This Matter**        **$16,165.50**

## SUMMARY OF SERVICES:

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|--------------------|--------------|--------------|-------|
| D. Zazove | 19.70 | 605.00 | 11,918.50 |
| N. Fahrer | 1.70 | 460.00 | 782.00 |
| K. Stetsko | 9.90 | 350.00 | 3,465.00 |
| Total | 31.30 | 516.47 | $16,165.50 |

73825                                    February 15, 2011                    Invoice 4344259

**0004.0011 - Claim allowance and disputes**

| Date | Attorney/Assistant | Hours | Description of Services |
|------|-------------------|-------|------------------------|
| 12/31/10 | D. Zazove | 0.20 | Review 5039(b)(9) claim filed by Performance Food Group in the amount of $56,000. |
| 01/02/11 | D. Zazove | 0.30 | Email correspondence with P.Possinger, M. Thomas and F. Caruso regarding the issues with station lenders who have not timely filed claims by the bar date. |
| 01/04/11 | J. Mertes | 1.50 | Organize claims. |
| 01/05/11 | D. Zazove | ④ 0.20 | Email correspondence regarding 503(b)(9) claims(.1); email correspondence regarding tax claims(.1)  − $121 |
| 01/13/11 | K. Stetsko | 0.30 | Review filed proofs of claims; |

|  |  |
|--|--|
| Total For Services | $697.00 |
| **Total This Matter** | **$697.00** |

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|--------------------|-------------|-------------|-------|
| D. Zazove | 0.70 | 605.00 | 419.50 |
| K. Stetsko | 0.30 | 350.00 | 105.00 |
| J. Mertes | 1.50 | 115.00 | 172.50 |
| Total | 2.50 | 278.80 | $697.00 |

**TOTAL SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Amount |
|--------------------|-------------|-------------|--------|
| A. Cole | 0.40 | 610.00 | 244.00 |
| N. Fahrer | 11.80 | 460.00 | 5,428.00 |
| T. Henderson | 7.50 | 420.00 | 3,150.00 |
| S. Lee | 17.30 | 280.00 | 4,844.00 |
| D. Marre | 2.80 | 520.00 | 1,456.00 |
| W. Maxwell | 6.60 | 310.00 | 2,046.00 |
| J. Mertes | 6.90 | 115.00 | 793.50 |
| J. Routson | 8.50 | 380.00 | 3,230.00 |
| N. Saldinger | 0.40 | 175.00 | 70.00 |
| K. Stetsko | 60.60 | 348.09 | 21,094.50 |
| D. Zazove | 82.60 | 604.95 | 49,969.00 |
| Total | 205.40 | 449.49 | $92,325.00 |

# Perkins Coie

ANCHORAGE • BEIJING • BELLEVUE • BOISE • CHICAGO • DALLAS • DENVER • LOS ANGELES • MADISON • NEW YORK • PALO ALTO • PHOENIX • PORTLAND • SAN DIEGO • SAN FRANCISCO • SEATTLE •
SHANGHAI • WASHINGTON, D.C.
CENTRALIZED ACCOUNTING DEPARTMENT
1201 THIRD AVENUE, 40TH FLOOR
SEATTLE, WASHINGTON 98101-3099
MAIN TELEPHONE NUMBER: (206) 359-8000
ACCOUNTING: (206) 359-3143 - CLIENTACCT@PERKINSCOIE.COM
TAX I.D. NUMBER: 91-0591206

ACCOUNT
NUMBER:   73825

March 15, 2011

Invoice  4369099

William  J McEnery
Attn:  William McEnery
160 S. LaGrange Road
Frankfort, IL  60423

---

INVOICE

**FOR SERVICES THROUGH 02/28/11, IN CONNECTION WITH THE FOLLOWING:**

| | |
|---|---|
| Total Services | $134,102.00 |
| Disbursements and Other Charges | $2,551.20 |
| **TOTAL DUE THIS INVOICE** | **$136,653.20** |

**0004.0002 - pre-filing litigation**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 02/01/11 | K. Stetsko | 0.40 | Review and produce additional documents in response to the Suburban Bank citation; |
| 02/03/11 | K. Stetsko | 0.80 | Conference with W. McEnery regarding citation exam (.6); call with S. Hartmann regarding same (.2); |
| 02/04/11 | J. Routson | 3.00 | Travel to and attend citation hearing regarding motion to turn over tax refund; |
| 02/07/11 | D. Zazove | 0.70 | Telephone call with D. Dawson regarding the status of ongoing litigation with FirstMerit Bank and its impact on the trust Bankruptcy Case. |
| 02/07/11 | K. Stetsko | 8.60 | Travel to and attend Suburban Bank citation exam (7.2); prepare for hearing on motion to turnover (.4); attention to litigation status (1.0) |
| 02/08/11 | D. Zazove | ④ 0.20 | Review order entered in FirstMerit citation matter (.10); email correspondence regarding effect of order (.1); ⟩ = ✕60.5 |
| 02/08/11 | J. Routson | 4.30 | Travel to and attend court hearing on three separate cases; |
| 02/08/11 | K. Stetsko | 3.10 | Attention Suburban Turnover Motion (2.5); attention to production of documents to suburban (.6); |
| 02/09/11 | K. Stetsko | 3.70 | Draft objection to turnover motion (2.7); email counsel regarding same (.1); attention to citation documents (.8); email Centier's counsel regarding receiver (.1); |
| 02/10/11 | K. Stetsko | 4.60 | Travel to and attend hearing on turnover motion (4.2); conference with D. Marshall regarding same (.2); attention to rule to show cause motion (.2); |
| 02/11/11 | K. Stetsko | 2.40 | Attention to citation documents (1.5); draft email summarizing same (.7); |
| 02/12/11 | K. Stetsko | 0.20 | Attention to First Merit citation exam; |
| 02/14/11 | D. Zazove | 0.30 | Telephone call with D. Dawson regarding additional discovery and citation depositions of Bill McEnery. |
| 02/14/11 | K. Stetsko | 5.90 | Call D. Marshall regarding citation hearing (.3); prepare for citation hearing (.7); travel to and attend citation exam and hearing (4.9); |
| 02/15/11 | D. Zazove | 0.50 | Revise draft response to Citizen's motion for turnover of personal property. |
| 02/15/11 | D. Zazove | 1.20 | Review Husky Marketing's response to the Suburban Bank motion for |

CURRENT CHARGES ONLY.  UNPAID BALANCES NOT INCLUDED.
DISBURSEMENTS NOT YET RECORDED WILL BE INCLUDED IN FUTURE INVOICES.
PAYMENT DUE IN U.S. DOLLARS UPON RECEIPT OF INVOICE.
AFTER 30 DAYS, A MONTHLY LATE CHARGE OF 1% PER MONTH FROM THE INVOICE DATE (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) WILL BE DUE.
SHOULD A COLLECTION ACTION OR PROCEEDING BE NECESSARY, ATTORNEYS' FEES AND COSTS FOR SUCH COLLECTION EFFORT WILL ALSO BE DUE.
PERKINS COIE LLP AND AFFILIATES

