IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GAS CITY, LTD., *et al.*,[1] | ) | Case No. 10-47879 (ERW) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### NOTICE OF AMENDMENTS TO SCHEDULE E AND SCHEDULE F OF THE SCHEDULES OF ASSETS AND LIABILITIES OF GAS CITY, LTD.

**PLEASE TAKE NOTICE** that on December 3, 2010, debtor Gas City, Ltd. (the "Debtor") filed its Schedules of Assets and Liabilities [Docket No. 265] (the "Original Schedules").

**PLEASE TAKE FURTHER NOTICE** that on January 7, 2011, the Debtor filed its Amended and Restated Schedules of Assets and Liabilities [Docket No. 361] (the "Amended Schedules").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and the Global Notes filed with Original Schedules and the Amended Schedules, the Debtor has filed, together with this Notice, amendments to its Schedule E (Creditors Holding Unsecured Priority Claims) and Schedule F (Creditors Holdings Unsecured Nonpriority Claims (collectively, the "Amendments").

**PLEASE TAKE FURTHER NOTICE** that the Summary of Schedules as included with the Amended Schedules is amended as set forth on Exhibit A to the attached Amendments.

---

[1] The Debtors in these chapter 11 cases are: Gas City, Ltd. and The William J. McEnery Revocable Trust Dated 4/22/1993.

1113/32288-003 Current/23581217v4

**PLEASE TAKE FURTHER NOTICE** that Schedule E as included with the Amended Schedules is amended to remove the liabilities listed on Exhibit B to the Amendments; if your claim is listed on Exhibit B to the Amendments, it is not classified and will not be treated as a priority claim.

**PLEASE TAKE FURTHER NOTICE** that Schedule F as included with the Amended Schedules is amended to modify or add the claims and liabilities listed on Exhibit C to the Amendments;  such claims and liabilities are the only claims and liabilities modified pursuant to the Amendments; all other assets, liabilities, claims, executory contracts, unexpired leases and other information listed on Schedule F in the Debtor's Amended Schedules are unaffected by the Amendments.

**PLEASE TAKE FURTHER NOTICE** that claimants affected by the attached Amendments to Schedule E and Schedule F that disagree with the change to the amount or priority of their claim(s) **must file a proof of claim with respect to such claim(s) within thirty (30) days from the date of this Notice**.  Affected claimants who disagree with the amendments set forth herewith may obtain a copy of the proof of claim form from the website of the Debtor's claim and notice agent, Kurtzman Carson Consultants LLC ("KCC"), at www.kccllc.net/gascity, or by contacting KCC at 2335 Alaska Avenue, El Segundo, CA 90245 or by phone at (866) 381-9100 (Attn:  Gas City).

Dated: May 27, 2011

                            */s/* Paul V. Possinger
                            **PROSKAUER ROSE LLP**
                            Mark K. Thomas (ARDC # 6181453)
                            Paul V. Possinger (ARDC # 6216704)
                            Three First National Plaza
                            70 West Madison, Suite 3800
                            Chicago, Illinois  60602-4342
                            Telephone:  (312) 962-3550
                            Facsimile:  (312) 962-3551

                            *Counsel for Gas City, Ltd.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GAS CITY, LTD., *et al.*,[1] | ) | Case No. 10-47879 (ERW) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**AMENDMENTS TO SCHEDULE E AND SCHEDULE F OF THE
SCHEDULES OF ASSETS AND LIABILITIES OF GAS CITY, LTD.**

Gas City, Ltd., a debtor and debtor- in-possession in the above-captioned chapter 11 cases (the "Debtor"), hereby amends Schedule E and Schedule F (collectively, the "Amendments") of its Schedules of Assets and Liabilities and Statement of Financial Affairs (as previously amended, the "Schedules and Statements"), which Amendments were prepared by the Debtor's management pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure, and are unaudited. The Global Notes, Statement of Limitations, Methodology and Disclaimer Regarding Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (these "Global Notes") filed on January 7, 2011 [*Docket Nos. 361 & 362*] are incorporated by reference herein. Attached as **Exhibit A** is an Amended Summary of Schedules reflecting the Amendments set forth herein. The total amounts listed in the Amended Summary attached as **Exhibit A** do not reflect the results of the Debtor's omnibus claim objections or any orders entered by the Court granting such objections.

1.    **Amendments to Schedule E:** Schedule E of the Debtor's Schedules and Statements is modified for the purpose of removing the liabilities set forth on **Exhibit B** hereto. Such liabilities do not relate to goods delivered to the Debtor in the ordinary course of business within 20 days prior to the commencement of these cases, and thus were inaccurately classified in the Schedules and Statements as claims entitled to priority pursuant to section 503(b)(9) of the Bankruptcy Code. The liabilities that are removed from Schedule E hereby are added to Schedule F pursuant to these Amendments.

2.    **Amendments to Schedule F:** Schedule F of the Debtor's Schedules and Statements is amended to add liabilities that were inaccurately scheduled as priority claims in the prior Schedules and Statements, and to modify the amounts of certain other liabilities, each as listed on **Exhibit C** hereto. Only the claims and liabilities listed on **Exhibit C** hereto are modified by these Amendments; all other assets, liabilities, claims,

---

[1]    The Debtors in these chapter 11 cases are: Gas City, Ltd. and The William J. McEnery Revocable Trust Dated 4/22/1993.

1076/32288-002 Current/22592788v9

executory contracts, unexpired leases and other information listed on Schedule F in the Debtor's Schedules and Statements are unaffected hereby.

