# **EXHIBIT C**

Working Capital Report

# WORKING CAPITAL STATUS & UPDATE TO LENDER DISTRIBUTION MODEL

July



ATLANTA | CHICAGO | DALLAS | DAYTON | DETROIT | FRANKFURT | HOUSTON | LONDON | LOS ANGELES | NEW YORK

## TABLE OF CONTENTS



CONWAY MACKENZIE

TABLE OF CONTENTS

A.  Status of Working Capital

B.  Update on Working Capital Shortfall

C.  Report on Potential 507(b) Claim

D.  Update to Lender Distribution Model

3

## STATUS OF WORKING CAPITAL



CONWAY MACKENZIE

**STATUS OF WORKING CAPITAL**

► Gas City (GC) has revised preliminary May close

  ► Write-offs resulting from the transaction (unsold obsolete inventory disposed of by GC) and the liquidation of unsold inventory moved to warehouse have been booked

  ► Final entries are being reviewed and remaining outstanding issues resolved as soon as possible

  ► June preliminary close has been completed as reflected on p.15

► Company has revised its assessment of diminution based on final figures as well as the terms defined in  the GSA

  ► Gas City presently estimates a $0.9M working capital decline since the petition date

► Liquidation of the remaining FF&E will take place in the coming week

► Collection of the remaining $1.4M of outstanding working capital will be completed by Conway Mackenzie and ABC co. collections.

  ► Additionally a pool of $1.3M in fully reserved accounts receivable was identified from Gas City's Tankwagon and other commercial business lines.

    ► These amounts will be been turned over to a collections agency of the debtor's choosing

    ► These amounts represent upside to plan

► Company HQ has been closed and final payroll incurred

► Remaining work required will be completed on a contract basis

5

## UPDATE ON WORKING CAPITAL DECREASE



**CONWAY**MACKENZIE

DIMINUTION ANALYSIS

**Working Capital Decrease Analysis**
Preliminary June 30th, 2011 close
(amounts in $000s)

| | | |
|---|---|---:|
| Working capital as of Oct. 26, 2010 Petition Date | $ | 15,986 |
| | | |
| "Petition Date Inventory Value" reduction **(A)** | | (1,373) |
| Account receivable adjustments | | (449) |
| | | |
| Adjusted Petition Date working capital | | 14,164 |
| | | |
| Working capital assets | | 11,028 |
| Remittance Items | | 1,284 |
| Reimbursement from "PNC" accounts | | 954 |
| | | |
| Total working capital estimated at May 31st | $ | 13,267 |
| | | |
| *Growth/(Diminution)* | $ | *(897)* |

**(A)** See 2 (jj) of GSA

► Working Capital Decrease Analysis has been updated to reflect changes to the May closing figures:

  ► Petition date account receivable adjustment ($0.4M) for AD Connor and other A/R that were uncollectible and valueless as of the petition date

  ► Application of the "petition date inventory value" definition at sec. 2 (jj) of GSA to petition date inventory amount (See Ex. A for calculation)

  ► Final closing write off figures: Inventory ($0.7M), prepaid fuel ($0.3M)

  ► Revision of Remittance items and Reimbursement from "PNC" accounts ($0.1M)

► Anticipated closing book value of Working Capital of $13.3M, resulting in a decrease of ($0.9M)

