## **EXHIBIT D**

Updated Sale Proceeds Allocation

**Gas City, Ltd.**
Updated Lender Distribution Model - 6.22.2011
Cook County RE Taxes to be finalized in OCT.

Total Costs: 12,929,611

| Station # | Lender | Winning Bid Amount | Allocated Breakup Fee | Net Proceeds to Lender Before TT&T | Real Estate Taxes | Transfer Taxes | Total Direct Costs | Net Gross Proceeds (Net of Taxes) | Cost Allocation | Other Adjustments | | Net to Station Lender | Less: Interim Distribution | Net Final Payment to Lender |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | Banco Popular | 5,326,965 | 134,868 | 5,192,097 | 177,677 | 7,990 | 10,894 | 4,995,535 | 525,678 | 74,711.61 | (b) | 4,544,569 | 4,511,503 | 33,066 |
| 9 | BOA | 2,489,546 | 46,131 | 2,443,415 | 150,981 | - | 10,568 | 2,281,866 | 240,120 | | | 2,041,747 | 2,031,940 | 9,806 |
| 10 | BOA | 2,560,192 | 72,136 | 2,488,056 | 94,865 | 17,922 | 11,415 | 2,363,854 | 248,747 | | | 2,115,107 | 2,105,363 | 9,744 |
| 34 | BOA | 1,060,500 | 28,189 | 1,032,311 | 68,228 | 1,591 | 10,843 | 951,650 | 100,142 | | | 851,508 | 853,123 | (1,615) |
| 51 | BOA | 3,127,930 | 80,262 | 3,047,668 | 166,648.63 | - | 11,918 | 2,869,102 | 301,914 | | | 2,567,188 | 2,553,644 | 13,544 |
| 75 | BOA | 1,000,000 | 27,686 | 972,314 (a) | 61,826 | 2,500 | 10,893 | 897,096 | 94,401 | (5,898) | (c) | 796,797 | 798,973 | (2,176) |
| 90 | BOA | 5,710,090 | 147,476 | 5,562,615 | 240,426 | - | 15,193 | 5,306,996 | 558,453 | | | 4,748,543 | 4,717,418 | 31,125 |
| 101 | BOA | 2,355,283 | 58,328 | 2,296,955 | 77,218 | - | 12,168 | 2,207,570 | 232,302 | | | 1,975,268 | 1,967,505 | 7,764 |
| 169 | BOA | 1,650,000 | - | 1,650,000 (a) | 73,031 | 2,525 | 10,843 | 1,563,601 | 164,537 | (4,592) | (c) | 1,394,473 | 1,390,991 | 3,481 |
| 409 | BOA | 425,000 | 10,798 | 414,202 | 8,753 | - | 11,418 | 394,031 | 41,464 | | | 352,567 | 359,040 | (6,473) |
| 414 | BOA | 3,818,110 | 112,861 | 3,705,249 | 150,183 | - | 18,818 | 3,536,248 | 372,118 | | | 3,164,131 | 3,151,097 | 13,034 |
| 615 | BOA | 2,149,003 | 57,822 | 2,091,181 | 54,642 | - | 10,918 | 2,025,621 | 213,155 | | | 1,812,466 | 1,805,123 | 7,343 |
| 620 | BOA | 2,159,371 | 60,329 | 2,099,042 | 35,681 | - | 10,068 | 2,053,294 | 216,067 | | | 1,837,226 | 1,828,898 | 8,329 |
| 622 | BOA | 354,500 | - | 354,500 | 39,529 | - | 8,200 | 306,771 | 32,281 | | | 274,490 | 279,180 | (4,691) |
| 640 | BOA | 1,241,722 | 28,487 | 1,213,235 | 32,910 | - | 10,918 | 1,169,407 | 123,056 | | | 1,046,351 | 1,046,202 | 149 |
