**FILED**

**SEP 28 2011**

**EUGENE R. WEDOFF,**
**BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                      )
                                            )
                                            )   Case No. 10 B 47879
    GAS CITY, LTD., et. al.                 )
                                            )
                                            )
                                            )   Chapter 11
        Debtors.                            )
                                            )

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO PERKINS COIE LLP, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $267,223.50 | TOTAL COSTS REQUESTED: | $2,531.63 |
| TOTAL FEES REDUCED: | $0.00 | TOTAL COSTS REDUCED: | $671.20 |
| TOTAL FEES ALLOWED: | $267,223.50 | TOTAL COSTS ALLOWED: | $1,860.43 |

**TOTAL FEES AND COSTS ALLOWED: $269,083.93**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(3)   **Reimbursement Limited to Actual, Necessary Expenses**

The Court denies the allowance of reimbursement for expenses that were not actually and necessarily incurred by the applicant. See 11 U.S.C. §§ 330(a)(1)(B) & 331. The fee application fails to demonstrate that the requested expenses for photocopies or facsimiles (or both) were actual out-of-pocket disbursements and that the quoted rates were necessary in light of prevailing (and lower) commercial rates. In the absence of such proof, the Court will allow reimbursement of photocopy expenses at a rate of $.10 per page in accordance with prevailing commercial rates and will not allow expenses for facsimiles.

Dated: September 28, 2011

_____
Eugene R. Wedoff
United States Bankruptcy Judge

1

**0004.0012 - reimbursable costs and expenses**
**Disbursements and Other Charges**

| | |
|---|---:|
| Photocopying and printing expenses | 492.30 |
| Messenger charges | 41.84 |
| Long distance telephone charges | 2.52 |
| Local travel expense | 26.34 |
| Air express charge | 7.82 |
| Filing fees | 250.00 |
| Court reporter/transcript fee - | |
|     Transcript of Proceedings, 6/1 | 420.00 |
|     Transcript of proceedings, 4/26 | 131.40 |
| Disbursement and Other Charges Total | $1,372.22 |
| **Total This Matter** | **$1,372.22** |

DAZ

If payment is made by wire remittance, please direct to:

Perkins Coie
US Bank
Bank ABA # 125000105
Account # 1 535 5592 1235
Please reference your Perkins Coie Account No. 73825, Invoice 4444567

**INFORMATION MAY BE SUBJECT TO ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES**

**0004.0012 - reimbursable costs and expenses**
<u>**Disbursements and Other Charges**</u>

| | |
|---|---:|
| Photocopying and printing expenses | 178.90 |
| Messenger charges | 34.50 |
| Air express charge | 29.23 |
| Filing fees | 26.00 |
| Search Fee | 2.16 |
| Professional services - <br>     Chicago Title Land Trust | 125.00 |
| Professional services - <br>     Corp-Link Services, 7/2011 | 315.00 |
| Disbursement and Other Charges Total | **$710.79** |
| **Total This Matter** | **$710.79** |

Handwritten annotations: "③", "-$178.90"