**FILED**

**SEP 28 2011**

**EUGENE R. WEDOFF,**
**BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
) Case No. 10 B 47879
GAS CITY, LTD., et. al. )
)
)
) Chapter 11
)
Debtor(s). )
)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO LEVENFELD PEARLSTEIN, LLC, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $21,697.50 | TOTAL COSTS REQUESTED: | $279.75 |
| TOTAL FEES REDUCED: | $3,731.30 | TOTAL COSTS REDUCED: | $20.10 |
| TOTAL FEES ALLOWED: | $17,966.20 | TOTAL COSTS ALLOWED: | $259.65 |

**TOTAL FEES AND COSTS ALLOWED: $18,225.85**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(2)    Unreasonable Time**

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

**(3)    Reimbursement Limited to Actual, Necessary Expenses**

The Court denies the allowance of reimbursement for expenses that were not actually and necessarily incurred by the applicant. See 11 U.S.C. §§ 330(a)(1)(B) & 331. The fee application fails to demonstrate that the requested expenses for photocopies or facsimiles (or both) were actual out-of-pocket disbursements and that the quoted rates were necessary in light of prevailing (and lower) commercial rates. In the absence of such proof, the Court will allow reimbursement of photocopy expenses at a rate of $.10 per page in accordance with prevailing commercial rates and will not allow expenses for facsimiles.

Dated: September 28, 2011

Eugene R. Wedoff
United States Bankruptcy Judge

1

# Fee Petition Billed Report

(matter Id contains '38310-85688' and date between 6/1/11 and 8/31/11 and soft costs and component <> WES)

[GAS CITY - OFFICIAL COMMITTEE] CASE ADMINISTRATION

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|---|---|---|---|---|---|---|
| Matter ID: 38310-85688.001 | | | | | | |
| **Component: DUP** | | | | | | |
| ③ 6/15/2011 | | Duplicating Charges | DUP | 8.00 | 0.25 | 2.00 |
| -$1.20 | | | | | | |
| ③ 6/16/2011 | | Duplicating Charges | DUP | 126.00 | 0.25 | 31.50 |
| -$18.90 | | | | | | |
| | | | Component: DUP | 134.00 | | 33.50 |
| **Component: PAC** | | | | | | |
| 6/27/2011 | | Pacer - Bankruptcy Database Search Fee. | PAC | 0.00 | 0.25 | 0.00 |
| 6/28/2011 | | Pacer - Bankruptcy Database Search Fee. | PAC | 0.00 | 0.25 | 0.00 |
| 7/18/2011 | | Pacer - Bankruptcy Database Search Fee. | PAC | 0.00 | 0.25 | 0.00 |
| 7/18/2011 | | Pacer - Bankruptcy Database Search Fee. | PAC | 13.00 | 0.25 | 3.25 |
| 7/18/2011 | | Pacer - Bankruptcy Database Search Fee. | PAC | 0.00 | 0.25 | 0.00 |
| 7/18/2011 | | Pacer - Bankruptcy Database Search Fee. | PAC | 2.00 | 0.25 | 0.50 |
| | | | Component: PAC | 15.00 | | 3.75 |
| | | | Matter ID: 38310-85688.001 | 149.00 | | 37.25 |
| | | | Grand Total | 149.00 | | 37.25 |

# Fee Petition Billed Report

matter Id contains '38310-85688' and date between 6/1/11 and 8/31/11 and fees

**RETENTION/FEE APPLICATIONS**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|---|---|---|---|---|---|---|
| 6/20/2011 | SML1 | Review, revise and file second interim fee applications and proposed orders for Levenfeld, Pachulski and Mesirow. | T | 1.50 | 210.00 | 315.00 |
| 6/20/2011 | EBV | Finalize and coordinate filing of second interim fee applications for all committee professionals. | T | 0.80 | 340.00 | 272.00 |
| 6/29/2011 | SML1 | Review recently received payments to determine to which monthly statements they should apply. | T | 0.50 | 210.00 | 105.00 |
| 6/30/2011 | SML1 | Contact Emily Hominick regarding reconciliation of payments. | T | 0.30 | 210.00 | 63.00 |
| 7/5/2011 | SML1 | Review and analyze reconciliation report for payments on monthly and interim fee applications. | T | 0.50 | 210.00 | 105.00 |
| 7/13/2011 | SML1 | Draft 8th monthly fee statement. | T | 1.00 | 210.00 | 210.00 |
| 7/14/2011 | EBV | Attention to eighth monthly fee statement. | T | 0.20 | 340.00 | 68.00 |
| 7/15/2011 | SML1 | Review and revise 8th monthly fee application. | T | 0.50 | 210.00 | 105.00 |
| 7/15/2011 | EBV | Attention to eighth monthly fee statement. | T | 0.40 | 340.00 | 136.00 |
| 7/18/2011 | SML1 | Review, revise and file 8th monthly fee statements for Pachulski, Mesirow and Levenfeld. | T | 1.00 | 210.00 | 210.00 |
| 7/18/2011 | EBV | Attention to finalizing and coordinating filing of all Committee professionals' monthly fee statements. | T | 0.20 | 340.00 | 68.00 |
| 7/27/2011 | SML1 | Reconcile payments received with amounts requested in fee applications and monthly statements. | T | 0.50 | 210.00 | 105.00 |
| 8/3/2011 | EBV | Attention to LP's ninth monthly fee statement. | T | 0.20 | 340.00 | 68.00 |
| 8/4/2011 | SML1 | Draft 9th monthly fee statement. | T | 1.00 | 210.00 | 210.00 |
| 8/15/2011 | EBV | Attention to LP's ninth monthly fee statement. | T | 0.20 | 340.00 | 68.00 |
| 8/18/2011 | SML1 | Review, file and serve 9th monthly fee applications for Pachulski, Mesirow and LP. | T | 1.00 | 210.00 | 210.00 |
| | | | Component: T | 25.30 | | 6,215.00 |
| | | | ② Matter ID: 38310-85688.003 | 25.30 | | 6,215.00 |

*Fees requested in Second Interim Application (less fees re: prep of fee app): $34,191.50*

*Fees requested in Third Interim Application (less fees re: prep of fee app): $15,482.50*

−$3,731.30

$49,674.00 × 5% = $2,483.7