**FILED**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JAN 31 2012

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re: )
)
) Case No. 10 B 47879
GAS CITY, LTD., ET AL., )
)
)
) Chapter 11
)
Debtors. )
)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO LEVENFELD PEARLSTEIN, LLC, ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $23,265.00 | TOTAL COSTS REQUESTED: | $141.12 |
| TOTAL FEES REDUCED: | $7,337.15 | TOTAL COSTS REDUCED: | $65.70 |
| TOTAL FEES ALLOWED: | $15,927.85 | TOTAL COSTS ALLOWED: | $75.42 |

**TOTAL FEES AND COSTS ALLOWED: $16,003.27**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(2) **Unreasonable Time**

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

(3) **Reimbursement Limited to Actual, Necessary Expenses**

The Court denies the allowance of reimbursement for expenses that were not actually and necessarily incurred by the applicant. *See* 11 U.S.C. §§ 330(a)(1)(B) & 331. The fee application fails to demonstrate that the requested expenses for photocopies or facsimiles (or both) were actual out-of-pocket disbursements and that the quoted rates were necessary in light of prevailing (and lower) commercial rates. In the absence of such proof, the Court will allow reimbursement of photocopy expenses at a rate of $.10 per page in accordance with prevailing commercial rates and will not allow expenses for facsimiles.

(4) **Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted]

Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

(7)    **Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: January 31, 2012

　　　　　　　　　　　　　　　　　　　　　　　/s/ Eugene R. Wedoff
　　　　　　　　　　　　　　　　　　　　　　　Eugene R. Wedoff
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

# Fee Petition Billed Report

(matter id contains '38310-85688' and date is between 9-1-11 and 9-30-11 and hard costs) or (matter id contains '38310-85688' and date is between 9-1-11 and 9-30-11 and soft costs)

**GAS CITY, LTD. CREDITOR COMMITTEE**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|---|---|---|---|---|---|---|
| Matter ID: 38310-85688 | | | | | | |
| **Component: DUP** | | | | | | |
| 9/14/2011 | | Duplicating Charges | DUP | 33.00 | 0.25 | 8.25 |
| 9/14/2011 | | Duplicating Charges | DUP | 14.00 | 0.25 | 3.50 |
| 9/14/2011 | | Duplicating Charges | DUP | 32.00 | 0.25 | 8.00 |
| 9/14/2011 | | Duplicating Charges | DUP | 36.00 | 0.25 | 9.00 |
| 9/23/2011 | | Duplicating Charges | DUP | 2.00 | 0.25 | 0.50 |
| | | | Component: DUP | 117.00 | | 29.25 |
| **Component: POS** | | | | | | |
| 9/16/2011 | OSC | Postage | POS | 4.00 | 2.48 | 9.92 |
| 9/20/2011 | OSC | Postage | POS | 4.00 | 5.20 | 20.80 |
| | | | Component: POS | 8.00 | | 30.72 |
| **Component: TEL** | | | | | | |
| 9/21/2011 | | Long Distance Telephone | TEL | 1.00 | 0.90 | 0.90 |
| | | | Component: TEL | 1.00 | | 0.90 |
| | | | Matter ID: 38310-85688 | 126.00 | | 60.87 |
| | | | Grand Total | 126.00 | | 60.87 |

*Handwritten annotation:* ③ Allowed @ $.10/copy — 117 × $.15 = -$17.55

# Fee Petition Billed Report

matter id contains '38310-85688' and date is between 10/1/11 and 10/31/11 and fees

