**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CASE NAME:  Gas City, LTD., et al. [1]                                        CASE NO. 10-47879 (ERW)

**SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS**

| | | |
|---|---|---:|
| **FOR MONTH ENDING April 30, 2012** | $ | 163,693.09 |
| BEGINNING BALANCE IN ALL ACCOUNTS | $ | 236,318.27 |
| RECEIPTS: | | |
|    1. Receipts from operations | $ | 35,545.83 |
|    2. Other Receipts | $ | - |
| DISBURSEMENTS | | |
|    3. Net payroll: | | |
|      a. Officers | $ | - |
|      b. Others | $ | - |
|    4. Taxes | | |
|      a. Federal Income Taxes | $ | - |
|      b. Payroll Taxes | $ | - |
|      c. Employee's withholdings | $ | - |
|      d. Employer's FICA | $ | - |
|      e. Federal Unemployment Taxes | $ | - |
|      f. State Income Tax | $ | - |
|      g. Sales Taxes | $ | - |
|      h. Fuel Taxes | $ | - |
|    5. Necessary expenses: | | |
|      a. Rent or mortgage payment(s) | $ | - |
|      b. Utilities | $ | - |
|      c. Insurance | $ | - |
|      d. Merchandise bought for manufacture or sale | $ | - |
|      e. Other necessary expenses (specify): | $ | 108,171.01 |
|        1. Taxes | $ | - |
|        2. Vacation Pay | $ | - |
|        3. Prepaid Fuel | $ | - |
|        4. Trust Lender Payments | $ | - |
|        5. Deposits | $ | - |
|        6. Miscellaneous necessary expenses | $ | 108,171.01 |
|        7. Legal | $ | - |
|        8. Loan paydown | $ | - |
| TOTAL DISBUSEMENTS | $ | 108,171.01 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $ | (72,625.18) |
| ENDING BALANCE IN (name of bank) | $ | - |
| ENDING BALANCE IN (name of bank) | $ | - |
| ENDING BALANCE IN ALL ACCOUNTS | $ | 163,693.09 |

**Footnotes**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**CASE NAME: Gas City, LTD., et al.** [1]          **CASE NO. 10-47879 (ERW)**

**FOR MONTH ENDING April 30, 2012**

STATEMENT OF INVENTORY

| | |
|---|---|
| Beginning inventory | $ - |
| Add: purchases | $ - |
| Less: goods sold (write offs) (cost basis) | $ - |
| Ending inventory | $ - |

PAYROLL INFORMATION STATEMENT

| | |
|---|---|
| Gross payroll for this period | $ - |
| Payroll taxes due but unpaid | $ - |

STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor / Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| | | | | |

---

[1] The Debtors in these Chapter 11 cases are: Gas City, Ltd. and the William J. McEnery Revocable Trust Under Agreement Dated April 22, 1993.

OPERATING REPORT Page 2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**CASE NAME:  Gas City, LTD., et al. [1]**                                              **CASE NO. 10-47879 (ERW)**

**FOR MONTH ENDING April 30, 2012**

<u>TAX QUESTIONNAIRE</u>

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently

| | | | | |
|---|---|---|---|---|
| 1. | Federal Income Taxes | Yes (X) | No ( ) |
| 2. | FICA withholdings | Yes (X) | No ( ) |
| 3. | Employee's withholdings | Yes (X) | No ( ) |
| 4. | Employer's FICA | Yes (X) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes (X) | No ( ) |
| 6. | State Income Tax | Yes (X) | No ( ) |
| 7. | State Employee withholdings | Yes (X) | No ( ) |
| 8. | All other state taxes | Yes (X) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

(1) The Debtors in these Chapter 11 cases are: Gas City, Ltd. and the William J. McEnery Revocable Trust Under Agreement Dated April 22, 1993.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Gas City, LTD., et al. [1]   CASE NO. 10-47879 (ERW)

FOR MONTH ENDING April 30, 2012

STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

| | |
|---|---|
| Beginning of month balance | $ - |
| Add: sales on account | $ - |
| Less: collections / writeoffs | $ - |
| End of month balance | $ - |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ - | $ - | $ - | $ - | $ - |

STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | $ - |
| Add: credit extended | $ - |
| Less: payments of account & Adjustments | $ - |
| End of month balance | $ - |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ - | $ - | $ - | $ - | $ - |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE SCHEDULE AND FILE WITH THIS REPORT