73825                                   March 15, 2011                            Invoice 4369099

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| | | | turnover of personal property already subject to lien(.4);review FirstMerit's response to same(.8). |
| 02/15/11 | D. Zazove | 0.60 | Telephone call with D. Cohen regarding the status of the U.S. Ventures lawsuit against W. McEnery(.2);review materials to evidence inability to pay any amounts (.4); |
| 02/15/11 | D. Zazove | 0.50 | Review debtor's objection to Suburban Bank's 2nd motion for turnover. |
| 02/15/11 | K. Stetsko | 2.50 | Attention to citation documents (.4); draft objection to turnover motion (2.1); |
| 02/16/11 | D. Zazove | 1.70 | Calls with K., Stetsko regarding supplemental proceedings to enforce judgment, contempt, rule to show cause(,7); revise response to FirstMerit re same(.5); telephone call with D. Marshall regarding trust assets and entities(.4) |
| 02/16/11 | K. Stetsko | 2.90 | Draft response on rule to show cause (1.4); finalize and file same (.3); review reply on turnover motion (.5); call with D. Dawson regarding same (.3); attention to citations to discover assets (.4); |
| 02/17/11 | J. Routson | 3.60 | Prepare for and attend hearing on motion for summary judgment; |
| 02/18/11 | K. Stetsko | 5.80 | Travel to and attend hearing on motion for turnover and motion to consider (5.5); call with D. Marshall regarding same (.3); |
| 02/20/11 | K. Stetsko | 0.30 | Attention to motion in Homestar case; |
| 02/22/11 | D. Zazove | 0.30 | Telephone call with D. Dawson regarding the status of litigation with FirstMerit Bank. |
| 02/22/11 | K. Stetsko | ④ 0.30 | Emails regarding citations: |
| 02/23/11 | D. Zazove | 0.50 | Review FirstMerit's citations to Bell Valley Farms, Ilinois Soprafina, Barron Partners, Green Garden, Mainstay Management. |
| 02/23/11 | K. Stetsko | 1.20 | Case management hearing on MB Financial case; |
| 02/24/11 | K. Stetsko | 3.10 | Attend First Merit Citation examination; |
| 02/28/11 | D. Zazove | 0.50 | Review FirstMerit's wage deduction order against W. McEnery. |
| 02/28/11 | K. Stetsko | 0.40 | Attention to wage deduction notices (.2); conference with D. Marshall regarding same (.2). |

– $105

| | | |
|---|---|---|
| **Total For Services** | | $24,547.00 |
| **Total This Matter** | | **$24,547.00** |

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|--------------------|--------------|--------------|-------|
| D. Zazove | 7.00 | 605.00 | 4,235.00 |
| J. Routson | 10.90 | 380.00 | 4,142.00 |
| K. Stetsko | 46.20 | 350.00 | 16,170.00 |
| Total | 64.10 | 382.95 | $24,547.00 |

73825

March 15, 2011

Invoice  4369099

**0004.0004 - Gas City, Ltd.**

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| 02/01/11 | D. Zazove | 0.50 | Review objections to the Committee motion for seventeen 2004 exams filed First Midwest Bank Old Second and Homestar Banks . Northern Trust (joinder) |
| 02/01/11 | D. Zazove | 0.50 | Review Bank of America's revised settlement term sheet(.4) and related email correspondence re same.(1)  — $302.50 |
| 02/02/11 | D. Zazove | 1.00 | Participate on conference call with BofA and Debtors representatives to try and reach closure on the allocation proposal. |
| 02/03/11 | D. Zazove | 4.00 | Attend meeting of Station Lenders and Bank of America to discuss the committee objection issues(3.9) followed by a telephone call with committee counsel to discuss potential solution (.1) |
| 02/03/11 | D. Zazove | 1.00 | Review B. of A. revised station lender settlement term sheet(.5); telephone call with Gas City and Trust professionals regarding same and stalking horse bidding procedures(.5) |
| 02/04/11 | D. Zazove | 2.20 | Email correspondence with Gas City and Trust Professionals and Committee counsel attempting to resolve the sale allocation issues among Bank of America, the Station Lenders and the Creditors' Committee(1.1); conference call with Gas City and Trust professionals to discuss what if anything we should do to resolve this impasse(.5);Follow up calls with F. Caruso(.2); B. Gozena(.1) and D. Marshall(.4) re same. |
| 02/05/11 | D. Zazove | 0.20 | Email correspondence regarding Standard Bank's reluctance to accept allocations settlement; |
| 02/05/11 | D. Zazove | 0.10 | Email correspondence with M. Thomas regarding the status of the proposed sales proceeds allocation agreement with the creditors' committee. |
| 02/06/11 | D. Zazove | 0.10 | Email correspondence regarding Standard Bank's reluctance to participate in the Committee // Bank of America/ Station Lender settlement and the consequences of same. |
| 02/07/11 | D. Zazove | 0.50 | Review motion and order to extend plan exclusivity. |
| 02/07/11 | D. Zazove | 0.20 | Email correspondence regarding the settlement allocation dispute and — $121 possible resolution of same. |
| 02/08/11 | D. Zazove | 2.10 | Revisions to sale resolutions(.8);Review latest iterations of allocation settlement among creditors' committee, Station Lenders and Bank of America(1.3); |
| 02/09/11 | D. Zazove | 0.10 | Review revised order extending plan exclusivity. |
| 02/09/11 | D. Zazove | 0.80 | Extensive email correspondence with Gas City counsel and attorneys for the station lenders in regard to the inability of the creditors committee and Bank of America to come to resolution regarding the allocation of the sale proceeds. |
| 02/09/11 | D. Zazove | 2.00 | Attend portion of meeting with station lenders including Bank of America to discuss allocation issues and settlement. |
| 02/09/11 | D. Zazove | 0.60 | Telephone call with F. Caruso regarding sale issues, meeting with Station Lenders today. |
| 02/09/11 | K. Stetsko | 1.00 | Attend meeting of station lenders;  — $350 |
| 02/10/11 | D. Zazove | 0.20 | Telephone call with M. Thomas regarding the station sale proceeds settlement and why the debtors can't waive avoidance actions against committee members. |
| 02/10/11 | D. Zazove | 1.00 | Telephone call with F. Caruso to discuss the status of the settlement among the committee, Bank of America and the station lenders(.5); email correspondence regarding same(.5).  — $302.5 |
| 02/10/11 | D. Zazove | 0.50 | Review updated DSI model of various settlement scenarios. |
| 02/10/11 | K. Stetsko | 2.90 | Telephone conference regarding sale of stations (1.5) call with P.  — $525 Possinger regarding same (.4); review settlement agreement (1.0); |
| 02/11/11 | D. Zazove | 1.30 | Review latest draft of allocation settlement term sheet(.5); participate in a conference call with the debtor, the committee, Bank of America and the station lenders regarding the allocation, issues and schedule(.8). |
| 02/11/11 | D. Zazove | 0.20 | Email correspondence regarding turn over of rent money in the hands |