1076/32288-002 Current/22592788v9

# Exhibit A

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois, Eastern**

In re: Gas City, Ltd.                                                                 Case No. 10-47879 (ERW)

Chapter 11

# AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | NO | N/A | $0.00 | | |
| B - Personal Property | NO | N/A | $66,307,812.13 | | |
| C - Property Claimed as Exempt | NO | N/A | | | |
| D - Creditors Holding Secured Claims | NO | N/A | | $85,331,182.83 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 1 | | $6,093,872.20 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $118,152,635.70 | |
| G - Executory Contracts and Unexpired Leases | NO | N/A | | | |
| H - Codebtors | NO | N/A | | | |
| I - Current Income of Individual Debtor(s) | NO | N/A | | | |
| J - Current Expenditures of Individual Debtor(s) | NO | N/A | | | |
| TOTAL | | 4 | $66,307,812.13 | $209,577,690.73 | |

Exhibit B

In Re: Gas City, Ltd.
Case No. 10-47879
Records Removed From Schedule E

| Creditor's Name | Address 1 | Address 2 | City | State | Zip | Codebtor | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Original total amount of claim | Original amount entitled to priority | Amount not entitled to priority, if any | Amended amount entitled to priority | Type of Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AAA VALLEY FIRE | 4333 CALUMET AVE | | HAMMOND | IN | 46320 | | Various | | | | $287.36 | $287.36 | $0.00 | $0.00 | 503(b)(9) |
| ACS EXPEDITED SOLUTIONS | DBA TRIPPAK SERVICES | PO BOX 201322 | DALLAS | TX | 75063 | | Various | | | | $1,374.40 | $1,374.40 | $0.00 | $0.00 | 503(b)(9) |
| ADT SECURITY SYSTEMS | PO BOX 371967 | | PITTSBURG | PA | 15250-7967 | | Various | | | | $509.48 | $509.48 | $0.00 | $0.00 | 503(b)(9) |
| AFFORDABLE LAWN CARE | 2145 Liberty Street | | Portage | IN | 46368 | | Various | | | | $315.00 | $315.00 | $0.00 | $0.00 | 503(b)(9) |
| AMBEST INC | 5115 MARYLAND WAY | SUITE 300 | BRENTWOOD, | TN | 37027 | | Various | | | | $16,511.97 | $16,511.97 | $0.00 | $0.00 | 503(b)(9) |
| AVIS RENT A CAR SYS | 7876 COLLECTIONS CTR DR | | CHGO | IL | 60693 | | Various | | | | $333.20 | $333.20 | $0.00 | $0.00 | 503(b)(9) |
| B & K EQUIPMENT | 2939-175TH ST | | LANSING | IL | 60438 | | Various | | | | $169.80 | $169.80 | $0.00 | $0.00 | 503(b)(9) |
| BA DESIGNS | 5230 MARTINGALE AVE | | LAS VEGAS | NV | 89119 | | Various | | | | $93.20 | $93.20 | $0.00 | $0.00 | 503(b)(9) |
| BARNES DISTRIBUTION | DEPT CH 14079 | | PALATINE | IL | 60055 | | Various | | | | $1,438.51 | $1,438.51 | $0.00 | $0.00 | 503(b)(9) |
| BEN'S LAWN SERVICE | 7861 W 900S-90 | | WARREN | IN | 46792 | | Various | | | | $840.00 | $840.00 | $0.00 | $0.00 | 503(b)(9) |
| BRANSON SEPTIC SERVICE | PO BOX 253 | | SIERRA VISTA | AZ | 85636 | | Various | | | | $450.00 | $450.00 | $0.00 | $0.00 | 503(b)(9) |
| CERIDIAN STORED VALUE | LOCKBOX 3802 | 3802 RELIABLE PKWY | CHICAGO | IL | 60686-0038 | | Various | | | | $736.56 | $736.56 | $0.00 | $0.00 | 503(b)(9) |
| COZZINI BROS INC | PO Box 46489 | | Chicago | IL | 60646 | | Various | | | | $32.00 | $32.00 | $0.00 | $0.00 | 503(b)(9) |
| CS | 2077 MOMENTUM PL | | CHICAGO | IL | 60689-5320 | | Various | | | | $109.75 | $109.75 | $0.00 | $0.00 | 503(b)(9) |
| CULLIGAN | 2215 W LINCOLN HIGHWAY | | MERRILLVILLE | IN | 46410 | | Various | | | | $16.98 | $16.98 | $0.00 | $0.00 | 503(b)(9) |
| DIRECTV | PO BOX 60036 | | LOS ANGELES | CA | 90060-0036 | | Various | | | | $201.84 | $201.84 | $0.00 | $0.00 | 503(b)(9) |
| DISH NETWORK | DEPT 0063 | 9601 S MERIIEIAN PARKWAY | ENGLEWOOD | CA | 80112 | | Various | | | | $72.74 | $72.74 | $0.00 | $0.00 | 503(b)(9) |
| EVERGREEN RECYCLING INC | 12492 E 65TH ST | | INDIANAPOLIS | IN | 46236 | | Various | | | | $538.20 | $538.20 | $0.00 | $0.00 | 503(b)(9) |
| FPL | GENERAL MAIL FACILITY | | MIAMI | FL | 33188-0001 | | Various | | | | $4,121.46 | $4,121.46 | $0.00 | $0.00 | 503(b)(9) |
| GEORGE'S SIGN SERVICE | P O BOX 184 | | PALOS PARK | IL | 60464 | | Various | | | | $375.00 | $375.00 | $0.00 | $0.00 | 503(b)(9) |
| GRASSHOPPER LANDSCAPING | PO BOX 315 | | ST DAVID | AZ | 85630 | | Various | | | | $3,047.00 | $3,047.00 | $0.00 | $0.00 | 503(b)(9) |
| HAWKINS WATER TECH | 929 S. Main | | Middlebury | IN | 46540 | | Various | | | | $194.56 | $194.56 | $0.00 | $0.00 | 503(b)(9) |
| HEIDENRICH TRANSPORT | 4711 PAYSPHERE CIRCLE | | CHICAGO | IL | 60674 | | Various | | | | $18,180.05 | $18,180.05 | $0.00 | $0.00 | 503(b)(9) |