7



**Working Capital Collection Summary**
As of preliminary May 31, 2011 close
(amounts in $000s)

| | Book | Remittance Items | | TOTAL | |
|---|---|---|---|---|---|
| $ | 5,679 | - | - | $ 5,679 | Cash - PNC (inventory sold, trust fund taxes) |
| | 3,135 | - | - | 3,135 | Cash - BofA |
| | 22 | - | - | 22 | Cash - Other |
| | 7 | - | - | 7 | Cash - Dunkin Doughnuts |
| | 1,133 | - | - | 1,133 | AR - Wholesale + Retail |
| | 589 | - | - | 589 | Deposits (Funded from tail) |
| | 882 | - | - | 882 | Refiner prepaids |
| | 100 | - | - | 100 | Other inventory ($52 warehouse, $48k yard fuel) |
| | (518) | - | - | (518) | Offset for net fuel and sales taxes payable |
| | - | 74 | - | 74 | Various non-AR Collections |
| | - | 500 | - | 500 | Illinois sales tax over-payment |
| | - | 62 | - | 62 | Refund on state of Michigan |
| | - | 25 | - | 25 | Fuel tax refunds from Arizona |
| | - | 31 | - | 31 | Excise tax refund |
| | - | 6 | - | 6 | Collection of private party sale |
| | - | 587 | - | 587 | Allocation of sale proceeds (see pg.14) |
| | - | - | 954 | 954 | Admin reimbursement(tail cost) (PNC) |
| $ | 11,028 | $ 1,284 | $ 954 | $ 13,267 | |

► Revised Working Capital asset accounts, total $11.0M, remittance items, total $1.3M, and PNC reimbursement of tail costs paid, total $1.0M, for an aggregate revised Working Capital of $13.3M

COLLECTION SUMMARY

8

**CONWAY**MACKENZIE

COLLECTION SUMMARY

**Working Capital Collection Summary**
May Collection Summary Bridge
(amounts in $000s)

| | Orig. May | Revised May | Delta | |
|---|---:|---:|---:|---|
| Cash - PNC (inventory sold, trust fund taxes) | $ 5,686 | $ 5,679 | $ (7) | |
| Cash - BofA | 3,135 | 3,135 | (0) | |
| Cash - Other | 22 | 22 | (0) | |
| Cash - Dunkin Doughnuts | 7 | 7 | 0 | |
| AR - Wholesale + Retail | 1,417 | 1,133 | (284) | **(A)** |
| Deposits (Funded from tail) | 589 | 589 | 0 | |
| Refiner prepaids | 1,154 | 882 | (272) | **(B)** |
| Other inventory ($52 warehouse, $48k yard fuel) | 329 | 100 | (229) | **(C)** |
| Offset for net fuel and sales taxes payable | (455) | (518) | (63) | **(D)** |
| Various non-AR Collections | 74 | 74 | - | |
| Illinois sales tax over-payment | 500 | 500 | - | |
| Refund on state of Michigan | 62 | 62 | - | |
| Fuel tax refunds from Arizona | 25 | 25 | - | |
| Excise tax refund | 31 | 31 | 0 | |
| Collection of private party sale | 6 | 6 | 0 | |
| Allocation of sale proceeds (see pg.14) | 587 | 587 | - | |
| Admin reimbursement (tail cost) (PNC) | 1,007 | 954 | (53) | **(E)** |
| | $ 14,175 | $ 13,267 | $ (908) | |

**(A)** Write-offs of AD Connor and final adjustments
**(B)** Correction of pre-petition unapplied cash for pre-paid fuel
**(C)** Estimated discount from warehouse inv.
**(D)** Correction to motor fuel and sales taxes paid
**(E)** Exclusion of vacation pay ($260k) offset by the inclusion of IDOR ($147k)
payment and other tail related reimbursements

9

**CONWAY MACKENZIE**

COLLECTION SUMMARY

**Working Capital Collection Summary**

As of preliminary June 30, 2011 close

(amounts in $000s)