| 691 | BOA | 4,661,240 | 122,297 | 4,538,943 | 88,307 | - | 10,918 | 4,439,719 | 467,189 | | | 3,972,529 | 3,944,902 | 27,627 |
| Totals | BOA | 34,762,488 | 852,801 | 33,909,687 | 1,343,227 | 24,537 | 175,097 | 32,366,825 | 3,405,945 | (10,490) | | 28,950,390 | 28,833,398 | 116,992 |
| 30 | Centier | 6,325,000 | | 6,325,000 | 747,629 | - | 18,468 | 5,558,903 | 584,961 | | | 4,973,943 | 4,943,603 | 30,339 |
| 415 | Centier | 873,500 | 15,000 | 858,500 | 60,305 | - | 12,243 | 785,952 | 82,705 | | | 703,247 | 707,495 | (4,248) |
| 472 | Centier | 875,000 | 18,173 | 856,827 | 76,111 | - | 11,868 | 768,848 | 80,905 | | | 687,942 | 692,001 | (4,059) |
| 481 | Centier | 750,000 | | 750,000 | 111,252 | - | 17,318 | 621,430 | 65,393 | | | 556,038 | 566,166 | (10,128) |
| Totals | Centier | 8,823,500 | 33,173 | 8,790,327 | 995,297 | - | 59,896 | 7,735,133 | 813,964 | - | | 6,921,169 | 6,909,265 | 11,904 |
| 86 | Cole Taylor | 1,299,727 | 33,583 | 1,266,144 | 74,837 | 1,950 | 11,701 | 1,177,656 | 123,924 | | | 1,053,732 | 1,054,208 | (476) |
| 104 | Cole Taylor | 1,408,331 | 31,083 | 1,377,248 | 66,335 | 2,113 | 10,893 | 1,297,907 | 136,578 | | | 1,161,329 | 1,160,078 | 1,251 |
| 131 | Cole Taylor | 2,843,540 | - | 2,843,540 (a) | 159,135 | 3,591 | 10,568 | 2,670,247 | 280,989 | (14,274) | (c) | 2,374,984 | 2,362,057 | 12,927 |
| 187 | Cole Taylor | 3,560,633 | 87,722 | 3,472,911 | 125,634 | 5,341 | 10,568 | 3,331,368 | 350,558 | | | 2,980,810 | 2,962,185 | 18,625 |
| 591 | Cole Taylor | 4,000,000 | | 4,000,000 | 272,860 | 6,000 | 12,081 | 3,709,059 | 390,302 | | | 3,318,756 | 2,728,304 | 590,453 |
| Totals | Cole Taylor | 13,112,231 | 152,388 | 12,959,842 | 698,801 | 18,994 | 55,810 | 12,186,237 | 1,282,352 | (14,274) | | 10,889,611 | 10,266,832 | 622,779 |
| 151 | First Community | 2,013,063 | 62,137 | 1,950,925 | 136,272 | 3,436 | 9,109 | 1,802,109 | 189,635 | | | 1,612,474 | - | 1,612,474 |
| 40 | First Midwest | 1,250,000 | - | 1,250,000 | 78,604 | 1,350 | 11,799 | 1,158,247 | 121,882 | | | 1,036,365 | 1,037,091 | (726) |
| 45 | First Midwest | 2,586,723 | 71,146 | 2,515,577 | 210,006 | 3,880 | 10,928 | 2,290,763 | 241,056 | | | 2,049,707 | 2,040,145 | 9,562 |
| 102 | First Midwest | 3,245,237 | 95,991 | 3,149,246 | 46,192 | 4,868 | 11,393 | 3,086,793 | 324,822 | | | 2,761,972 | 2,746,133 | 15,838 |
| 166 | First Midwest | 4,000,000 | 124,413 | 3,875,587 | 11,139 | - | 12,911 | 3,851,538 | 405,295 | | | 3,446,242 | 3,424,810 | 21,432 |
| Totals | First Midwest | 11,081,960 | 291,550 | 10,790,410 | 345,941 | 10,098 | 47,031 | 10,387,341 | 1,093,055 | - | | 9,294,286 | 9,248,180 | 46,106 |