**[GAS CITY - OFFICIAL COMMITTEE] CASE ADMINISTRATION**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|------|------|-----------|---------------------|-------|-------|----------|
| Matter ID: 38310-85688.001 | | | | | | |
| Component: T | | | | | | |
| 10/3/2011 | EBV | Continue analysis regarding Debtor's motion to approve settlement with BofA. | T | 0.50 | 340.00 | 170.00 |
| 10/5/2011 | EBV | Attention to Mesirow analysis regarding BofA proposed settlement terms. | T | 0.40 | 340.00 | 136.00 |
| 10/5/2011 | EBV | Telephone conference with Jonathan Halm, counsel for unsecured creditor, regarding status. | T | 0.30 | 340.00 | 102.00 |
| 10/6/2011 | EBV | Attention to strategy and issues related to objection to debtor's motion to approve settlement with BofA. | T | 0.70 | 340.00 | 238.00 |
| 10/10/2011 | EBV | Attention to potential objection to debtor's proposed settlement with BofA. | T | 0.60 | 340.00 | 204.00 |
| 10/11/2011 | EBV | Attention to issues related to objection to settlement with BofA. | T | 0.70 | 340.00 | 238.00 |
| 10/13/2011 | EBV | Review Debtor's supplement to motion to dismiss and agreed order regarding Convoy's request for stay pending appeal. | T | 0.50 | 340.00 | 170.00 |
| 10/16/2011 | EBV | Attention to issues related to objection to settlement with BofA. | T | 0.30 | 340.00 | 102.00 |
| 10/17/2011 | EBV | Attention to issues related to the Committee's objection to the motion to dismiss and various communications with Committee and Debtor's professionals regarding same. | T | 0.70 | 340.00 | 238.00 |
| 10/18/2011 | EBV | Ongoing communications with committee professionals and debtor's counsel regarding objection to the BofA settlement and case dismissal. | T | 0.40 | 340.00 | 136.00 |
| 10/19/2011 | EBV | Attend to issues related to objection to final allocation. | T | 0.30 | 340.00 | 102.00 |
| 10/20/2011 | EBV | Continued attention to and analysis regarding objection to final allocation. | T | 0.20 | 340.00 | 68.00 |
| 10/26/2011 | EBV | Attention to overall case status and strategy and issues related to debtor's proposed settlement with BofA. | T | 0.30 | 340.00 | 102.00 |
| | | | Component: T | 5.90 | | 2,006.00 |
| | | | Matter ID: 38310-85688.001 | 5.90 | | 2,006.00 |

⑦  $-\$238 \times 0.1 = -\$23.8$

# Fee Petition Billed Report

matter id contains '38310-85688' and date is between 10/1/11 and 10/31/11 and fees

RETENTION/FEE APPLICATIONS

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|---|---|---|---|---|---|---|
| Matter ID: 38310-85688.003 | | | | | | |
| Component: T | | | | | | |
| 10/5/2011 | JPF | Attention to eleventh monthly fee statement. | T | 0.30 | 450.00 | 135.00 |
| 10/13/2011 | EBV | Attention to eleventh monthly fee statement. | T | 0.20 | 340.00 | 68.00 |
| 10/14/2011 | YXP | Draft 11th monthly fee statement. | T | 1.00 | 195.00 | 195.00 |
| 10/17/2011 | YXP | Review and revise 11th Monthly Fee Statement; Review transaction report regarding same. | T | 0.50 | 195.00 | 97.50 |
| 10/17/2011 | EBV | Attention to LP's eleventh monthly fee statement. | T | 0.20 | 340.00 | 68.00 |
| 10/18/2011 | YXP | Finalize and file Eleventh Monthly Fee Statement for Levenfeld Pearlstein, Pachulski Stang Ziehl & Jones, LLP and Mesirow Financial. | T | 1.50 | 195.00 | 292.50 |
| | | | Component: T | 3.70 | | 856.00 |
| | | (2) | Matter ID: 38310-85688.003 | 3.70 | | 856.00 |

*Handwritten annotations:*

Fees requested in 11th Monthly Fee Statement    $8,451
5% allowed for preparation of fee statement    $422.55
Disallowed:    $856 − $422.55    (−$433.45)

# Fee Petition Billed Report

(matter id contains '38310-85688' and date is between 10/1/11 and 10/31/11 and hard costs) or (matter id contains '38310-85688' and date is between 10/1/11 and 10/31/11 and soft costs)