(1) The Debtors in these Chapter 11 cases are: Gas City, Ltd. and the William J. McEnery Revocable Trust Under Agreement Dated April 22, 1993.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:  Gas City, LTD., et al. [(1)]                    CASE NO. 10-47879 (ERW)

FOR MONTH ENDING April 30, 2012

Summary of Post Petition Accounts Payable aged over 30 days

Gas City's accounts payable is aged based on due date.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**CASE NAME:** Gas City, LTD., et al. [1]  **CASE NO. 10-47879 (ERW)**

**RECEIPTS LISTING**

**FOR MONTH ENDING April 30, 2012**

| | |
|---|---|
| Bank: | Bank of America |
| Location: | 231 S. Lasalle Street, Chicago, IL 60697 |
| Account Name: | Gas City LTD Concentration acct. |
| Account No.: | 5200729753 |

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| | | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**CASE NAME: Gas City, LTD., et al.** [1]　　　　　　　　　　　　　**CASE NO. 10-47879 (ERW)**

**DISBURSEMENT LISTING**

**FOR MONTH ENDING April 30, 2012**

| | |
|---|---|
| Bank: | Bank of America |
| Location: | 231 S. Lasalle Street, Chicago, IL 60697 |
| Account Name: | Gas City LTD Concentration acct. |
| Account No.: | 5200729753 |

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 4/30/2012 | | Paydown loan | 0.00 |
| | | TOTAL: | $ - |

You must create a separate list for each bank account from which disbursements were made during the month.

(1) The Debtors in these Chapter 11 cases are: Gas City, Ltd. and the William J. McEnery Revocable Trust Under Agreement Dated April 22, 1993.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CASE NAME: Gas City, LTD., et al. [1]                              CASE NO. 10-47879 (ERW)

**RECEIPTS LISTING**

**FOR MONTH ENDING April 30, 2012**

| | |
|---|---|
| Bank: | PNC Bank - Escrow Account |
| Location: | P.O. Box 535230 Pittsburgh, Pennsylvania 15253-5230 |
| Account Name: | Gas City Ltd |
| Account No.: | 46-4369-2336 |

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/3/2012 | Bottle Group overpay refund | $ 930.00 |
| 4/3/2012 | SW Gas overpay refund | $ 624.67 |
| 4/3/2012 | First Class | $ 396.17 |
| 4/3/2012 | Nicor overpayment refund | $ 23.34 |
| 4/10/2012 | Mi Overpayment refund | $ 27,546.36 |
| 4/19/2012 | Source interlink overpayment | $ 194.77 |
| 4/24/2012 | P Holland | $ 2,363.00 |
| 4/24/2012 | First Class | $ 256.42 |
| 4/24/2012 | SW Gas overpay refund | $ 432.09 |
| 4/30/2012 | Misc deposit of returned checks | $ 2,779.01 |
| | TOTAL: | $ 35,545.83 |

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the mont

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CASE NAME:  Gas City, LTD., et al. [1]                               CASE NO. 10-47879 (ERW)

**DISBURSEMENT LISTING**

**FOR MONTH ENDING April 30, 2012**

| | |
|---|---|
| Bank: | PNC Bank |
| Location: | P.O. Box 535230 Pittsburgh, Pennsylvania 15253-5230 |
| Account Name: | Gas City Ltd |
| Account No.: | 46-4369-2336 |

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 4/24/2012 | Wire | Kurtzman Carson for 503b9 and 250k settlement | $ 37,416.44 |
| 4/26/2012 | Wire | Kurtzman Carson for 503b9 and 250k settlement | $ 6,828.99 |
| 4/30/2012 | 65089 | Internal Revenue Service 940 Deposit | $ 51,925.58 |
| 4/30/2012 | 65090 | Iron Mountain | $ 12,000.00 |
| | | TOTAL: | $ 108,171.01 |

You must create a separate list for each bank account from which disbursements were made during the month.

(1) The Debtors in these Chapter 11 cases are: Gas City, Ltd. and the William J. McEnery Revocable Trust Under Agreement Dated April 22, 1993.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Gas City, LTD., et al. [1]  CASE NO. 10-47879 (ERW)

## DECLARATION UNDER PENALTY OF PERJURY

I, John P. Kotas, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession, Gas City Ltd.

John P. Kotas
Restructuring Officer

DATED: May 4, 2012

(1) The Debtors in these Chapter 11 cases are: Gas City, Ltd. and the William J. McEnery Revocable Trust Under Agreement Dated April 22, 1993.