73825                                          March 15, 2011                        Invoice  4369099

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
|  |  |  | of receivers; |
| 02/15/11 | D. Zazove | 0.50 | Telephone call with F. Caruso regarding the station appraisals, allocation model and use of actual vs. projected numbers. |
| 02/15/11 | D. Zazove | 0.30 | Email Thomas regarding the status of the GSA ( Global Settlement Agreement) among the station lenders, Bank of America and the Committee; |
| 02/17/11 | D. Zazove | 1.50 | Review NLRB subpoenas served on controlled group entities. |
| 02/17/11 | K. Stetsko | 5.60 | Review settlement agreement (.5); draft exhibit D to settlement agreement (1.1) attend meeting regarding settlement agreement (4.0); |
| 02/28/11 | D. Zazove | 1.80 | Review latest draft of Committee/Lender settle agreement(1.5); email correspondence regarding same with M. Thomas (.2) and telephone call(.1) with debtor's counsel re same. |

④  — $1,400

Total For Services        $17,361.00

**Total This Matter**        **$17,361.00**

**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|--------------------|--------------|--------------|-------|
| D. Zazove | 23.20 | 605.00 | 14,036.00 |
| K. Stetsko | 9.50 | 350.00 | 3,325.00 |
| Total | 32.70 | 530.92 | $17,361.00 |

**0004.0005 - Sale of Gas stations**

| Date | Attorney/Assistant | Hours | Description of Services |
|---|---|---|---|
| 02/01/11 | D. Zazove | 0.30 | Telephone call with F. Caruso to discuss station sale issues and due diligence information. |
| 02/01/11 | D. Zazove | 0.50 | Brief meeting with Aqualeaf/ Sachs regarding potential station acquisition. |
| 02/01/11 | D. Zazove | 0.80 | Commence drafting motion for order authorizing acceptance of condemnation awards. |
| 02/03/11 | D. Zazove | 0.30 | Telephone call with F. Caruso regarding the sale of the stations, stalking horse bidders and the information on station profitability. |
| 02/03/11 | D. Zazove | 0.10 | Email correspondence with F. Caruso regarding the status of the phase I environmental reports for the gas stations. -$260 |
| 02/03/11 | K. Stetsko | ④ 3.60 | Attend meeting of station lenders; |
| 02/03/11 | S. Lee | 4.20 | Review datasite to update checklist with status of environmental phase I reports; review datasite to update checklist with status of underground storage tank information; review title documents to determine if site is leased or owned; update checklist with owned/leased status; |
| 02/04/11 | D. Zazove | 0.90 | Review receivership documents from B. Graham regarding the foreclosure case on station #421. |
| 02/04/11 | D. Zazove | 0.10 | Review updated status report on stalking horse bidders. |
| 02/04/11 | D. Zazove | 0.50 | Review W.J. McEnery's answer to Standard's counterclaim to foreclose(.4); telephone n call with D. Marshall re same(.1) |
| 02/04/11 | N. Fahrer | 0.60 | Office conference with S. Lee regarding title and survey matters (.2); review title and survey matters (.4). |
| 02/04/11 | S. Lee | 2.00 | Review title commitments and policies on datasite; revise checklist on leased or owned status; retrieve surveys from files; create list of sites without surveys; |
| 02/07/11 | D. Zazove | 1.70 | Telephone call with T. Wolford attorney for U.S. Auction, regarding bidding issues(.5); email A. Kindorf regarding same(.1); telephone calls with M. Thomas(.2); J. Zapone(.2), P. Possinger (.2) and email correspondence with them(.5) regarding station sale and due diligence. |
| 02/07/11 | N. Fahrer | 2.90 | Correspond with H. Fritz regarding title and survey matters (.2); telephone conference with J. Christopher regarding same; (.2); telephone conference with various surveyors regarding obtaining ALTA surveys on various sites (1.7); office conference with S. Lee regarding same (.4); office conference with K. Stetsko regarding foreclosure-related materials (.2); correspond with K. Stetsko and S. Lee regarding same (.2); |
| 02/07/11 | K. Stetsko | 1.90 | Update closing checklists on stations (1.7); conference with N. Faher regarding same (.2); |
| 02/07/11 | S. Lee | 1.00 | Call surveyors listed on existing proposals; request proposals; update checklist on which surveyors were contacted; |
| 02/07/11 | J. Thomas | 2.40 | Draft motion relating to sale of Arizona and Illinois condemned property |
| 02/08/11 | D. Zazove | 1.60 | Telephone calls (2X) with F. Caruso regarding status of insider offer and resolutions(. 5); email correspondence with CMD re due diligence materials(.2); telephone call with F. Caruso regarding title reports and surveys(.2);telephone call with N. Fahrer re status of same(.3); email correspondence with Gas City counsel regarding leasehold stations(.1); telephone call with F. Caruso regarding valuing leaseholds for purpose of sale(.3); telephone call with F Caruso re same(.1) |
| 02/08/11 | D. Zazove | 0.50 | Review request from potential stalking horse bidder for additional due diligence materials |
| 02/08/11 | N. Fahrer | 2.70 | Attention to title and survey matters (.3); correspond with H. Fritz regarding same (.2); office conferences with S. Lee regarding same (.4); telephone conferences with surveyors regarding obtaining updated surveys for various locations (1.6); forward updated title |