| HINCKLEY SPRINGS | PO BOX 660579 | | DALLAS | TX | 75266-0579 | | Various | | | | $477.03 | $477.03 | $0.00 | $0.00 | 503(b)(9) |
| INTO GREAT BRANDS | 1177 OLENTANGY RIVER ROA | | COLUMBUS | OH | 43212 | | Various | | | | $69.84 | $69.84 | $0.00 | $0.00 | 503(b)(9) |
| JIM DAVIS CARPET CLEANING | 1420 N 25TH ST | | TERRE HAUTE | IN | 47803 | | Various | | | | $210.00 | $210.00 | $0.00 | $0.00 | 503(b)(9) |
| JULIANA G ROBERTSON | 7915 S EMERSON AVE | STE B-230 | INDIANAPOLIS | IN | 46237 | | Various | | | | $156.51 | $156.51 | $0.00 | $0.00 | 503(b)(9) |
| K CLEAN | P.O. BOX 536 | | CHESTERTON | IN | 46304 | | Various | | | | $500.00 | $500.00 | $0.00 | $0.00 | 503(b)(9) |
| KENNETH J DONKEL | ATTORNEY AT LAW | 7220 W 194TH ST #105 | TINLEY | IL | 60487 | | Various | | | | $2.39 | $2.39 | $0.00 | $0.00 | 503(b)(9) |
| LIPCO GROUP | PO BOX 601 | | BRANSON | MO | 65615 | | Various | | | | $73.18 | $73.18 | $0.00 | $0.00 | 503(b)(9) |
| LONG ARCH INTERNATIONAL | 6310 CORSAIR ST | | CITY OF COMMERC | CA | 90040 | | Various | | | | $0.01 | $0.01 | $0.00 | $0.00 | 503(b)(9) |
| MCO INC | PO BOX 459 | | YOUNGTOWN | AZ | 85310 | | Various | | | | $333.00 | $333.00 | $0.00 | $0.00 | 503(b)(9) |
| MONROE PEST CONTROL | 3220 W OLD RIDGE ROAD | | HOBART | IN | 46342 | | Various | | | | $83.00 | $83.00 | $0.00 | $0.00 | 503(b)(9) |
| MORRISON DISTRIBUTION & | MARKETING INC | PO BOX 268984 | OKLAHOMA CITY | OK | 73126-8984 | | Various | | | | $217.93 | $217.93 | $0.00 | $0.00 | 503(b)(9) |
| NATURE INC | 1833 W RT17 | | KANKAKEE | IL | 60901 | | Various | | | | $140.00 | $140.00 | $0.00 | $0.00 | 503(b)(9) |
| NO IN MECHANICAL | 653 AXE AVE | | VALPARAISO | IN | 46383 | | Various | | | | $104.40 | $104.40 | $0.00 | $0.00 | 503(b)(9) |
| PEARSONS SIGNS | 3162 E 47TH ST | | TUCSON | AZ | 85713 | | Various | | | | $1,704.98 | $1,704.98 | $0.00 | $0.00 | 503(b)(9) |
| PRAXAIR DISTRIBUTION | DEPT. CH 10660 | | PALATINE | IL | 60055 | | Various | | | | $174.31 | $174.31 | $0.00 | $0.00 | 503(b)(9) |
| RABB WATER SYSTEMS INC | PO BOX 835 | | WARSAW | IN | 46581-0835 | | Various | | | | $347.11 | $347.11 | $0.00 | $0.00 | 503(b)(9) |
| RADIANT SYSTEMS | P O BOX 198755 | | ATLANTA | GA | 30384-8755 | | Various | | | | $75,000.00 | $75,000.00 | $0.00 | $0.00 | 503(b)(9) |
| REASONABLE EXTERM | 11427 S EMERALD AVE | | CHICAGO | IL | 60628 | | Various | | | | $220.00 | $220.00 | $0.00 | $0.00 | 503(b)(9) |
| ROCHLING ENGINEERING PLA | PO BOX 538451 | | ATLANTA | GA | 30535-0003 | | Various | | | | $736.50 | $736.50 | $0.00 | $0.00 | 503(b)(9) |
| ROMISCO SIGN SYSTEMS LLC | 214 E TACOMA ST | | SIERRA VISTA | AZ | 85635 | | Various | | | | $588.85 | $588.85 | $0.00 | $0.00 | 503(b)(9) |
| SARCOM | PO Box 514487 | | Los Angeles | CA | 90051-4487 | | Various | | | | $250.00 | $250.00 | $0.00 | $0.00 | 503(b)(9) |
| STANLEY A STRZELECKI JR | 6446 W 127TH ST | | PALOS HGTS | IL | 60463 | | Various | | | | $750.00 | $750.00 | $0.00 | $0.00 | 503(b)(9) |
| SUPPORT PAYMENT CLEARING | P O BOX 52107 | | PHOENIX | AZ | 85072-2107 | | Various | | | | $157.50 | $157.50 | $0.00 | $0.00 | 503(b)(9) |
| TCBY | 2855 E COTTONWOOD PKY | SUITE 400 | SALT LAKE CITY | UT | 84121 | | Various | | | | $702.37 | $702.37 | $0.00 | $0.00 | 503(b)(9) |
| THE CAMERA GUYS SECURITY | 8876 EAST HAWTHORN LN | | HEREFORD | AZ | 85615 | | Various | | | | $457.66 | $457.66 | $0.00 | $0.00 | 503(b)(9) |
| THE RPA GROUP | 303 E. 17th Avenue | Suite 1060 | Denver | CO | 80203 | | Various | | | | $241.20 | $241.20 | $0.00 | $0.00 | 503(b)(9) |
| THE TIMES | 601 45TH AVE | | MUNSTER | IN | 46321 | | Various | | | | $1,367.74 | $1,367.74 | $0.00 | $0.00 | 503(b)(9) |
| THERESA GONZALEZ | 1905 E. Cottonwood Drive | | Sierra Vista | AZ | 85635 | | Various | | | | $45.79 | $45.79 | $0.00 | $0.00 | 503(b)(9) |
| TIMI JONGWARD | 116 PETERSON ST | | Sierra Vista | AZ | 85635 | | Various | | | | $244.51 | $244.51 | $0.00 | $0.00 | 503(b)(9) |
| TRUGREEN | P O BOX 78501 | | PHOENIX | AZ | 85062-8501 | | Various | | | | $85.00 | $85.00 | $0.00 | $0.00 | 503(b)(9) |
| TRUSTWAVE | 70 W. Madison | Suite 1050 | Chicago | IL | 60602-4281 | | Various | | | | $5,440.00 | $5,440.00 | $0.00 | $0.00 | 503(b)(9) |
| TUCSON TALLOW CO INC | 3928 N FAIRVIEW ROAD | | TUCSON | AZ | 85705 | | Various | | | | $234.00 | $234.00 | $0.00 | $0.00 | 503(b)(9) |
| WC OUTDOOR ADVERTISING | PO BOX 9444 | | SPRINGFIELD | IL | 62791 | | Various | | | | $565.00 | $565.00 | $0.00 | $0.00 | 503(b)(9) |
| WILDE SIGNS | 3639 E APPLE AVE | | MUSKEGON | MI | 49442 | | Various | | | | $1,289.51 | $1,289.51 | $0.00 | $0.00 | 503(b)(9) |