| Book | June Remittance Items | PNC | TOTAL | |
|---|---|---|---|---|
| $    4,957 | | | $    4,957 | Cash - PNC (inventory sold, trust fund taxes) |
| 4,000 | | | 4,000 | Cash - BofA |
| 245 | | | 245 | Cash - Other |
| - | | | - | Cash - Dunkin Doughnuts |
| 718 | | | 718 | AR - Wholesale + Retail |
| 574 | | | 574 | Deposits (Funded from tail) |
| - | | | - | Refiner prepaids |
| 100 | | | 100 | Other inventory ($52 warehouse, $48k yard fuel) |
| - | | | - | Offset for net fuel and sales taxes payable |
| | 74 | | 74 | Various non-AR Collections |
| | 523 | | 523 | Illinois sales tax over-payment |
| | 61 | | 61 | Refund on state of Michigan |
| | 11 | | 11 | Fuel tax refunds from Arizona |
| | 31 | | 31 | Excise tax refund |
| | 6 | | 6 | Collection of private party sale |
| | 587 | | 587 | Allocation of sale proceeds (see pg.14) |
| | | 1,382 | 1,382 | Admin reimbursement (tail cost) (PNC) |
| $    10,593 | $    1,292 | $    1,382 | $    13,267 | |

► Working Capital rolled forward to June remains unchanged from May as no proceeds have gone to fund outside obligations

10

**CONWAY**MACKENZIE

**Collateral Bridge: October 26, 2010 - June 30th, 2011**
(amounts in $000s)

| | | |
|---|---|---:|
| Working Capital as of Oct. 26, 2010 Petition Date | $ | 15,986 |
| "Petition Date Inventory Value" and write-off of uncollectible petition date A/R | | (1,822) |
| Adjusted Petition Date Working Capital | | 14,164 |
| | | |
| Sources | | |
| EBITDARR | | 4,075 **(1)** |
| Real Estate Taxes | | 1,661 |
| Accruals | | 255 |
| Other | | 676 |
| Post petition accounts payable | | 302 |
| | | 6,968 |
| | | |
| (Uses) | | |
| Restructuring fee's paid | | (6,308) **(2)** |
| Lottery write off | | (346) |
| Illinois sales tax agreement | | (1,029) **(3)** |
| | | (7,683) |
| | | |
| Operating Expense Sources & (Uses) | | |
| Tankwagon payment | | (188) |
| Prepetition accounts payable | | (362) |
| Taxes | | (543) |
| Employee Related | | (637) |
| Other Accrued Expenses | | (691) |
| Remittance items & PNC accounts | | 2,239 |
| | | (182) |
| | | |
| Working Capital Assets estimated at June 30th | $ | 13,267 |

➤ Forecasted collateral build offset by $1.4M write-offs in closing date A/R and inventory, $2.2M of adverse EBITDARR performance and $1.0M payment of prepetition Illinois sales tax

1. Adverse performance began towards the end of the first quarter driven by rising fuel prices

   ➤ Demand Impact: 0.8M fewer gallons sold and an estimated 65,000 fewer c-store customers

   ➤ Cost Impact: Increase in variable expenses such as credit cards ($0.04/ gallon)

   ➤ Stub Period May: Preliminary results indicate ($1.4M) of negative cash from operations excluding write-offs

      ➤ Driven by staggered closings of station sales over a 15 day period with multiple buyers

2. Restructuring fees paid were in line with approved cash collateral orders of $6.3M

   ➤ All professional fees after 2/28/11 paid from tail, not cash collateral

3. Illinois sales tax payments $1.0M, represented a partial payment of the $5.0 M prepetition balance pursuant to GSA

**WORKING CAPITAL BRIDGE**

11

**CONWAY**MACKENZIE

MAY PERFORMANCE

**Performance Summary: May 2011**
Preliminary May 31, 2011 close
(amounts in $000s)

Net Income

| | | |
|---|---:|---|
| $ | (4,048) | Net Income |
| | 44 | Depreciation |
| | 126 | RE Tax |
| | 151 | Interest |
| | (3,498) | Net profit after add-backs |

Non-Operating Profit Components

| | | |
|---|---:|---|
| | (346) | Lottery inventory write off |
| | (822) | Estimated inventory write offs |
| | (274) | AR Write Offs |
| | (636) | Restructuring fee accrual true up (pre 2/28/11 fees) |
| | (2,078) | TOTAL |

|   | (1,420) | May profit/ (loss) from operations |
|---|---:|---|

| | | |
|---|---:|---|
| $ | (1,531) | EBITDARR |

► Net Loss driven by continuance of depressed contribution margin, heavily reduced volumes and elevated operating costs for shrinking operations during extended closing periods

► Net loss from operations of ($1.4M)

► Net EBITDARR loss of ($1.5M) on forecasted break-even performance

  ► Change primarily driven by revised write-offs (pg. 11.)