| 50 | Great Lakes | 1,427,796 | 37,297 | 1,390,499 | 107,082 | 2,142 | 9,918 | 1,271,357 | 133,784 | | | 1,137,573 | 1,135,681 | 1,892 |
| 600 | Great Lakes | 2,525,000 | 56,109 | 2,468,891 | 106,113 | 2,259 | 10,843 | 2,349,677 | 247,255 | | | 2,102,421 | 2,092,289 | 10,132 |
| Totals | Great Lakes | 3,952,796 | 93,406 | 3,859,390 | 213,195 | 4,401 | 20,761 | 3,621,034 | 381,040 | - | | 3,239,994 | 3,227,970 | 12,024 |
| 193 | Homestar | 620,000 | 12,421 | 607,579 | 58,638 | 930 | 10,468 | 537,544 | 56,565.45 | (66,990) | (d) | 10,424.84 | 9,529 | 896 |
| 59 | Integra Bank | 3,500,000 | 101,742 | 3,398,258 | 199,772 | 5,250 | 10,568 | 3,182,669 | 334,911 | | | 2,847,758 | 2,830,383 | 17,375 |
| 95 | Integra Bank | 3,457,580 | 97,758 | 3,359,822 | 113,350 | 15,559 | 10,922 | 3,219,991 | 338,838 | | | 2,881,153 | 2,863,778 | 17,375 |
| Totals | Integra Bank | 6,957,580 | 199,499 | 6,758,081 | 313,122 | 20,809 | 21,489 | 6,402,660 | 673,749 | - | | 5,728,911 | 5,694,161 | 34,751 |
| 130 | MB Financial | 5,606,038 | 124,901 | 5,481,137 | 178,702 | 28,030 | 9,962 | 5,264,443 | 553,975 | | | 4,710,468 | 4,675,064 | 35,404 |
| 846 | MB Financial | 1,763,010 | 49,769 | 1,713,241 (a) | 347,446 | 2,645 | 13,081 | 1,350,070 | 142,067 | (33,742) | (c) | 1,174,261 | 1,174,849 | (588) |
| Totals | MB Financial | 7,369,048 | 174,670 | 7,194,378 | 526,148 | 30,675 | 23,043 | 6,614,513 | 696,042 | (33,742) | | 5,884,729 | 5,849,913 | 34,816 |
| 143 | Northern Trust | 2,372,129 | 57,258 | 2,314,871 | 134,058 | 3,558 | 10,568 | 2,166,688 | 227,999 | | | 1,938,688 | 1,929,850 | 8,839 |
| 155 | Northern Trust | 2,854,893 | 85,481 | 2,769,412 | 181,762 | 4,282 | 10,949 | 2,572,418 | 270,694 | | | 2,301,724 | 2,289,814 | 11,909 |
| Totals | Northern Trust | 5,227,022 | 142,739 | 5,084,283 | 315,820 | 7,841 | 21,517 | 4,739,106 | 498,694 | - | | 4,240,412 | 4,219,664 | 20,748 |
| 94 | Old Second | 5,296,628 | 137,266 | 5,159,362 | 194,597 | 7,945 | 10,932 | 4,945,888 | 520,453 | | | 4,425,434 | 4,393,567 | 31,868 |
| 112 | Old Second | 3,830,033 | 96,015 | 3,734,018 | 139,730 | 5,745 | 10,893 | 3,577,650 | 376,474 | | | 3,201,175 | 3,180,769 | 20,406 |
| 957 | Old Second | 2,200,000 | 58,246 | 2,141,754 | 137,777 | 3,300 | 10,843 | 1,989,835 | 209,389 | | | 1,780,445 | 1,773,336 | 7,109 |
| Totals | Old Second | 11,326,661 | 291,527 | 11,035,134 | 472,104 | 16,990 | 32,668 | 10,513,372 | 1,106,317 | - | | 9,407,055 | 9,347,672 | 59,383 |