**[GAS CITY - OFFICIAL COMMITTEE] CASE ADMINISTRATION**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|---|---|---|---|---|---|---|
| Matter ID: 38310-85688.001 | | | | | | |
| Component: DUP | | | | | | |
| 10/17/2011 | | Duplicating Charges | DUP | 19.00 | 0.25 | 4.75 |
| 10/18/2011 | | Duplicating Charges | DUP | 18.00 | 0.25 | 4.50 |
| 10/18/2011 | | Duplicating Charges | DUP | 17.00 | 0.25 | 4.25 |
| 10/18/2011 | | Duplicating Charges | DUP | 14.00 | 0.25 | 3.50 |
| 10/18/2011 | | Duplicating Charges | DUP | 14.00 | 0.25 | 3.50 |
| 10/18/2011 | | Duplicating Charges | DUP | 158.00 | 0.25 | 39.50 |
| 10/19/2011 | | Duplicating Charges | DUP | 2.00 | 0.25 | 0.50 |
| | | | Component: DUP | 242.00 | | 60.50 |
| | | | Matter ID: 38310-85688.001 | 242.00 | | 60.50 |
| | | | Grand Total | 242.00 | | 60.50 |

(3)

$242 \times \$.15 = -\$36.30$

# Fee Petition Billed Report

matter Id contains '38310-85688' and date Is between 11/1/11 and 11/30/11 and fees

RETENTION/FEE APPLICATIONS

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|---|---|---|---|---|---|---|

**Matter ID: 38310-85688.003**

**Component: T**

| 11/9/2011 | YXP | Draft 12th Monthly Fee Statement. | T | 1.00 | 195.00 | 195.00 |
| 11/15/2011 | EBV | Review of LP's twelfth monthly fee statement. | T | 0.20 | 340.00 | 68.00 |
| 11/17/2011 | YXP | Revise 12th Monthly Fee Statement for Allowance of Compensation and Reimbursement of Expenses In preparation of filing with the Court; Develop strategy with L. Vandesteeg regarding same. | T | 0.50 | 195.00 | 97.50 |
| 11/17/2011 | YXP | Finalize and file Eleventh Monthly Fee Statement for Levenfeld Pearlstein, Pachulski Stang Ziehl & Jones, LLP and Mesirow Financial. | T | 1.50 | 195.00 | 292.50 |
| 11/17/2011 | EBV | Finalize LP's Mesirow's and Pachulski's 12th monthly fee statement. | T | 0.80 | 340.00 | 272.00 |
| 11/22/2011 | EBV | Review proposed order extending scope of Deutsch Levy's retention. | T | 0.20 | 340.00 | 68.00 |
|  |  | Component: T | | 4.20 | | 993.00 |
|  |  | Matter ID: 38310-85688.003 | | 4.20 | | 993.00 |

Handwritten annotations:
- Bracket grouping first three entries: $360.50
- (2) 5% of $3,372 = $168.60    $360.5 - $168.60 =
- (-$191.90)

(4) Insufficient Description

13th Monthly Fee Statement requests $9,573 in fees, but detailed time entries were only provided for $918 + $993 + $974 = $2,885 of those fees. Therefore $9,573 - $2,885 = ($6,688) will be disallowed for insufficient description.

# Fee Petition Billed Report

(matter id contains '38310-85688' and date is between 11/1/11 and 11/30/11 and hard costs) or (matter id contains '38310-85688' and date is between 11/1/11 and 11/30/11 and soft costs)

**[GAS CITY - OFFICIAL COMMITTEE] CASE ADMINISTRATION**

| Date | Prof | Narrative | Component Task Code | Units | Price | Extended |
|---|---|---|---|---|---|---|
| **Matter ID: 38310-85688.001** | | | | | | |
| **Component: DUP** | | | | | | |
| 11/17/2011 | | Duplicating Charges | DUP | 16.00 | 0.25 | 4.00 |
| 11/17/2011 | | Duplicating Charges | DUP | 12.00 | 0.25 | 3.00 |
| 11/17/2011 | | Duplicating Charges | DUP | 19.00 | 0.25 | 4.75 |
| 11/17/2011 | | Duplicating Charges | DUP | 13.00 | 0.25 | 3.25 |
| 11/17/2011 | | Duplicating Charges | DUP | 19.00 | 0.25 | 4.75 |
| | | | Component: DUP | 79.00 | | 19.75 |
| | | | Matter ID: 38310-85688.001 | 79.00 | | 19.75 |
| | | | Grand Total | 79.00 | | 19.75 |

(3)

$79 \times \$.15 = -\$11.85$