73825                                         March 15, 2011                              Invoice 4369099

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| | | | commitments to working group (.2). |
| 02/08/11 | K. Stetsko | 0.70 | Attention to inclusion of non-station assets in sale; |
| 02/08/11 | S. Lee | 2.70 | Field calls from surveyors (1.0) send title commitments and proposals —$280 to surveyors (.5); update checklist of what items need to be sent and what has been sent (1.2); |
| 02/09/11 | D. Zazove | 3.80 | Drive to Gas City to meet with J. Zapone, D. Marshall and W. McEnery to discuss the status of the station sale, timing and bidding procedures. |
| 02/09/11 | N. Fahrer | 3.00 | Office conference with S. Lee regarding title and survey matters (.4); telephone conference with H. Fritz and S. Lee regarding same (.2); telephone conferences with surveyors regarding obtaining updated surveys (1.6); telephone conference with J. McIntosh regarding survey proposal from First American (.2); attention to same (.2); telephone conference with J. Christopher regarding same (.2); telephone conference with A. Kindorff regarding title and survey matters (.2); |
| 02/09/11 | K. Stetsko | 0.50 | Attention to citizen's foreclosure of station 421; |
| 02/09/11 | S. Lee | 2.20 | Discuss datasite issues with A. Kindorf (.2); discuss title commitment status with Holly Fritz (.3); update checklist; reach out to surveyors (1.0); keep track of title commitments that are incoming (.7); |
| 02/10/11 | D. Zazove | 0.50 | Revise draft motion and order for the condemnations of the easements for Illinois and Arizona. |
| 02/10/11 | N. Fahrer | 2.00 | Telephone conference with working group regarding auction sale matters (.8); office conference with S. Lee regarding title and survey matters (.5); telephone conferences with surveyors regarding obtaining updated surveys (.7); |
| 02/10/11 | K. Stetsko | 1.20 | Review bid sheets; |
| 02/10/11 | S. Lee | 1.90 | Call surveyor (.5) call title company (.4) return proposals (.2); update —$252 title commitment buyer (.3); update checklist (.5); |
| 02/11/11 | D. Zazove | 0.30 | Brief call with Ambrose Fisher of Oaktree Capital about interest of a financial buyer in the gas station sale. |
| 02/11/11 | N. Fahrer | 2.70 | Attention to title and survey matters (1.5); telephone conferences with surveyors regarding status of updated surveys (.6); office conference with S. Lee regarding title and survey matters (.3); revise survey proposal from First American; forward same to J. McIntosh and H. Fritz (.3); |
| 02/11/11 | S. Lee | 2.40 | Review surveys (.9); update checklist (.2); send title commitments to A. Kindorf (.3); send out signed proposals to surveyors (.5); call Mackie Consultants to discuss pricing arrangement of additional sites to be surveyed (.4); compile binder of title commitments received from title company (.1); |
| 02/12/11 | D. Zazove | 0.10 | Email correspondence with D. Marshall regarding the 2nd mortgage claim on station #421. |
| 02/12/11 | D. Zazove | 0.50 | Review real estate tax claims filed by Indiana treasurer |
| 02/12/11 | K. Stetsko | 0.20 | Attention to station 591 land sale. |
| 02/12/11 | S. Lee | 1.40 | Send received title commitments to A. Kindorf (.5); send out received title commitments to various surveyors updating past surveys (.7); update checklist with title commitments received (.2); |
| 02/13/11 | D. Zazove | 0.20 | Email correspondence with CMD regarding sale timetable for stalking horse bid. |
| 02/14/11 | D. Zazove | 1.00 | Two telephone calls with J. Carroll regarding Standard Bank's claim for a second mortgage on station #421 and the status of litigation, why its in the best interest of Standard Bank to sell the station at the upcoming auction sale, the timing for same and request for the appraisal(8); telephone call with F. Caruso to determine status of appraisals(.2) |
| 02/14/11 | D. Zazove | 0.50 | Telephone call and email with M. Thomas regarding station sale issues. |
| 02/14/11 | N. Fahrer | 1.40 | Telephone conference with D. Gray regarding survey proposals (.4); office conference with S. Lee regarding same (.3); correspond with H. Fritz and J. McIntosh regarding First American survey proposal (.2); |

73825                                                                    Invoice  4369099

| Date | Attorney/Assistant | Hours | Description of Services |
|------|-------------------|-------|------------------------|
| | | | correspondence with various surveyors regarding survey proposals (.5); |
| 02/14/11 | K. Stetsko | 1.10 | Attention to station 591 truck parking lot and sale of same; |
| 02/14/11 | S. Lee | 2.10 | Update checklist with incoming proposals; organize proposals and title commitments; discuss with N. Fahrer status of title commitments; |
| 02/14/11 | J. Thomas | ④ 0.20 | Correspondence regarding easement motion; *-$80* |
| 02/15/11 | D. Zazove | 1.60 | Telephone call(.2) and email correspondence with Debtor(.1) and F. Caruso(.2) regarding the sale of the stations and other assets; email B. Guzena(.1), telephone call(.1) and email(.1) with J. Thomas(.2) and M. Terrian(.4) regarding the condemnation cases(.2) |
| 02/15/11 | D. Zazove | ④ 0.30 | Email correspondence regarding the non station assets to be offered as part of the station sale. *-$181.5* |
| 02/15/11 | D. Zazove | 0.70 | Email correspondence with A. Kindorf regarding buyers' due diligence and available information(.3); review notice of revised sale timeline(.2), email Terrian and Kindorf regarding the inclusion of the parking lot for station #591(.2); |
| 02/15/11 | D. Zazove | 0.80 | Brief conference with J. Cohen regarding his clients station lease(.3); telephone call from Western Refinery regarding a possible purchase offer(.2; telephone call with D. Marshall regarding possible offer suggested by a potential bidder with little money(.3). |
| 02/15/11 | N. Fahrer | 3.80 | Attention to title and survey matters (2.5); correspond with H. Fritz and J. McIntosh regarding same (.3); telephone conference with First American Title regarding survey matters; (.3); correspond with J. Christopher regarding survey matters and proposal from First American Title; (.1); telephone conference with J. Thomas regarding Easement Motion for sale of Perpetual Easement to the State of Illinois (.2); attention to same (.2); correspond with A. Kindorf and K. Stetsko regarding title and survey and property-related matters (.2); |
| 02/15/11 | K. Stetsko | 1.80 | Attention to non-station assets in sale (1.6 ); attention to stalking horse offer (.2); |
| 02/15/11 | S. Lee | 1.60 | Correspond with surveyors; conference call with J. McIntosh and H. Fritz at First American on site proposal status; gather lease documentation on all sites; *→ $149.33* |
| 02/15/11 | J. Thomas | ④ 0.80 | Review and respond to correspondence regarding easement motion (.5); review motion to sell easements (.3); *- $200* |
| 02/16/11 | D. Zazove | 0.60 | Review updated and revised bid checklist and enumeration of separate real estate parcels. |
| 02/16/11 | D. Zazove | 1.50 | Email correspondence with  Gas City and Trust professionals regarding the sale of the stations, specifically: the inclusion of adjacent properties as part of the station sale but in separate lots(.7); the condemnation case for the Illinois Department of Transportation and the allocation of sale proceeds to the payment of outstanding tax claims, the subdivision of the station real estate and the form of order approving the sale(.8). |
| 02/16/11 | N. Fahrer | 4.90 | Work on title and survey matters for Buyers' due diligence (3.3); attention to Easement Motion and related documents for sale of Perpetual Easement to the State of Illinois (.4); correspond with J. Newbold regarding same (.2); telephone conferences with J. Keil regarding survey matters (.3); forward title and underlying documents to J. Keil for review (.2); correspond with R. Seig regarding survey matters (.2); correspond with H. Fritz regarding title and survey matters (.3); |
| 02/16/11 | K. Stetsko | 1.50 | Review and update bid checklists (.7); attention to station 591 truck parking issues (.8); |
| 02/16/11 | S. Lee | 2.80 | Update checklist with incoming title commitments and outgoing title commitments; cross check checklist with First American and Kurtzman data site updates; send to A. Kindorf title commitments to be uploaded onto site; send title commitments to surveyors; send signed proposals back to surveyor; corresponde with surveyors; |