# Exhibit C

In Re: Gas City, Ltd.
Case No. 10-47879
Amendments to Schedule F

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Amended total amount of claim (Schedule F) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A BETTER FILTER SERVICE | | 2003 S GREEN ROCK LN | | | INDIANAPOLIS | IN | 46203 | Trade Payable | | | | | $42.00 |
| AMERICAN BOTTLING CO | | 21431 NETWORK PLACE | | | CHICAGO | IL | 60673 | Trade Payable | | | | | $13,301.93 |
| AMERICAN LEGACY PRODUCTS | | 2575-G FORTUNE WAY | | | VISTA | CA | 92081 | Trade Payable | | | | | $347.19 |
| AMERIGAS LANSING | | 2801E 175TH ST. | | | LANSING | IL | 60438 | Trade Payable | | | | | $19,949.30 |
| AMERIGAS- VALAPARAISO | | 804 E MORTHLAND DR | US 30 | | VALPARAISO | IN | 46383-6502 | Trade Payable | | | | | $3,770.47 |
| AMERIGAS-HILLSIDE PPX | | 4158 DIVISION ST | | | HILLSIDE | IL | 60162 | Trade Payable | | | | | $16,352.00 |
| AMERIGAS-PLAINFIELD | | PO BOX 86 | | | PLAINFIELD | IL | 60544 | Trade Payable | | | | | $30,585.18 |
| AMERIGAS-POMPANO BEACH | | PO BOX 371473 | | | PITTSBURGH | PA | 15250 | Trade Payable | | | | | $1,205.64 |
| AMERIGAS-SIERRA VISTA | | PO BOX 1648 | | | SIERRA VISTA | AZ | 85636 | Trade Payable | | | | | $16,945.18 |
| AMERIGAS-TUCSON | | 2455 W WETMORE RD | | | TUCSON | AZ | 85705 | Trade Payable | | | | | $2,399.17 |
| ARIZONA TEA | | ACCOUNTS RECEIVABLE | 5 DAKOTA DRIVE STE 205 | | LAKE SUCCESS | NY | 11042 | Trade Payable | | | | | $1,779.07 |
| AURORA WORLD INC | | 8820 MERCURY LANE | | | PICO RIVERA | CA | 90660 | Trade Payable | | | | | $0.00 |
| B&C WHOLESALE | | PO BOX 326 | | | BUENA VISTA | CO | 81211 | Trade Payable | | | | | $0.00 |
| BAGAT BROS SHARP KNIFE SERVICES | | 7621 W. Roosevelt Road | | | Forest Park | IL | 60130 | Trade Payable | | | | | $91.00 |
| BELLA BREW COFFEE & BEVE | | 7742 W 99TH ST | | | HICKORY HILLS | IL | 60457 | Trade Payable | | | | | $1,503.36 |
| BENSON DONUTS | | 690 N OCOTILLO ST | | | BENSON | AZ | 86602 | Trade Payable | | | | | $0.00 |
| BENSON LBR & SPLY | | 164 E 5TH | | | BENSON | AZ | 85602 | Trade Payable | | | | | $400.00 |
| BERRY PLASTICS CORP | | PO BOX 633485 | | | CINCINNATI | OH | 45263 | Trade Payable | | | | | $0.00 |
| BOWMAN HEINTZ BOSCIA | | 8605 BROADWAY | 446609 | | MERRILLVILLE | IN | 46410 | Trade Payable | | | | | $0.00 |
| BRAZIL AUTOMOTIVE SUPPLY | | 425 WEST NATIONAL | PO BOX 254 | | BRAZIL | IN | 47834 | Trade Payable | | | | | $392.92 |
| BREWMASTER COFFEE INC | | PO BOX 647 | | | LEBANON | IN | 46052 | Trade Payable | | | | | $371.02 |
| BRICKYARD INTERNATIONAL | | 1116 W CR 450 N | | | BRAZIL | IN | 47834 | Trade Payable | | | | | $0.00 |
| BUCHI FOODS | | 10097 CLEARY BLVD | SUITE 234 | | PLANTATION | FL | 33324 | Trade Payable | | | | | $907.55 |
| CARIBBEAN CREME | | 4241 FOLSOM AVE | | | SAINT LOUIS | MO | 63110 | Trade Payable | | | | | $0.00 |
| CENTRAL ILLINOIS TRUCKS | | 200 W NORTHTOWN RD | | | NORMAL | IL | 61761 | Trade Payable | | | | | $10.95 |
| CHICAGO SUN TIMES | | PO B OX 1003 | | | TINLEY PARK | IL | 60477 | Trade Payable | | | | | $345.46 |
| CHICAGO TRIBUNE | | ATTN: CHERYL WULF | 435 N. MICHIGAN AVE 3RDF | | CHICAGO | IL | 60611 | Trade Payable | | | | | $127,259.97 |
| CHICAGO TRUCK SALES | | 5300 WEST PLATTNER DR | | | ALSIP | IL | 60803 | Trade Payable | | | | | $335.94 |
| CHICO'S TORTILLAS | | 1686 EAST FRY BOULEVARD | | | SIERRA VISTA | AZ | 85635 | Trade Payable | | | | | $427.20 |
| CITY BEVERAGE MARKHAM | | 2064 W 167TH ST | | | MARKHAM | IL | 60426 | Trade Payable | | | | | $59,062.94 |