12

**CONWAY**MACKENZIE

**Summary of Write-off Activity**

Preliminary May 31, 2011 close

(amounts in $000s)

Inventory

| | | |
|---|---|---|
| **(A)** | $ 593 | Osolete Inventory disposed of at closing |
| **(A)** | 229 | Estimated discount from warehouse inventory value |
| **(A)** | (125) | Gain on sale of supplies |
| | 697 | TOTAL |
| | 346 | Lottery Inventory adjustment |
| | 1,043 | Closing date inventory write-off |

Accounts Receivable

| | | |
|---|---|---|
| | 175 | March write offs |
| | 274 | May write offs |
| | 449 | TOTAL |

Prepaid Fuel

| | | |
|---|---|---|
| **(A)** | 272 | Pre-paid refiner accrual write-off |
| | $ 1,764 | TOTAL Write-offs |

**(A)** Items utilized in "Petition Date Inventory Value" calculation per 2(jj) of GSA

► Initial obsolete inventory write-off estimate revised ($0.05M)

► Remaining C-store and yard fuel contracts negotiated. Net settlement resulting in a ($0.2M) write down

► Gain on sale of supplies not in inventory was applied to inventory value to reduce write-off

► Lottery inventory write-off occurred as a result of final settlement with the lottery commissions

► Additional Petition Date AR write offs were made in Made in May for prepetition balances to AD Conner ($0.3M)

► Pre-paid fuel write offs made to correct a prepetition invoice application error ($0.3M)

SUMMARY OF WRITE-OFF ACTIVITY

13

# REPORT ON POTENTIAL 507(B) CLAIM





**Working Capital Decrease Analysis**

(amounts in $000s)

| Asset | Collateral Value[1] Petition Date | Collateral Value[2] - 5/31/2011 | Collateral Value[2] 6/30/2011 | Change: 5/31 - 6/30 |
|---|---|---|---|---|
| Cash on Hand/ Inv. Sold [4] | 209 | 4,957 | 4,957 | - |
| Cash in Transit/ BofA | 1,195 | - | - | - |
| Bank Accounts | 1,264 | 3,886 | 245 | (3,642) |
| Cash in Escrow [5] | - | | 4,000 | 4,000 |
| Deposits | 107 | 589 | 574 | (15) |
| Prepaid Fuel | 1,700 | 882 | - | (882) |
| Accounts Receivable | 4,548 | 1,133 | 718 | (415) |
| Inventory | 7,916 | 100 | 100 | - |
| Accrued (Fuel & Sales) Tax | (953) | (518) | - | 518 |
| | | | | |
| Asset Write-offs [3] | (1,822) | - | - | |
| Remittance Items | - | 2,239 | 2,674 | 435 |
| TOTAL | 14,164 | 13,267 | 13,267 | - |

[1] As of approximately 5:30 pm CDT on October 26, 2010.

[2] May preliminary close numbers as of July 27th, 2011

[3] Prepetition AR write-offs of ($449k), prepetition Inventory reduction of ($1,373k) per Sec. 2 (jj) of GSA

[4] Liquidation of inventory through sale funded to "Cash on Hand"

[5] Liquidation of AR drawn by BofA

# UPDATE TO LENDER DISTRIBUTION MODEL



**CONWAY MACKENZIE**

► The lender distribution model has been updated to deduct the following costs necessary to the sale (surveys, Phase I reports, appraisals and other expenses)

  ► The costs total approximately $587,000, as follows:

    ► Surveys – approximately $146,000

    ► Phase I reports – approximately $170,000

    ► Appraisals – approximately $198,000

    ► Other expenses (e.g. auction transcripts, sale ads, JW Marriott, etc.) – approximately $73,000