**Gas City, Ltd.**
Updated Lender Distribution Model - 6.22.2011
Cook County RE Taxes to be finalized in OCT.

Total Costs: 12,929,611

| Station # | Lender | Winning Bid Amount | Allocated Breakup Fee | Net Proceeds to Lender Before TT&T | | Real Estate Taxes | Transfer Taxes | Total Direct Costs | Net Gross Proceeds (Net of Taxes) | Cost Allocation | Other Adjustments | | Net to Station Lender | Less: Interim Distribution | Net Final Payment to Lender |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 | Private Bank | 1,493,659 | 22,111 | 1,471,548 | | 136,320 | - | 10,927 | 1,324,302 | 139,356 | | | 1,184,946 | 1,183,504 | 1,442 |
| 80 | Private Bank | 5,232,806 | 129,473 | 5,103,333 | | 142,135 | 7,849 | 10,927 | 4,942,421 | 520,089 | | | 4,422,333 | 4,390,490 | 31,843 |
| 197 | Private Bank | 6,338,829 | 165,303 | 6,173,526 | | 187,154 | 9,508 | 9,568 | 5,967,296 | 627,936 | | | 5,339,360 | 5,297,701 | 41,659 |
| 939 | Private Bank | 2,222,957 | 68,120 | 2,154,837 | | 61,947 | 3,334 | 9,568 | 2,079,988 | 218,876 | | | 1,861,112 | 1,852,116 | 8,996 |
| Totals | Private Bank | 15,288,251 | 385,006 | 14,903,245 | | 527,556 | 20,692 | 40,990 | 14,314,007 | 1,506,256 | - | | 12,807,751 | 12,723,810 | 83,941 |
| 305 | Standard Bank | 854,010 | 25,261 | 828,749 | | 197,429 | - | 11,068 | 620,253 | 65,269 | | | 554,984 | 559,582 | (4,599) |
| 70 | Suburban Bank | 555,500 | 16,725 | 538,775 | (a) | 76,680 | 6,666 | 10,893 | 444,536 | 46,778 | (8,597) | (c) | 389,161 | 395,167 | (6,006) |
| 93 | Suburban Bank | 200,000 | - | 200,000 | (a) | 23,535 | 60 | 4,229 | 172,176 | 18,118 | (3,211) | (c) | 150,847 | 153,180 | (2,333) |
| 410 | Suburban Bank | 3,800,000 | 100,607 | 3,699,393 | | 30,294 | - | 10,844 | 3,658,255 | 384,956 | | | 3,273,299 | 3,252,172 | 21,127 |
| Totals | Suburban Bank | 4,555,500 | 117,332 | 4,438,168 | | 130,509 | 6,726 | 25,965 | 4,274,968 | 449,853 | (11,808) | | 3,813,307 | 3,800,519 | 12,787 |
| | All Stations Total | 131,271,074 | 2,968,778 | 128,302,296 | | 6,451,735 | 174,119 | 565,807 | 121,110,635 | 12,744,413 | (62,592) | | 107,900,067 | 105,201,998 | 2,698,069 |

**Unencumbered Assets**

| Station # | Lender | Winning Bid Amount | Allocated Breakup Fee | Net Proceeds to Lender Before TT&T | | Real Estate Taxes | Transfer Taxes | Total Direct Costs | Net Gross Proceeds (Net of Taxes) | Cost Allocation | Other Adjustments | | Net to Station Lender | Less: Interim Distribution | Net Final Payment to Lender |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Car Wash | 426,674 | 12,022 | 414,652 | | 15,810 | 2,987 | 1,902 | 393,953 | 41,455.49 | | | 352,498 | 354,418 | (1,920) |
| 93 | Station | 450,000 | - | 450,000 | (a) | 52,954 | 135 | 9,514 | 387,397 | 40,765.58 | (7,226) | (c) | 339,406 | 348,137 | (8,732) |
| 130 | Car Wash | 550,000 | 12,254 | 537,746 | | 17,532 | 2,750 | 977 | 516,487 | 54,349.64 | | | 462,137 | 463,296 | (1,160) |
| 151 | Parcel 2 | 402,613 | 12,427 | 390,185 | | 27,254 | 687 | 1,822 | 360,422 | 37,927 | | | 322,495 | 324,324 | (1,830) |
| 622 | Station | 117,500 | - | 117,500 | | 13,102 | - | 2,718 | 101,680 | 10,700 | | | 90,980 | 93,470 | (2,489) |
| | Total | 1,946,787 | 36,703 | 1,910,083 | | 126,652 | 6,559 | 16,934 | 1,759,938 | 185,197 | (7,226) | | 1,567,515 | 1,583,646 | (16,130) |
| Total - Assets Included in Settlement Agr | | 133,217,861 | 3,005,482 | 130,212,379 | | 6,578,387 | 180,678 | 582,741 | 122,870,574 | 12,929,611 | (69,818) | | 109,467,582 | 106,785,644 | 2,681,939 |