73825                          March 15, 2011                          Invoice 4369099

| Date | Attorney/Assistant | Hours | Description of Services |
|------|-------------------|-------|------------------------|
| 02/16/11 | J. Thomas | ④ 0.10 | Correspondence regarding easement issues; ~$540 |
| 02/17/11 | D. Zazove | 0.20 | Telephone call with K. Lewis of Speedway regarding real estate tax claims, sales and tax redemptions in Illinois. |
| 02/17/11 | D. Zazove | 1.10 | Telephone call with F. Caruso(.2); conference with K. Stetsko(.5); email with P. Possinger(.3) and M. Thomas regarding the exclusion of the parking lot from Cole Taylor's truck stop sale; Email correspondence with B. Gozena regarding the proposed easement on the Arizona station(.1) . |
| 02/17/11 | D. Zazove | ④ 0.20 | Email correspondence regarding the sale of station #421. ~$121 |
| 02/17/11 | D. Zazove | 0.30 | Review draft schedule of sale assets whose proceeds are not included in the tax/tip proceeds model. |
| 02/17/11 | D. Zazove | 0.70 | Review appraisal on station #421 |
| 02/17/11 | N. Fahrer | 3.70 | Attend to title and survey matters (2.9);  correspond with H. Fritz regarding same (.3); correspond with A. Kindorf regarding same (.2); correspond with various surveyors regarding survey matters (.3); |
| 02/17/11 | K. Stetsko | 1.60 | Conference call regarding truck parking on station 591 and other sale issues (.8); review bid sheets (.8 ); |
| 02/17/11 | S. Lee | 0.80 | Calls with surveyors regarding outstanding proposals; discuss with N. Fahrer; |
| 02/17/11 | J. Thomas | 0.20 | Correspondence and telephone conference with M. Terrien regarding easement motion; |
| 02/18/11 | D. Zazove | 0.60 | Conference with K. Stetsko regarding inclusion or exclusion of separate but related station parcels in the gas station auction sale. |
| 02/18/11 | D. Zazove | 0.50 | Email correspondence with Gas City and trust professionals regarding stalking horse bid terms, inclusion of additional property, and toll for selling same. |
| 02/18/11 | N. Fahrer | 3.10 | Attention to title and survey matters (2.2); correspond with H. Fritz regarding same; (.3); telephone conference with First American Title regarding survey proposal (.4); correspond with J. Thomas regarding the sale of a Perpetual Easement to the State of Illinois and related sale/transfer documents (.2); |
| 02/18/11 | K. Stetsko | 1.10 | Attention to truck parking on station #591 (.7); attention to title reports (.4). |
| 02/18/11 | S. Lee | 1.00 | Discuss with N. Fahrer survey status; update checklist with surveyors and incoming surveys; conference call with First American Title regarding proposal for surveys on remaining sites; |
| 02/18/11 | J. Thomas | ④ 0.40 | Correspondence regarding easement/condemnation motion and ~$80 telephone conference with M. Terrien regarding same; |
| 02/18/11 | J. Thomas | ④ 0.50 | Correspondence regarding creamery asset sale motion (.3) review ~$120 revised letter of intent (.2); |
| 02/20/11 | D. Zazove | 1.30 | Review  Caruso's preliminary analysis of 20 stations using updated valuations; |
| 02/20/11 | D. Zazove | 1.00 | Participate in Gas City and Trust professionals conference call to discuss disposition of related properties which are part of the station sale. |
| 02/20/11 | N. Fahrer | 0.20 | Correspond with A. Kindorf regarding title matters (.1); correspond with H. Fritz regarding same (.1); |
| 02/20/11 | K. Stetsko | ④ 1.00 | Conference call regarding sale of gas station assets; ~$350 |
| 02/21/11 | D. Zazove | 0.70 | Review calculation of tip/tax/tolls prepared by F. Caruso at request of station lenders at various gross sale proceed scenarios. |
| 02/21/11 | K. Stetsko | 0.50 | Conference with A. Kindorf regarding revised station bid sheet; |
| 02/21/11 | S. Lee | 0.20 | Correspond with N. Fahrer on incoming surveys; update checklist with incoming surveys; |
| 02/22/11 | D. Zazove | 1.60 | Review comprehensive sale analysis from F. Caruso based upon updated appraisals. |
| 02/22/11 | D. Zazove | 0.80 | Review letter of intent from U. S. Auction to purchase all stations for $70 Million subject to many conditions(.5); telephone call with F Caruso(.2), and D. Marshall(.1) re same. |
| 02/22/11 | D. Zazove | 1.10 | Extensive email correspondence with M. Terrian, J. Thomas and N. |

March 15, 2011

73825                                                                                          Invoice 4369099

| Date | Attorney/Assistant | Hours | Description of Services |
|------|-------------------|-------|------------------------|
| | | | Fahrer regarding the condemnation proceeding by the State of Illinois(.8), brief conference with N. Fahrer re presenting same ahead of all approvals(.3) . |
| 02/22/11 | D. Zazove | 0.70 | Revise motion to accept condemnation awards on two stations. |
| 02/22/11 | N. Fahrer | 2.20 | Attention to title and survey matters (1.2); attention to First American survey proposal (.2); forward signed survey proposal to J. McIntosh (.2); correspond with J. Thomas regarding sale of Perpetual Easement to the State of Illinois (.2); telephone conference with M. Terrien regarding same (.2); telephone conference with D. Horvath regarding same (.2); |
| 02/22/11 | K. Stetsko | 0.90 | ATtention to easement issues (.6); file and serve motion regarding easements (.3); |
| 02/22/11 | S. Lee | 0.40 | Correspond with N. Fahrer on completed proposal with First American Title; correspond with H. Fritz at First American Title regarding missing title commitment; gather underlying documents to send to Mackie Surveyors at surveyor's request; |
| 02/22/11 | J. Thomas | 0.90 | Review and respond to questions regarding motion to approve easements (.6); finalize easement motion (.3); |
| 02/23/11 | D. Zazove | ④ 0.30 | Email correspondence regarding the parking lot adjacent to station — $181.50 405 and selling it in the station auction. |
| 02/23/11 | D. Zazove | 0.20 | Telephone call with F. Caruso regarding the appraisals on the stations to be sold and the consents of the station lenders to same |
| 02/23/11 | D. Zazove | 1.00 | Telephone calls with M. Terrian(.5) and M. Thomas(.5) regarding the sale of the parking lot with the Truck stop and the consequences of exclusion. |
| 02/23/11 | N. Fahrer | 1.70 | Attention to title and survey matters (.8); attention to properties held in Trust by Chicago Land Trust (.3); telephone conference with J. Christopher regarding same (.2); telephone conference with A. Kindorf regarding same (.2); correspond with S. Lee regarding same (.2); |
| 02/23/11 | S. Lee | 2.00 | Download underlying documents of title commitments to send to surveyor (.3); make CD of the same to send to Mackie surveyor (.2); update checklist with status of incoming surveys (.2); correspond with N. Fahrer on the same (.1); review mechanic's liens for site identification (.5); update checklist with which sites have mechanic's liens and the amount of the lien (.3); review updates to datasite to highlight items to file (.4); |
| 02/24/11 | D. Zazove | 1.60 | Email correspondence with D. Marshall; N. Fahrer(.4) regarding the station appraisals; conference with N. Fahrer regarding the condemnation on the Illinois station(.7); email correspondence with P. Possinger(.3) regarding Centier inquiry regarding the station sale terms; ditto F. Lammaman re Old Second(.2). |
| 02/24/11 | N. Fahrer | 2.20 | Attention to title and survey matters (1.4); correspond with J. Christopher regarding same (.1); correspond with A. Kindorf regarding same (.1); correspond with D. Horvath regarding same (.2); correspond with D. Marshall and J. Christopher regarding Arizona eminent domain issue (.2); correspond with D. Felder and J. Newbold regarding perpetual easement; |
| 02/24/11 | S. Lee | 1.20 | Review and organize surveys; create list of sites with surveys received; review surveys and create chart of costs;; |
| 02/25/11 | D. Zazove | 1.20 | Review summary of station appraisals sent by F. Caruso(.5);conference with F. Caruso to go over valuation/ appraisals and how they might affect lender consent to the station 363 sale(.4); email correspondence with station lenders re same(.3) |
| 02/25/11 | D. Zazove | 0.50 | Telephone call (2X)with D. Marshall re sale terms, sale schedule. |
| 02/25/11 | D. Zazove | 1.20 | Review latest draft of sale proceed allocation settlement agreement. |
| 02/25/11 | D. Zazove | 0.70 | Email correspondence with F. Caruso regarding actual vs. projected station results; (.3); telephone call from F. Lammiman(.1) requesting same for his clients' stations; email correspondence with J. Carroll and P. Possinger regarding sale of station #421(.3) |