| CITY BEVERAGE-ARLINGTON | | 1401 E ALGONQUIN RD | | | ARLINGTON HEIGH | IL | 60005 | Trade Payable | | | | | $542.00 |
| CLEARING HOUSE ATLAS | | P O BOX 52107 | | | PHOENIX | AZ | 85072-2107 | Trade Payable | | | | | $0.00 |
| COCA COLA BOTTLING -FLORIDA | | POMPANO COCA COLA | PO BOX 403390 | | ATLANTA | GA | 30384-3390 | Trade Payable | | | | | $1,345.02 |
| COCA COLA-ILLINOIS | | 2335 PAYSPHERE CIRCLE | | | CHICAGO | IL | 60674 | Trade Payable | | | | | $16,102.54 |
| COREMARK | | 55545 W LATHAM ST | SUITE 3 | | PHOENIX | AZ | 85043 | Trade Payable | | | | | $571.97 |
| COSTCO | | 1800 W. SAMPLE RD | | | POMPANO BEACH | FL | 33064 | Trade Payable | | | | | $0.00 |
| COX AUTO TRADER | | CIRCULATION A/R | PO BOX 17359 | | CLEARWATER | FL | 33762 | Trade Payable | | | | | $1.19 |
| CUISINE DE FRANCE | | 14645 COLLECTIONS | CENTER DRIVE | | CHICAGO | IL | 60693 | Trade Payable | | | | | $546.59 |
| CUMMINS FILTRATION | | BANK OF AMERICA | 91864 COLLECTION CENTERS | | CHICAGO | IL | 60693 | Trade Payable | | | | | $11,692.37 |
| DAILY JOURNAL | | 8 DEARBORN SQ | | | KANKAKEE | IL | 60901 | Trade Payable | | | | | $2,661.96 |
| DAIRY MAID FOODS | | PO BOX 52453 | | | PHOENIX | AZ | 85072 | Trade Payable | | | | | $0.00 |
| DENORMANDIE | | 7780 S DANTE AVE | | | CHICAGO | IL | 60619 | Trade Payable | | | | | $149.69 |
| DOMINICK'S | | 15080 SOUTH LAGRANGE ROAD | | | ORLAND PARK | IL | 60462 | Trade Payable | | | | | $0.00 |
| DOUBLE EAGLE DISTR., INC | | 50 LOCK RD | | | DEERFIELD BEACH | FL | 33442-1580 | Trade Payable | | | | | $0.00 |
| ECKERT'S TECH SUPPLY INC | | 6734 S 500 W | | | HUNTINGBURG | IN | 47542 | Trade Payable | | | | | $2,089.67 |
| ECO WATER OF SIERRA VIST | | 4118 E LALINDA WAY | | | SIERRA VISTA | AZ | 85635 | Trade Payable | | | | | $4,080.00 |
| EDY'S GRAND ICE CREAM | | 3852 COLLECTIONS CENTER | | | CHICAGO | IL | 60693 | Trade Payable | | | | | $1,925.94 |
| ERIE BRUSH | | PO BOX 578009 | | | CHICAGO | IL | 60657 | Trade Payable | | | | | $1,242.15 |
| EXPERT CHEMICAL & SUPPLY | | 1311 Jamie Lane | | | Homewood | IL | 60430 | Trade Payable | | | | | $1,573.77 |
| EXXONMOBIL OIL CORPORATION | | PO BOX 75024 | | | CHICAGO | IL | 60675 | Trade Payable | | | | | $1,025.12 |
| FARMER BROTHERS COFFEE-A | | FILE 55172 | | | LOS ANGELES | CA | 90074-5172 | Trade Payable | | | | | $10,612.48 |
| FAST COFFEE SERVICE | | 2110 N CALUMET | | | VALPARAISO | IN | 46383 | Trade Payable | | | | | $0.00 |
| FAST FRUIT OF AMERICA | | PO BOX 123 | | | HEBRON | IN | 46341 | Trade Payable | | | | | $1,998.66 |
| FINLEY DISTRIBUTING INC | | 2104 S EUCLID | | | TUCSON | AZ | 85713 | Trade Payable | | | | | $0.00 |
| FLEET SAFETY SYSTEMS LLC | | 6312 SW CAPITOL HWY | #427 | | PORTLAND | OR | 97239 | Trade Payable | | | | | $0.00 |
| FOLGERS FLAG & DECORATING | | 2748 W YORK ST | | | BLUE ISLAND | IL | 60406 | Trade Payable | | | | | $0.00 |
| FORT WAYNE NEWS | | 4410 NEW HAVEN | | | FORT WAYNE | IN | 46803 | Trade Payable | | | | | $0.00 |
| FOSTER & SON EXTINGUISHER | | 7309 W. 90th Street | | | Bridgeview | IL | 60455 | Trade Payable | | | | | $0.00 |
| FOX VALLEY NEWS AGENCY I | | 4N860 CHAFFIELD DR | | | ST CHARLES | IL | 60175 | Trade Payable | | | | | $0.00 |
| FREIGHTLINER OF CHICAGO | | 776 N YORK RD PO #1128 | | | ELMHURST | IL | 60126 | Trade Payable | | | | | $122.06 |
| FRYS FOOD & DRUG | | #59 | 4351 E HIGHWAY 90 | | SIERRA VISTA | AZ | 85635 | Trade Payable | | | | | $108.87 |
| GEM CITY TIRE | | PO BOX 13027 | | | DAYTON | OH | 45413 | Trade Payable | | | | | $3,187.57 |