  ► Survey costs varied by station, and thus, the proceeds for each station were reduced by the cost of each station's survey

  ► Other costs were allocated evenly among the stations (e.g. total cost / 50)

    ► For stations with unencumbered property or parcels excluded from the Settlement Agreement, the costs were further allocated based on each parcel's pro rata share of net proceeds before tips, taxes and tolls

  ► The 1% holdback of station proceeds was sufficient (in all but one case) to cover the costs allocated to each of the station lenders

  ► See "Updated Lender Distribution Model – 6.22.2011", provided separately, for the estimated final net payments to the station lenders

UPDATE TO LENDER DISTRIBUTION MODEL

17

EXHIBIT A: CALCULATION OF PETITION DATE INVENTORY VALUE PER GSA



**Petition Date Inventory Value**
*(Amounts in dollars)*

Calculated in accordance with Sec. 2(jj) of the Global Settlement Agreement (GSA) which provides that:

> *"Petition Date Inventory Value" means the value derived by multiplying the value of the Petition Date Inventory ($9,615,636) by a percentage determined by dividing (i) the sum of (a) the Inventory Proceeds and (b) the cash proceeds realized from any Inventory remaining in Gas City's estate after the Closing that is not sold as part of the 363 Sale by (ii) the book value of the Inventory at Closing (measured at Gas City's cost).*

Based on the above definition, the aggregate total of the petition date value of inventory, prepaid fuel and supplies will be $8,242,773, calculated as follows:

|  |  | TOTAL |  |
|---|---|---|---|
| Petition date inventory book value |  | $ 9,615,636 |  |
|  |  |  |  |
|     Inventory | $7,915,636 |  |  |
|     Prepaid fuel | $1,700,000 |  |  |
|  |  |  |  |
| Closing date inventory book value (GSA § 2(jj)(ii) |  | $6,790,238 |  |
|  |  |  |  |
|     Inventory | $5,636,238 |  |  |
|     Prepaid fuel | $1,154,000 |  |  |
|  |  |  |  |
| Cash proceeds of closing date inventory |  | $5,820,768 |  |
|  |  |  |  |
|     Inventory sold to buyers (GSA § 2(jj)(i)(a)) | $4,839,340 |  | (A) |
|     Prepaid fuel (GSA § 2(jj)(i)(b)) | $  881,878 |  |  |
|     Liquidated inventory (GSA § 2(jj)(i)(b)) | $    99,550 |  | (B) |
|  |  |  |  |
| Closing date inventory write-offs |  | ($969,470) |  |
|  |  |  |  |
|     Obsolete, unsellable inventory | ($593,049) |  |  |
|     Prepaid fuel as of May close | ($272,335) |  | (C) |
|     Liquidated inventory write-off | ($229,450) |  | (B) |
|     Gain on supplies (GSA § 2(y)) | $ 125,365 |  |  |

Percent of closing datebook value recovered (per GSA § 2(jj))

    $5,820,768/$6,790,238 = 85.72%

Recovery percentage applied to petition date book value (per GSA § 2(jj)):

| | |
|---|---|
|     Petition date book value | $9,615,636 |
|     Recovery percentage | x .8572 |

"Petition Date Inventory Value" per GSA:                 **$8,242,773**

Reduction from petition date book value:                           ($1,372,863)

Footnotes:

(A)  Total of C-store:  $2.487M, Fuel: $2.022M, Restaurant/food:  $0.051M, garage:  $0.327M & related sale adjustments:  ($0.041M).

(B)  Remaining inventory of $0.329M with net proceeds estimate of $0.052M (warehouse) and $0.048M (yard fuel) pursuant to contingent sale by J.M. Scott Inc. (BofA retained liquidator).

(C)  Prepaid inventory write-off resulting from unmatched invoices prior to petition date, thus should not have been carried over as an asset postpetition.