**Assets Excluded from Settlement Agreement**

| Station # | Lender | Winning Bid Amount | Allocated Breakup Fee | Net Proceeds to Lender Before TT&T | Real Estate Taxes | Transfer Taxes | Total Direct Costs | Net Gross Proceeds (Net of Taxes) | Cost Allocation | Other Adjustments | Net to Station Lender | Less: Interim Distribution | Net Final Payment to Lender |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | Vacant Land | 13,493 | 342 | 13,151 | 450 | 20 | 28 | 12,653 | | | 12,653 | 12,681 | (28) |
| 51 | Vacant Land | 13,205 | 339 | 12,866 | 704 | - | 50 | 12,112 | | | 12,112 | 12,162 | (50) |
| 86 | Tire Tracks | 12,995 | 336 | 12,659 | 748 | 19 | 117 | 11,775 | | | 11,775 | 11,892 | (117) |
| 90 | Vacant Land | 28,129 | 726 | 27,402 | 1,184 | - | 75 | 26,143 | | | 26,143 | 26,218 | (75) |
| 166 | Vacant Land | 250,000 | 7,776 | 242,224 | 696 | - | 807 | 240,721 | | | 240,721 | 241,492 | (771) |
| 591 | Truck Parking | 1,000,000 | - | 1,000,000 | 68,215 | 1,500 | 3,020 | 927,265 | | | 927,265 | 786,354 | 140,911 |
| | Total | 1,317,821 | 9,518 | 1,308,303 | 71,997 | 1,540 | 4,097 | 1,230,669 | - | - | 1,230,669 | 1,090,798 | 139,870 |
| | Grand Total | 134,535,682 | 3,015,000 | 131,520,682 | 6,650,384 | 182,218 | 586,838 | 124,101,242 | 12,929,611 | (69,818) | 110,698,251 | 107,876,442 | 2,821,809 |

**Gas City, Ltd.**
Updated Lender Distribution Model - 6.22.2011
Cook County RE Taxes to be finalized in OCT.

Total Costs: 12,929,611

| Station # | Lender | Winning Bid Amount | Allocated Breakup Fee | Net Proceeds to Lender Before TT&T | Real Estate Taxes | Transfer Taxes | Total Direct Costs | Net Gross Proceeds (Net of Taxes) | Cost Allocation | Other Adjustments | Net to Station Lender | Less: Interim Distribution | Net Final Payment to Lender |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### Assumed Cost of Sale

| | |
|---|---|
| 503(b)9 | 2,300,000 |
| Final Wages | 710,000 |
| Winddown | 1,340,000 |
| Admin | 250,000 |
| BOA Diminution | - |
| Prof Fees | 1,400,000 |
| Total | 6,000,000 |
| Less: Excess Unencumbered Assets | 108,758 |
| Total Costs | 5,891,242 |
| Net Gross Proceeds | 122,870,574   5,666,452.91 |
| Inventory | 4,874,305   224,789.52 |
| | 127,744,878   5,891,242 |

### Cost to Stations

| | |
|---|---|
| Admin | 5,666,453 |
| BOA | 5,801,842 |
| UCC | 1,461,316 |
| Total Cost | 12,929,611 |
| Less Cr Share | - |
| Net Allocation | 12,929,611 |

### Calculation of Payment to IDOR

| | |
|---|---|
| Unencumbered Assets | 1,567,515 |
| 50% to IDOR | 783,757.57 |
| 50% to Administrative Claims | 783,758 |
| Administrative Claim Cap | 675,000 |
| Excess | 108,758 |

**Notes:**
(a) The second installment of 2010 real estate taxes were estimated based on 110% of 2009 taxes.
(b) Represents credit for taxes paid by Banco prior to the sale.
(c) Represents variance between second installment of 2010 RE taxes estimated at 110% and the amount withheld by First American.
(d) Represents amount paid by HomeStar at close.