73825                                                                    Invoice 4369099

March 15, 2011

| Date | Attorney/Assistant | Hours | Description of Services |
|------|-------------------|-------|------------------------|
| 02/25/11 | D. Zazove | 0.90 | Review latest draft of consent agreement to sell station 421 at the Gas City auction sale. |
| 02/25/11 | N. Fahrer | 0.30 | Correspond with D. Felder regarding perpetual easement issues (.2); correspond with S. Lee regarding title matters (.1); |
| 02/26/11 | D. Zazove | 0.30 | Email correspondence regarding Centier Bank's station appraisals and exclusion from the station sale(.2) methodology for determining value of final inventory(.1) |
| 02/28/11 | D. Zazove | 0.50 | Email correspondence with P .Possinger regarding the assignment of title insurance policies(.2); the allocation issues and resolution(.1); email with M. Fixler regarding title insurance policies(.2) |
| 02/28/11 | D. Zazove | 0.50 | Telephone call with M. Terrian regarding the form of easement over his client's station and problems from the state of Illinois,(.2); brief conference with N. Fahrer re same(.1); email correspondence regarding Bank's request for additional information(.2) |
| 02/28/11 | D. Zazove | 0.50 | Telephone call with F. Caruso regarding release issues(.1); email correspondence with M. Thomas re same(.2); email with S. Keywell regarding valuation issues(.1); email with J. Christopher regarding subdivision of the Orland Hills station from the Creamery(.1) |
| 02/28/11 | D. Zazove | 0.90 | Email correspondence with P. Possinger, M. Thomas regarding the sale of station #421(.7); telephone call with M. Terrian to tell me that Cole Taylor Bank is okay with the condemnation of the easement over its collateral(.2). |
| 02/28/11 | N. Fahrer | 0.50 | Ttelephone conferences with D. Felder regarding perpetual easement issues (.4); conference with D. Zazove regarding same (.1); |
| 02/28/11 | S. Lee | 1.00 | Conference with N. Fahrer on site-related matters (.1); transmit surveys to A. Kindorf (.2); review surveys and update checklist (.7); |

|  | Total For Services | $59,130.00 |
|--|-------------------|-----------|
|  | **Total This Matter** | **$59,130.00** |

### SUMMARY OF SERVICES:

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|-------------------|-------------|-------------|-------|
| D. Zazove | 40.80 | 605.00 | 24,684.00 |
| J. Thomas | 5.50 | 400.00 | 2,200.00 |
| N. Fahrer | 37.90 | 460.00 | 17,434.00 |
| K. Stetsko | 17.60 | 350.00 | 6,160.00 |
| S. Lee | 30.90 | 280.00 | 8,652.00 |
| Total | 132.70 | 445.59 | $59,130.00 |

73825                                    March 15, 2011                    Invoice 4369099

**0004.0007 - Disposition of Non Gas Station assets**

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| 02/01/11 | D. Zazove | 0.40 | Telephone calls and emails with D. Marshall and D. Christopher regarding Hedienreich/ GECC agreement and sign off, Green Garden forbearance agreement. |
| 02/01/11 | N. Fahrer | 0.80 | Revise Green Garden Forbearance Agreement; forward to D. Marshall for review and comment; |
| 02/02/11 | D. Zazove | 0.50 | Conference with J. Thomas to discuss the sale of the creameries and certain obstacles and conditions. |
| 02/02/11 | K. Stetsko | 3.50 | Conference with D. Zazove regarding sale of hotel (.5); review sale documents for hotel sale (1.5); draft motion to approve hotel sale (1.5); |
| 02/02/11 | J. Thomas | 1.20 | Conference with D. Zazove regarding sale of Creamery Assets (.3); review trust records regarding same (.9). |
| 02/03/11 | D. Zazove | 0.23 | Email correspondence with M. Small, B. Graham regarding the collapse of the golf dome at Green Garden(.2); telephone call with D. Marshall re same(.3) |
| 02/03/11 | D. Zazove | 0.80 | Telephone call with M. Small regarding the dome collapse at Green Garden and the status of insurance(.3); telephone call with P. Bauch(.3) and with J, Thomas(.2) regarding the status of the creameries sale and terms of same. |
| 02/03/11 | D. Zazove | 0.27 | Email correspondence with M. Small, B. Graham regarding the collapse of the golf dome at Green Garden(.2); telephone call with D. Marshall re same(.3) |
| 02/03/11 | K. Stetsko | 0.30 | Attention to sale of hotel; |
| 02/03/11 | J. Thomas | 2.20 | Draft motion regarding sale of Creamery assets (1.9); telephone conference with D. Marshall regarding same (.3); |
| 02/04/11 | D. Zazove | 0.90 | Email correspondence and telephone calls with M. Small (.3) and D. Marshall(.2)regarding Green Garden forbearance agreement; insurance issues; telephone calls with D. Marshall(.2) and J. Thomas re sale structure of creameries(.2). |
| 02/04/11 | D. Zazove | 1.60 | Multiple telephone calls and emails with D. Marshall(.5), P. Bauch(.2); and potential purchasers(3X) (.5) regarding the sale of the creameries; telephone call with J. Thomas to discuss the pleadings for same(.4) |
| 02/04/11 | K. Stetsko ④ | 0.20 | Correspondence regarding Cole Taylor vacant property and proposed DIL; — $70 |
| 02/04/11 | J. Thomas ④ | 4.70 | Review and revise motion regarding sale of Creamery Assets (1.6); telephone conference with P. Bauch regarding same (.3); review and revise confidentiality agreement regarding same (1.3); correspondence regarding same (.4); draft motion regarding condemnation/easement matters (1.1); — $160 |
| 02/05/11 | K. Stetsko | 0.10 | Correspondence with lender regarding lift stay orders; |
| 02/07/11 | D. Zazove | 0.10 | Telephone call with D. Marshall regarding the sale of the creameries |
| 02/07/11 | J. Thomas | 2.60 | Draft motion regarding sale of Creamery assets; |
| 02/08/11 | D. Zazove | 0.50 | Review final draft of Green Garden Country Club forbearance agreement with extensive 3 month budget |
| 02/08/11 | K. Stetsko | 0.20 | Attention to sale of hotel; |
| 02/08/11 | J. Thomas | 3.70 | Draft motion regarding sale of Creamery assets (1.7); draft motion relating to sale of Arizona and Illinois condemned property (1.8); telephone conference with P. Bauch regarding Creamery issues (.2); |
| 02/09/11 | K. Stetsko | 0.40 | Attention to hotel sale; |
| 02/09/11 | J. Thomas ④ | 0.70 | Correspondence regarding Creamery sale (.3); review and revise motion regarding same (.1); review and revise easement motion (.1); telephone conference with Arizona DOT regarding easement issues (.2); — $120 |
| 02/10/11 | D. Zazove | 0.90 | Revise pleadings for the sale of the creameries. |
| 02/10/11 | J. Thomas ④ | 0.90 | Correspondence regarding due diligence for Creamery assets (.4); review and revise sale motion (.2); review and revise easement motion (.3); — $160 |
| 02/11/11 | D. Zazove | 0.20 | Email correspondence with D. Marshall, M. Small regarding the status of the insurance claims for the gold dome collapse including liability |