In Re: Gas City, Ltd.
Case No. 10-47879
Amendments to Schedule F

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Amended total amount of claim (Schedule F) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GLAZERS WHOLESALE | | 1115 NORTH 47TH AVE | | | PHOENIX | AZ | 85043 | Trade Payable | | | | | $0.00 |
| GRAND GENERAL | | 1965 E BELLA VISTA WAY | | | RANCHO DOMINGUE | CA | 90220 | Trade Payable | | | | | $2,670.44 |
| GRANT PRODUCTS INTERNATIONAL | | PO BOX 60098 | | | LOS ANGELES | CA | 90060 | Trade Payable | | | | | $0.00 |
| GRAPHIC ART PROD | | 2951 SIDCO DR | | | NASHVILLE | TN | 37204-3709 | Trade Payable | | | | | $2,806.68 |
| GREASE BUSTERS INC | | 5899 N. 350 E | | | Columbus City | IN | 46725 | Trade Payable | | | | | $335.00 |
| H BEN ROUSE | | 8632 N. 500 W | | | Lake Village | IN | 46349 | Trade Payable | | | | | $0.00 |
| H LANG & SON | | 3600 W 59TH STREET | | | CHICAGO | IL | 60629 | Trade Payable | | | | | $132,639.80 |
| HAMMOND NEWS SERVICE, IN | | P.O. BOX 6031 | | | HAMMOND | IN | 46320 | Trade Payable | | | | | $321.60 |
| HOLSUM | | 2322 W LINCOLN STREET | | | PHOENIX | AZ | 85009 | Trade Payable | | | | | $0.00 |
| HOOSIER BAKERY | | 4104 NORTH CLINTON ST | | | FORT WAYNE | IN | 46805 | Trade Payable | | | | | $1,023.04 |
| HUBERT COMPANY | | PO BOX 631642 | | | CINCINNATI | OH | 45263-1642 | Trade Payable | | | | | $474.86 |
| IBC WONDER/HOSTESS | | INTERSTATE BRANDS CORP | 8071 WALES ROAD | | NORTHWOOD | OH | 43619 | Trade Payable | | | | | $354.37 |
| IBC/HOSTESS CAKE | | INTERSTATE BRANDS | 34007 EAGLE WAY | | CHICAGO | IL | 60678-1340 | Trade Payable | | | | | $22,930.72 |
| IBC-DOLLY MADISON | | HOSTESS | 34007 EAGLE WAY | | CHICAGO | IL | 60678 | Trade Payable | | | | | $0.00 |
| ILLS PRODUCTS INC | | 2550 WEST 67 PLACE | BLDG 32    SUITE 23 | | HIALEAH | FL | 33016 | Trade Payable | | | | | $110.10 |
| INTERSTATE BRANDS CORP | | WONDER/HOSTESS/DOLLY | 2929 N SHADELAND | | INDIANAPOLIS | IN | 46219 | Trade Payable | | | | | $809.63 |
| INTERSTATE BRANDS/AZ | | HOSTESS CAKE/WONDER | PO BOX 108 | | OGDEN | UT | 84402 | Trade Payable | | | | | $984.57 |
| IRA ZELDERS | | 11929 NW 2ND MANOR | | | CORAL SPRINGS | FL | 33071 | Trade Payable | | | | | $298.92 |
| Jewel | | 352 LaGrange Road | | | Frankfort | IL | 60423 | Trade Payable | | | | | $0.00 |
| JMJ PARTS WHSE | | 103 S LARKN | | | JOLIET | IL | 60436 | Trade Payable | | | | | $0.00 |
| JOHN & JOHN ASSOCIATES | | 13 S MERIDIAN ST | PO BOX 617 | | BRAZIL | IN | 47834 | Trade Payable | | | | | $696.90 |
| JOHN PANOZZO PRODUCE CO | | RT 50 NORTH & BROOKMONT | PO BOX 322 | | KANKAKEE | IL | 60901 | Trade Payable | | | | | $1,668.05 |
| JONES PARTS & SERVICES | | 790 S CENTRAL AVE | | | UNIVERSITY PARK | IL | 60466 | Trade Payable | | | | | $139.31 |
| JOSEPH MULLARKEY DIST | | 2200 RIDGE DR | | | GLENVIEW | IL | 60025 | Trade Payable | | | | | $71.66 |
| KARON FROZEN FOOD INC | | 502 S LOGAN ST | | | MISHAWAKA | IN | 46544 | Trade Payable | | | | | $575.00 |
| KATIES/PEERLESS OLD FASH | | POTATO CHIPS, INC. | PO BOX 1010 | | VALPARAISO | IN | 46384 | Trade Payable | | | | | $2,451.13 |
| KOZOL BROTHERS | | 2010 S BRIGGS ST | | | JOLIET | IL | 60433 | Trade Payable | | | | | $0.00 |
| KSG DISTRIBUTING INC | | 1121 WEST FLINT MEADOW | | | KAYSVILLE | UT | 84037 | Trade Payable | | | | | $29,362.17 |
| LAGRANGE PUBLISHING CO. | | PO BOX 148 | | | LAGRANGE | IN | 46761 | Trade Payable | | | | | $0.00 |
| LEANIN' TREE | | 6055 LONGBOW DRIVE | PO BOX 9500W | | BOULDER | CO | 80301 | Trade Payable | | | | | $0.00 |