73825                                                    March 15, 2011                                  Invoice 4369099

| Date | Attorney/Assistant | Hours | Description of Services |
|------|--------------------|-------|-------------------------|
| | | | and business interruption. |
| 02/11/11 | K. Stetsko | 1.00 | Conference with J. Christopher regarding Bell Road house (.3); conference with J. Christopher & D. Marshall regarding sale of model home (.5); call with M. Terrien regarding vacant land (.1); call with F. Lammiman regarding Homestar stay (.1); |
| 02/11/11 | J. Thomas | 0.40 | Revise Creamery sale motion (.2); review and revise easement motion (.1); correspondence regarding same (.1); |
| 02/12/11 | D. Zazove | 0.20 | Review revised letter of intent to purchase creameries. |
| 02/14/11 | D. Zazove | 0.70 | Work on terms of sale of creameries with J., Thomas. |
| 02/14/11 | K. Stetsko | 3.40 | Draft motion to sell model house (2.8); call with M. Terrien regarding vacant land (.3); call with F. Lammiman regarding motion to lift stay (.3); |
| 02/14/11 | J. Thomas | 0.70 | Review letter of intent on Creamery sales (.4); correspondence to WAM Counsel regarding Creamery LOI (.3). |
| 02/15/11 | K. Stetsko | 4.30 | Draft hotel sale motion (2.7); conference with B. McEnery, F. Caruso regarding hotel sale (.5); email lenders regarding hotel sale (1.0); |
| 02/15/11 | J. Thomas | ④ 0.20 | Correspondence regarding Creamery due diligence;  −$80 |
| 02/16/11 | D. Marre | ④ 0.30 | Correspondence regarding allocations under Hotel Purchase Agreement;  −$156 |
| 02/16/11 | D. Zazove | 1.00 | Review Banco Popular motion for stay relief to foreclose on the creamery. |
| 02/16/11 | D. Zazove | ④ 0.50 | Extensive email correspondence regarding the proposed sale of the Desert Rose Inn and the allocation of proceeds and required consents.  −$307.16 |
| 02/16/11 | K. Stetsko | ④ 0.60 | Respond to questions regarding hotel sale (.3); attention to sale of creameries (.3);  −$210 |
| 02/16/11 | J. Thomas | ④ 0.20 | Correspondence regarding Creamery sale;  −$80 |
| 02/17/11 | D. Zazove | 0.50 | Review revised letter of intent to purchase the Creameries. |
| 02/17/11 | D. Zazove | ④ 0.20 | Email correspondence regarding the sale of Dessert Rose Inn.  −$122.87 |
| 02/17/11 | K. Stetsko | 0.60 | Attention to sale of hotel (.4); attention to sale of model home (.2);  −$200 |
| 02/17/11 | J. Thomas | ④ 0.50 | Correspondence regarding Creamery foreclosure issues; |
| 02/18/11 | D. Zazove | 0.60 | Review amended offer to purchase McEnery creameries assets |
| 02/18/11 | K. Stetsko | 0.40 | Attention to sale of non-station assets (.4); |
| 02/18/11 | A. Sandvig | 3.20 | Shapardize and cite check amicus curiae brief and revise accordingly including the Table of Authorities; |
| 02/19/11 | K. Stetsko | 0.30 | Attention to Standard Bank motion to lift stay; |
| 02/20/11 | D. Zazove | 2.50 | Review Standard Bank's motion for stay relief to foreclose mortgages on vacant land, industrial building, Home in Illinois, Home in Florida and Bell Valley Farms. |
| 02/21/11 | K. Stetsko | 0.10 | Emails with Homestar counsel regarding hearing date; |
| 02/22/11 | D. Zazove | 1.50 | Review revised proposal to acquire creameries(.4); telephone call with J. Thomas regarding sale motion logistics and hearing date(.5); telephone call with D, Marshall regarding opening the creameries ahead of sale to preserve value and work force(.1); review mortgage foreclosure and related documents seeking the appointment of a receiver for the creamery securing the loan to First Community Bank(.5) |
| 02/22/11 | J. Thomas | ④ 0.20 | Correspondence regarding Creamery sale (.1); correspondence regarding Creamery due diligence (.1);  −$80 |
| 02/22/11 | A. Sandvig | 0.40 | Research obtaining the court docket regarding First Community Bank v McEnergy; |
| 02/23/11 | D. Zazove | 0.70 | Review letter of intent to purchase creameries(.3); revise draft sale motion(.4) |
| 02/23/11 | D. Zazove | 0.60 | Telephone call with D. Marshall regarding the sale of the creameries and timing of the motion. |
| 02/23/11 | D. Zazove | ④ 0.30 | Email correspondence regarding the sale of the Dessert Rose Inn and the liens on personal property by judgment creditors of Bill McEnery.  −$204.78 |
| 02/23/11 | D. Zazove | 0.90 | Telephone calls and emails with J. Thomas(.6); P. Bauch(.3) regarding the sale of the creameries and timing , logistics of same. |
| 02/23/11 | J. Thomas | 0.70 | Telephone conference with K. Michaels regarding letter of intent and |