| LIBERTY SUBURBAN CHICAGO | | NEWSPAPERS | 1101 WEST 31ST ST #100 | | DOWNERS GROVE | IL | 60515 | Trade Payable | | | | | $30.03 |
| LIBERTY WATER | | P O BOX 52607 | | | PHOENIX | AZ | 85072-2607 | Trade Payable | | | | | $0.00 |
| LIGHT UP DISTRIBUTION IN | | 5209 WESTBREEZE TRAIL | | | FT WAYNE | IN | 46804 | Trade Payable | | | | | $0.00 |
| LOWE'S | | PO BOX 530954 | | | ATLANTA | GA | 30353-0995 | Trade Payable | | | | | $62.57 |
| MANAU CUTLERY INC | | 2533 S WESTERN AVE | | | CHICAGO | IL | 60608 | Trade Payable | | | | | $225.00 |
| MARY JANE ENTERPRISES INC | | 5847 EAST 1015 NORTH | | | DEMOTTE | IN | 46310 | Trade Payable | | | | | $324.70 |
| MCFARLING FOODS | | PO BOX 1373 | | | RICHMOND | IN | 47375 | Trade Payable | | | | | $7,798.74 |
| MCLANE FOOD SERVICE INC | | 7188 COLLECTION CENTER D | | | CHICAGO | IL | 60693 | Trade Payable | | | | | $0.00 |
| ME AND SHE SPECIALTIES | | 82 WATER ST. | | | PARK FOREST | IL | 60466 | Trade Payable | | | | | $0.00 |
| MIKE-SELLS POTATO CHIP C | | 333 LEO ST | PO BOX 115 | | DAYTON | OH | 45404 | Trade Payable | | | | | $0.00 |
| MILANO BAKERY CO | | 433 S CHICAGO ST | | | JOLIET | IL | 60436 | Trade Payable | | | | | $208.64 |
| MISTER ICE OF INDIANPOLIS | | 7954 EAST 88TH ST | | | INDIANAPOLIS | IN | 46256 | Trade Payable | | | | | $210.00 |
| MITSCH SALT & WATER SERV | | 21061 COLFAX ST | | | LOWELL | IN | 46356 | Trade Payable | | | | | $1,029.43 |
| NAPERVILLE SUN | | ATTN: SINGLE COPY DEPT | 1500 WEST OGDEN AVE | | NAPERVILLE | IL | 60540 | Trade Payable | | | | | $0.00 |
| NESTLE DSD (KRAFT) | | 23050 NETWORK PLACE | | | CHICAGO | IL | 60673-1230 | Trade Payable | | | | | $528.28 |
| NEWTON OIL | | 1910 WILSON STREET | P O BOX 5297 | | LAFAYATTE | IN | 47903 | Trade Payable | | | | | $0.00 |
| NICKLES BAKERY, INC. | | PO BOX 30 | | | NAVARRE | OH | 44662-0030 | Trade Payable | | | | | $0.00 |
| NORTH COAST LIGHTING LLC | | 5500 E 81ST AVE | | | MERRILLVILLE | IN | 46410 | Trade Payable | | | | | $1,791.37 |
| NORTHLAND PREMIER DIST | | PO BOX 42019 | | | MESA | AZ | 85274 | Trade Payable | | | | | $3,635.75 |
| OASIS BOTTLED WATER INC | | DEPARTMENT 8973 | PO BOX 77043 | | MINNEAPOLIS | MN | 55480-7743 | Trade Payable | | | | | $4,693.51 |
| OSCAR W LARSON CO | | 10100 DIXIE HWY | | | CLARKSON | MI | 48348 | Trade Payable | | | | | $706.05 |
| P O C O | | 3381 SOLUTIONS CENTER | | | CHICAGO | IL | 60677 | Trade Payable | | | | | $13,535.45 |
| PAPPY'S PACKAGE EXPRESS | | 4250 SOLUN RD | | | INDIANAPOLIS | IN | 46221 | Trade Payable | | | | | $3,500.00 |
| PARKE COUNTY GUIDE | | 20 S. Jackson Street | | | Green Castle | IN | 46135 | Trade Payable | | | | | $0.00 |
| PARTS DISTRIBUTING CO | | PO BOX 847139 | | | DALLAS | TX | 75284 | Trade Payable | | | | | $2,947.89 |
| PELL'S | | PO BOX 366 | | | BRAZIL | IN | 47834 | Trade Payable | | | | | $438.75 |
| PINKERTON FUELS & LUBRIC | | P O BOX 947 | | | CHESTERTON | IN | 46304-0947 | Trade Payable | | | | | $0.00 |
| PIONEER CREDIT RECOVERY | | 26 EDWARD ST | P O BOX 158 | | ARCADE | NY | 14009 | Trade Payable | | | | | $0.00 |
| POPULAR CREATIONS | | 661 Hadley Road | PO Box 836 | | So Plainfield | NJ | 07080 | Trade Payable | | | | | $877.33 |
| POWER GROUP TOTAL CARE | | 5311 105TH AVE S | | | LAKE WORTH | FL | 33467 | Trade Payable | | | | | $3,045.00 |
| PRAIRIE FARMS-FORT WAYNE | | PO BOX 10419 | | | FORT WAYNE | IN | 46852 | Trade Payable | | | | | $594.14 |
| PROFORMA | | PO BOX 640814 | | | CINCINNATI | OH | 45264 | Trade Payable | | | | | $2,132.20 |