73825                                      March 15, 2011                    Invoice 4369099

| Date | Attorney/Assistant | Hours | Description of Services |
|------|-------------------|-------|------------------------|
| | | | auction timing (.2); correspondence with lenders regarding creamery sale (.2); correspondence with client regarding sale of creameries (.3); |
| 02/23/11 | A. Sandvig | 0.30 | Additional review of documents filed in the First Community Bank v McEnery case; |
| 02/24/11 | D. Zazove | 1.10 ④ | Review final letter of intent and agreement and exhibits for purchase of the creameries (.7) telephone call with D. Marshall (.2) email   — $122.87 correspondence with J. Thomas re same (.2) |
| 02/24/11 | K. Stetsko | 0.50 | Call with F. Lammiman regarding creamery (.1); call with B. McEnery regarding hotel sale (.4); |
| 02/24/11 | J. Thomas | 0.30 ④ | Correspondence regarding Creamery sale (.1) review and revise   — $40 motion and related pleadings (.2); |
| 02/25/11 | D. Zazove | 0.50 | Telephone calls with D. Marshall(.3) and K. Michaels(.2) regarding sale of the creameries and title to same. |
| 02/28/11 | K. Stetsko | 0.10 ④ | Emails regarding hotel sale;   — $35 |

Total For Services    $25,614.50

**Total This Matter**    **$25,614.50**


**SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Total |
|--------------------|-------------|--------------|-------|
| D. Marre | 0.30 | 520.00 | 156.00 |
| D. Zazove | 18.20 | 614.33 | 11,011.00 |
| J. Thomas | 19.20 | 400.00 | 7,680.00 |
| N. Fahrer | 0.80 | 460.00 | 368.00 |
| K. Stetsko | 16.00 | 350.00 | 5,600.00 |
| A. Sandvig | 3.90 | 205.00 | 799.50 |
| Total | 58.40 | 438.60 | $25,614.50 |

December 20, 2010                                                    Invoice 4314866

73825

**0004.0012 - reimbursable costs and expenses**
**Disbursements and Other Charges**

| | |
|---|---:|
| Photocopying and printing expenses | 109.00 |
| Long distance telephone charges | 0.68 |
| Air express charge | 6.88 |
| Filing fees | 1,129.00 |
| Conference meals - | |
|     C. Fortemps, J. Stein, M. Small, et al., 11/19 | 187.45 |
|     S. Hartman, D. Clark, B. Young, et al., 11/19 | 81.05 |
|     M. Thomas, B. Chatz, A. Carollo, et al., 11/19 | 159.27 |

*(handwritten: -$187.45, -$81.05, -$159.27)*

Disbursement and Other Charges Total          $1,673.33

**Total This Matter**          **$1,673.33**

**TOTAL SUMMARY OF SERVICES:**

| Attorney/Assistant | Hours Worked | Billing Rate | Amount |
|---|---:|---:|---:|
| J. Mertes | 10.40 | 110.00 | 1,144.00 |
| J. Routson | 11.30 | 345.00 | 3,898.50 |
| K. Stetsko | 85.50 | 315.00 | 26,932.50 |
| J. Thomas | 0.30 | 390.00 | 117.00 |
| D. Zazove | 112.00 | 585.00 | 65,520.00 |
| Total | 219.50 | 444.70 | $97,612.00 |

DAZ

*This invoice is for current charges only.*
*Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
*Late Charges Will Be Due If This Invoice Is Not Paid On Or Before JANUARY 19, 2011*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 73825, Invoice 4314866

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

January 19, 2011

73825

Invoice 4326390

**0004.0012 - reimbursable costs and expenses**
<u>Disbursements and Other Charges</u>

| | |
|---|---:|
| | 196.10 |
| Photocopying and printing expenses | 0.17 |
| Long distance telephone charges | 492.72 |
| Computer research | 142.18 |
| Local travel expense | 214.68 |
| Air express charge | 166.64 |
| Filing fees | |
| Conference meals: (Meeting of all station lenders and their professionals in our offices) ⑥ | 222.18  — $222.18 |
|    M. Thomas, P. Dossinger, B. Yong, et al, 12/13 ⑥ | 120.96  — $120.96 |
|    D. Zazove, A. Kindorf, M. Vokral, et. al., 12/17 ⑥ | 186.18  — $186.18 |
|    D. Zazove, B. Kaye, A. Kindorf, et. al., 12/17 ⑥ | 243.77  — $243.77 |
|    D. Zazove, D. Shapiro, P. Green, et al, 12/20 | |

Disbursement and Other Charges Total     $1,985.65

**Total This Matter**     $1,985.65

DAZ

<u>*This invoice is for current charges only.*</u>
<u>*Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*</u>
<u>*Late Charges Will Be Due If This Invoice Is Not Paid On Or Before FEBRUARY 18, 2011*</u>

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 73825, Invoice 4326390

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

73825                                          February 15, 2011                          Invoice  4344259

**0004.0012 - reimbursable costs and expenses**
<u>Disbursements and Other Charges</u>

| | | |
|---|---|---|
| Photocopying and printing expenses | | 1,398.94 |
| Messenger charges | | 62.70 |
| Long distance telephone charges | | 36.57 |
| Local travel expense | | 56.02 |
| Air express charge | | 7.01 |
| Conference meals - | | |
|    D. Zazove | (6) | 44.34  - $44.34 |
|    D. Zazove, M. Kehl, I. Miller, et al., 1/10 | (6) | 390.61  - $390.61 |
|    Gas City | (6) | 320.97  - $320.97 |

Disbursement and Other Charges Total          $2,317.16

**Total This Matter**          $2,317.16

DAZ

<u>*This invoice is for current charges only.*</u>
<u>*Outstanding invoices from prior billing cycles will be summarized on a separate Statement of*</u>
<u>*Account.*</u>
<u>*Late Charges Will Be Due If This Invoice Is Not Paid On Or Before MARCH 17, 2011*</u>

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  73825, Invoice  4344259

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT
PRIVILEGES**

Invoice  4369099

March 15, 2011

73825

## 0004.0012 - reimbursable costs and expenses
### Disbursements and Other Charges

| | |
|---|---:|
| | 139.28 |
| Photocopying and printing expenses | 27.60 |
| Messenger charges | 25.60 |
| Long distance telephone charges | 1,125.96 |
| Computer research | 46.68 |
| Local travel expense | 180.00 |
| Filing fees | |
| Court reporter/transcript fee - | 767.16 |
|     Depo. of W. McEnery | |
| Conference meals - | 74.27 |
|     D. Zazove, Gas City Mtg., 2/3 | 62.45 |
|     D. Zazove, P. Green, L. Lattig, et al., 2/9 | |

*(handwritten: -$74.27 and -$62.45)*

| | |
|---|---:|
| Disbursement and Other Charges Total | $2,551.20 |
| **Total This Matter** | **$2,551.20** |

DAZ

*This invoice is for current charges only.*
*Outstanding invoices from prior billing cycles will be summarized on a separate Statement of Account.*
*Late Charges Will Be Due If This Invoice Is Not Paid On Or Before APRIL 14, 2011*

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No.  73825, Invoice  4369099

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**