In Re: Gas City, Ltd.
Case No. 10-47879
Amendments to Schedule F

| Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Date claim was incurred and consideration for claim | Subject to setoffs Y/N | Contingent | Unliquidated | Disputed | Amended total amount of claim (Schedule F) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QV DISTRIBUTORS INC | | 4035 W ADAMS | | | PHOENIX | AZ | 85009 | Trade Payable | | | | | $0.00 |
| RC BEVERAGE CO | | PO BOX 2870 | | | EVANSVILLE | IN | 47728 | Trade Payable | | | | | $1,109.00 |
| RECORD NEWS | | PO BOX J | | | YORKVILLE | IL | 60560 | Trade Payable | | | | | $713.50 |
| RED BULL DIST CO OF TAMP | | PO BOX 864166 | | | ORLANDO | FL | 32886 | Trade Payable | | | | | $9,276.25 |
| REDDY ICE-AZ | | PO BOX 730505 | | | DALLAS | TX | 75373 | Trade Payable | | | | | $4,966.61 |
| REFRESHMENT SERVICES PEP | | 3400 SOLAR AVE | | | SPRINGFIELD | IL | 62707 | Trade Payable | | | | | $6,080.17 |
| RENZ CARPET CLEANERS | | 1259 Oak Street | | | Huntington | IN | 46750 | Trade Payable | | | | | $0.00 |
| ROMAX TIRE | | 930 S 10TH ST | | | W TERRE HAUTE | IN | 47888 | Trade Payable | | | | | $0.00 |
| RUSS FISHER TRUCK PARTS | | I 70 & ST RD 46 | | | TERRE HAUTE | IN | 47803 | Trade Payable | | | | | $1,575.00 |
| S&K RENTALS | | BOX 537 | | | BLUFFTON | IN | 46714 | Trade Payable | | | | | $2,921.32 |
| SAFEWAY INC. | | FILE NO.72905 | PO BOX 60000 | | SAN FRANCISCO | CA | 94160 | Trade Payable | | | | | $0.00 |
| SARA LEE COFFEE | | PO BOX 70819 | | | CHICAGO | IL | 60673-3354 | Trade Payable | | | | | $0.00 |
| SCHAMBERGER BROS. INC | | PO BOX 7440 | | | VILLA PARK | IL | 60181 | Trade Payable | | | | | $248.00 |
| SCHENKEL'S ALL STAR DAIR | | 21438 NEWTWORK PLACE | | | CHICAGO | IL | 60673 | Trade Payable | | | | | $240.91 |
| SOUTHERN ARIZONA DIST | | 20 COCHISE ROW | | | BISBEE | AZ | 85603 | Tax Payment | | | | | $0.00 |
| SOUTHERN INDIANA TIRE | | 1342 W. 100 N | | | Princeton | IN | 47670 | Trade Payable | | | | | $7,530.14 |
| SOUTHSIDE BAKERY | | 25848 SUNSET DR | | | MONEE | IL | 60449 | Trade Payable | | | | | $8,359.53 |
| SOUTHWEST TRADERS INC | | 27711 DIAZ | | | TENECULA | CA | 92590 | Trade Payable | | | | | $1,674.70 |
| ST ANDREWS PROD | | 500 MARINER DR | | | MICHIGAN CITY | IN | 46360 | Trade Payable | | | | | $149.34 |
| STRAUSS BAKERIES INC | | 1615 W LEXINGTON AVE | | | ELKHART | IN | 46514 | Trade Payable | | | | | $0.00 |
| SUBPERB | | 3350 NW 2ND AVENUE | | | BOCA RATON | FL | 33432 | Trade Payable | | | | | $0.00 |
| SUBWAY | | P O BOX 4320 | | | CAROLSTREAM | IL | 60197 | Trade Payable | | | | | $0.00 |
| SUGAR N SPICE FLORIST | | 234 E NATIONAL AVE | | | BRAZIL | IN | 47834 | Trade Payable | | | | | $428.00 |
| SUN SENTINEL | | 333 SW 12 AVENUE | | | DEERFIELD BEACH | FL | 33442 | Trade Payable | | | | | $2,099.22 |
| SUPERIOR NUT & CANDY | | CO INC | 1111 W 40TH ST | | CHICAGO | IL | 60609 | Trade Payable | | | | | $11,345.35 |
| SURGE CLUTCH | | PO BOX 100 | 16145 THORNTON-BLUE ISLAND | | SOUTH HOLLAND | IL | 60473 | Trade Payable | | | | | $0.00 |
| TASQ | | 660 Menlo Drive | | | Rocklin | CA | 95765 | Trade Payable | | | | | $191.25 |
| TELVENT DTN | | PO BOX 3546 | | | OMAHA | NE | 68103 | Trade Payable | | | | | $0.00 |
| TERMINIX | | 601 W EDISON RD | | | MISHAWAKA | IN | 46545-2777 | Trade Payable | | | | | $95.40 |
| TESTA PRODUCE, INC. | | 1501 S BLUE ISLAND AVE | | | CHICAGO | IL | 60608 | Trade Payable | | | | | $299.40 |
| THE BARGAIN FINDER | | P.O. BOX 2368 | 7147 KENNEDY AVE | | HAMMOND | IN | 46323 | Trade Payable | | | | | $0.00 |
| THE DOUGHNUT PEDDLER | | 4807 E INDIGO | | | MESA | AZ | 85205 | Trade Payable | | | | | $0.00 |
| THE LAZZARO COMPANIES | | 5880 BROADWAY | | | MERRILLVILLE | IN | 46410 | Trade Payable | | | | | $0.00 |
| the Next EXIT, Inc. | | PO BOX 888 | | | GARDEN CITY | UT | 84028 | Trade Payable | | | | | $0.00 |
| TM TIRE CO | | 4201 MIDLOTHIAN TURNPIKE | | | CRESTWOOD | IL | 60445 | Trade Payable | | | | | $1,120.55 |
| TORVAC DIV OF DARLING | | PO BOX 552210 | | | DETROIT | MI | 48255 | Trade Payable | | | | | $939.00 |
| TOSHIBA AMER INFO | | PO BOX 740441 | | | ATLANTA | GA | 30374-0441 | Trade Payable | | | | | $1,119.86 |
| TOTH AUTOMOTIVE | | 1621 THORNTON ROAD | | | LANSING | IL | 60438 | Trade Payable | | | | | $413.68 |
| TOYS AUTO PARTS INC BRAZ | | 408 W NATIONAL AVE | | | BRAZIL | IN | 47834 | Trade Payable | | | | | $905.67 |
| TRAVELCENTERS OF AMERICA | | 24601 CENTER RIDGE ROAD | SUITE 200 | | WESTLAKE | OH | 44145 | Trade Payable | | | | | $11,492.12 |
| TRENDAR | | P.O. BOX 3389 | | | BRENTWOOD | TN | 37024 | Trade Payable | | | | | $3,276.15 |
| TRI STATES COCA-COLA | | BOTTLING | 2329 PAYSPHERE CIRCLE | | CHICAGO | IL | 60674 | Trade Payable | | | | | $1,863.86 |
| TROPICANA PRODUCT SALES | | PO BOX 643106 | | | PITTSBURGH | PA | 15264 | Trade Payable | | | | | $222.44 |
| TRUCK CITY OF GARY, INC | | PO BOX 64800 | | | GARY | IN | 46401 | Trade Payable | | | | | $615.76 |
| TRUEBLOOD LUBRICANTS LLC | | PO BOX 356 | | | FARMERSBURG | IN | 47850 | Trade Payable | | | | | $382.93 |
| TUCSON PAPER & RIBBON CO | | PO BOX 90778 | | | TUCSON | AZ | 85752 | Trade Payable | | | | | $559.06 |
| TURANO BAKING COMPANY | | 36749 EAGLE WAY | | | CHICAGO | IL | 60678 | Trade Payable | | | | | $0.00 |
| U.S. FOOD SERVICE-IN | | BOX 660088 | | | INDIANAPOLIS | IN | 46266 | Trade Payable | | | | | $0.00 |
| UNIFIRST CORP | | A/R DEPT | 4520 SECRETARY DR | | FT WAYNE | IN | 46808 | Trade Payable | | | | | $2,430.73 |
| UNITED LAB | | PO BOX 410 | | | ST CHARLES | IL | 60174-0410 | Trade Payable | | | | | $1,316.25 |
| USA TODAY | | 7307 S HARL AVE | SUITE #1 | | TEMPE | AZ | 85283 | Trade Payable | | | | | $0.00 |
| VALERO | | 8182 MARYLAND AVE | | | ST. LOUIS | MO | 63105-3721 | Trade Payable | | | | | $2,171,305.72 |
| VANDEWALLES CANDY | | 400 MALL DRIVE | | | APPLETON | WI | 54913 | Trade Payable | | | | | $2,040.00 |
| VECTREN ENERGY DELIVERY | | PO BOX 6248 | | | INDIANAPOLIS | IN | 46206 | Trade Payable | | | | | $0.00 |
| WAL-MART | | 201 S PRICKLY PEAR AVE | | | BENSON | AZ | 85602 | Trade Payable | | | | | $0.00 |
| WARREN TIRE, INC | | 220 E NATIONAL AVE | | | BRAZIL | IN | 47834 | Trade Payable | | | | | $24.00 |
| WELDSTAR CO | | PO BOX 1150 | | | AURORA | IL | 60507 | Trade Payable | | | | | $83.60 |
| WHITLOCK'S PRESSURE WASH | | PO BOX 391 | 5649 S INDUSTRIAL AVE | | CONNERSVILLE | IN | 47331 | Trade Payable | | | | | $0.00 |
| WHOLESALE DONUTS, INC | | PO BOX 1921 | | | GARY | IN | 46408 | Trade Payable | | | | | $6,398.44 |
| WINDY CITY BAKING INC | | 813 WEST OLD RIDGE RD | | | HOBART | IN | 46342 | Trade Payable | | | | | $0.00 |
| WIRTZ BEVERAGE ILLINOIS | | PO BOX 809180 | | | CHICAGO | IL | 60680 | Trade Payable | | | | | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN**

In re: Gas City, Ltd.                                                                                          Case No. 10-47879 (ERW)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

I, A. Jeffrey Zappone, Chief Restructuring Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __13__ sheets , and that they are true and correct to the best of my knowledge, information, and belief.

Date __5/27/2011_____    Signature: __/ s / A. Jeffrey Zappone_____

**A. Jeffrey Zappone**

**Chief Restructuring Officer**

---

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C.§§ 152 and 3571.**